UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LEV PARNAS,
IGOR FRUMAN,
DAVID CORREIA, and
ANDREY KUKUSHKIN,

               Defendants.

19-CR-725 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    WHEREAS this case has been assigned to the undersigned, it is hereby ORDERED that all parties shall appear for an arraignment and initial conference on **Thursday, October 17, 2019, at 3:30 p.m.,** in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated: October 15, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge