UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -v-

LEV PARNAS,
IGOR FRUMAN,
DAVID CORREIA, and
ANDREY KUKUSHKIN,
                Defendants.

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The arraignment and initial conference as to Defendants Parnas and Fruman is hereby adjourned to **Wednesday, October 23, 2019, at 11:30 a.m.**, and will be held in Courtroom 506 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    The arraignment and initial conference as to Defendants Correia and Kukushkin will take place as previously scheduled on **Thursday, October 17, 2019, at 3:30 p.m.**, in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: October 16, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge