AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| USA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 19 CR 725 (JPO) |
| Correia | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Correia

Date: 10-16-19

_____
Attorney's signature

William Harrington
Printed name and bar number

620 8th Ave NY NY 10018
Address

wharrington@goodwinlaw.com
E-mail address

202 459 7140
Telephone number

_____
FAX number

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2019