```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :     ECF CASE
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :     NOTICE OF APPEARANCE AND
                                   :     REQUEST FOR ELECTRONIC
LEV PARNAS, et al.                 :         NOTIFICATION
                                   :
          Defendants.              :     19 Cr. 725 (JPO)
                                   :
                                   :
- - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

                         By:  /s Douglas S. Zolkind
                              Douglas S. Zolkind
                              Assistant United States Attorney
                              United States Attorney's Office
                              Southern District of New York
                              One St. Andrew's Plaza
                              New York, New York 10007
                              (212) 637-2418