

| | | |
|---|---|---|
| | William J. Harrington<br>+1 212 459 7140<br>WHarrington@goodwinlaw.com | Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br><br>goodwinlaw.com<br>+1 212 813 8800 |

October 23, 2019

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**Re:    United States v. Parnas, 19 Cr. 725 (JPO)**

Dear Judge Oetken:

I represent David Correia in the above referenced matter. I write to request that the Court adjourn Mr. Correia's deadline to obtain a second co-signor from October 24, 2019 to November 6, 2019.

By way of background, at the presentment on October 16, 2019, Magistrate Judge Stewart D. Aaron set Mr. Correia's bail to include a $250,000 personal recognizance bond co-signed by 3 financially responsible persons. The deadline for two of the signatures was October 23, 2019; the deadline for the third signature is November 6, 2019.

The purpose of the adjournment is to allow Mr. Correia time to identify a substitute co-signor. His intended co-signor is now unavailable as a result of serious medical issues requiring that he undergo a medical procedure.

The Government consented to this request yesterday evening.

Respectfully submitted,

*William J. Harrington*

William J. Harrington

Granted.
So Ordered.
 October 23, 2019

*J. Paul Oetken*
_____
J. PAUL OETKEN
United States District Judge