UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-                                                             19-CR-725 (JPO)

LEV PARNAS,
IGOR FRUMAN,                                        **NOTICE OF APPEARANCE**
DAVID CORREIA, and
ANDREY KUKUSHKIN,

                                   Defendants.

---------------------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Gerald B. Lefcourt, P.C., and Gerald B. Lefcourt hereby appear as counsel of record for defendant ANDREY KUKUSHKIN.  Service of papers may be made on Mr. Kukushkin at the address below.  I certify that I am admitted to practice in this Court.

New York, New York
November 12, 2019

                                          Yours, etc.

                                          GERALD B. LEFCOURT, P.C.


                                          By: _____/s/_____
                                              Gerald B. Lefcourt (GBL 5030)

                                          1776 Broadway, Suite 2000
                                          New York, New York 10019
                                          Tel: (212) 737-0400
                                          Fax: (212) 988-6192
                                          lefcourt@lefcourtlaw.com
                                          *Attorneys for Andrey Kukushkin*