UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-

LEV PARNAS,
IGOR FRUMAN,
DAVID CORREIA, and
ANDREY KUKUSHKIN,

                      Defendants.

------------------------------------------------------------------------------------------X

19-CR-725 (JPO)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Gerald B. Lefcourt, P.C., and Faith A. Friedman hereby appear as counsel of record for defendant ANDREY KUKUSHKIN.  Service of papers may be made on Mr. Kukushkin at the address below.  I certify that I am admitted to practice in this Court.

New York, New York
November 12, 2019

                              Yours, etc.

                              GERALD B. LEFCOURT, P.C.

                              By: _____/s/_____
                                 Faith A. Friedman (FAF 6066)

                              1776 Broadway, Suite 2000
                              New York, New York 10019
                              Tel: (212) 737-0400
                              Fax: (212) 988-6192
                              ffriedman@lefcourtlaw.com
                              *Attorneys for Andrey Kukushkin*