# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

November 22, 2019

**VIA E-MAIL**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Igor Fruman, 19 Cr. 725 (JPO)</u>

Dear Judge Oetken:

I am counsel for Mr. Fruman.  I write to respectfully request that the Court excuse Mr. Fruman from the Status Conference scheduled for Monday, December 2, 2019 at 2:00 p.m.  As the Court knows, Mr. Fruman resides in the Southern District of Florida.  To avoid making alternative arrangements for his dependents' care, Mr. Fruman respectfully requests that he be excused from the Status Conference, and I will provide a transcript of the proceeding to Mr. Fruman when it is received.

The Government consents to this request.

Granted.
So ordered:
 November 22, 2019

Respectfully Submitted,

Todd Blanche

_____
J. PAUL OETKEN
United States District Judge

Todd Blanche  Tel +1 212 504-6226  Fax +1 212 504-6666  todd.blanche@cwt.com