

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2019

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Parnas, et al.</u>, 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to enclose copies of the exhibits submitted by the Government at the December 17, 2019 bail modification hearing, which have been redacted for personal identifying information with the Court's permission.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney for the
                         Southern District of New York

                By:     /s/
                     Rebekah Donaleski
                     Nicolas Roos
                     Douglas Zolkind
                     Assistant United States Attorneys
                     (212) 637-2423/2421/2418

cc: Defense Counsel (by ECF)

| | |
|---|---|
| From: | ebmjr macmahon-law.com |
| To: | Donaleski, Rebekah (USANYS) |
| Cc: | "Joshua Dratel" |
| Subject: | Bank Statements - For Bail Purposes Only |
| Date: | Thursday, October 17, 2019 5:27:30 PM |
| Attachments: | image001.jpg |
| | Suntrust .png |
| | Suntrust Student.png |
| | Chase.png |

Rebekah – here are the bank statements that I am told constitute the current cash accounts possessed by the Parnas'.

I am also told that approximately $30,000 in cash was seized as part of the search of the residence in Florida which should be returned.

My proposal would be to have the Parnas' place $200,000 in cash, in immediately available funds, with the clerk in the EDVA as part of a revised bond package that would include the no contact provisions and monitoring already ordered. Mr. and Mrs. Parnas and their son Aaron would also execute an undertaking for any additional $800,000 that, like the cash portion, would be due and owing if Mr. Parnas failed to appear for any hearing for which he was not lawfully excused up to and including the trial and its incidences.

I offer the $200,000 as Mrs. Parnas is raising three young children in Florida and the family will need cash to live on as well as pay the travel and legal expense occasioned by this case.

If we can reach an agreement we can present an agreed order to Judge Nachmanoff and get Mr. Parnas to pretrial services to arrange the monitoring and get to NY next Wednesday for the arraignment.

I hope this is acceptable.

Ed

---

Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
107 East Washington Street
Middleburg, Virginia 20118
Telephone: 540-687-3902
Fax: 540-687-6366
www.macmahon-law.com
WASHINGTON ADDRESS
2600 Pennsylvania Avenue, NW
Suite 6A
Washington, DC 20007
Telephone: 202-775-1307



CONFIDENTIALITY: THIS COMMUNICATION IS BEING SENT FROM A LAW FIRM AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE

INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY ELECTRONIC MAIL OR TELEPHONE, AND ERASE THIS ELECTRONIC MAIL MESSAGE FROM YOUR SYSTEM.







| | |
|---|---|
| **From:** | ebmjr macmahon-law.com <ebmjr@macmahon-law.com> |
| **Sent:** | Thursday, October 17, 2019 9:06 PM |
| **To:** | Donaleski, Rebekah (USANYS) |
| **Subject:** | Re: Bank Statements - For Bail Purposes Only |

What is ur number?
Not sure how I can get this affidavit done fully from jail
Ed

Sent from iPhone
Edward MacMahon

> On Oct 17, 2019, at 8:45 PM, Donaleski, Rebekah (USANYS) <Rebekah.Donaleski@usdoj.gov> wrote:
>
> Ed,
> We have run this proposal up our chain, and are still concerned about the lack of assets to secure the bond. We would be willing to consent to the following modification:
> 1. Provide 2 months of bank records for Svetlana Parnas's account at SunTrust account prior to release.
> 2. Complete a financial affidavit (attached) confirming what you represented to us, that there are no additional assets (cash or property) to secure the bond prior to release. He could supplement with attachments as needed within 1 week of release.
> 3. $1 million bond secured by $200k in cash posted before release.
> 4. Co-signed by Svetlana and Aaron Parnas prior to release; 3 additional co-signers (not related to a co-defendant) within 1 week of release.
> 5. GPS monitoring in place prior to release.
> 6. Home detention with GPS; can leave for medical, legal
> 7. Travel restricted to SDNY and SDFL
> 8. Surrender passports and no new applications
> 9. No contact with co-defendants outside the presence of counsel.
>
> If this is acceptable, we would consent to the modification of his bond to allow for his release as soon as he meets conditions #1-5 (which conceivably could be as early as tomorrow or Monday). Please let us know- we're available to discuss by phone tonight. We know you want to get this done as soon as possible.
>
> **From:** ebmjr macmahon-law.com <ebmjr@macmahon-law.com>
> **Sent:** Thursday, October 17, 2019 5:26 PM
> **To:** Donaleski, Rebekah (USANYS) <RDonaleski@usa.doj.gov>
> **Cc:** 'Joshua Dratel' <JDratel@joshuadratel.com>
> **Subject:** Bank Statements - For Bail Purposes Only
>
> Rebekah – here are the bank statements that I am told constitute the current cash accounts possessed by the Parnas'.
> I am also told that approximately $30,000 in cash was seized as part of the search of the residence in Florida which should be returned.
> My proposal would be to have the Parnas' place $200,000 in cash, in immediately available funds, with the clerk in the EDVA as part of a revised bond package that would include the no contact provisions and monitoring already ordered. Mr. and Mrs. Parnas and their son Aaron would also execute an

1

undertaking for any additional $800,000 that, like the cash portion, would be due and owing if Mr. Parnas failed to appear for any hearing for which he was not lawfully excused up to and including the trial and its incidences.

I offer the $200,000 as Mrs. Parnas is raising three young children in Florida and the family will need cash to live on as well as pay the travel and legal expense occasioned by this case.

If we can reach an agreement we can present an agreed order to Judge Nachmanoff and get Mr. Parnas to pretrial services to arrange the monitoring and get to NY next Wednesday for the arraignment.

I hope this is acceptable.

Ed

---

Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
107 East Washington Street
Middleburg, Virginia 20118
Telephone: 540-687-3902
Fax: 540-687-6366
www.macmahon-law.com
WASHINGTON ADDRESS
2600 Pennsylvania Avenue, NW
Suite 6A
Washington, DC 20007
Telephone: 202-775-1307
<image001.jpg>

CONFIDENTIALITY: THIS COMMUNICATION IS BEING SENT FROM A LAW FIRM AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY ELECTRONIC MAIL OR TELEPHONE, AND ERASE THIS ELECTRONIC MAIL MESSAGE FROM YOUR SYSTEM.

<Financial Affidavit.docx>



U.S. Department of Justice
U.S. Marshals Service

Asset Forfeiture Division
Financial Statement of Debtor
*(Submitted for Government Action on Claims Due the United States)*

FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 90 I (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160,0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.* The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

## SECTION 1: PERSONAL INFORMATION

1. Full Name(s) Lev Parnas
2. Street Address ▓▓▓▓▓▓▓▓▓▓
   City Boca Raton State Florida Zip ▓▓▓▓
   County of Residence Palm Beach County
   ___ Own   X Rent   ___ Other _____
3. Home Telephone: None
   Best time to call ___ a.m.  ___ p.m.
3a. Cellular Number: ▓▓▓▓▓▓

4. Marital Status: ___ Married  ___ Separated
   ___ Unmarried (single, divorced, widowed)
5. Spouse's Name: Svetlana Parnas
6. Your Social Security No. (SSN) _____
6a. Spouse's Social Security No. ▓▓▓▓
6b. Spouse's Date of Birth: ▓▓▓▓

7. List the dependents you can claim on your tax return: (Attach sheet if more space is needed)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| ▓▓▓ | | | ___ No  X Yes | | | | ___ No  ___ Yes |
| ▓▓▓ | | | ___ No  X Yes | | | | ___ No  ___ Yes |
| | | | ___ No  ___ Yes | | | | ___ No  ___ Yes |

## SECTION 2: YOUR BUSINESS INFORMATION

8. Are you or your spouse self-employed, or do you or your spouse operate a business?
   (Check "Yes" if either applies)  ___ No  X Yes   If yes, provide the following information:

8a. Name of Business Global Energy Producers
8b. Street Address _____
    City _____ State ___ Zip _____

8c. Employer Identification No.: _____
8d. Do you have employees? ___ No  ___ Yes
8e. Do you have accounts receivable? ___ No  ___ Yes
    **If yes, please complete Section 8 on page 5.**

☞ **ATTACHMENTS REQUIRED**: Please provide proof of self-employment income for the **prior 3 months** (e.g., invoices, commissions, sales records, income statement).

## SECTION 3: EMPLOYMENT INFORMATION

9. Your employer _____
   Street Address _____
   City _____ State ___ Zip _____
   Work telephone no. (___) _____
   May we contact you at work? ___ No  ___ Yes
   How long with this employer? _____
   Occupation _____

9a. Spouse's Employer _____
    Street Address _____
    City _____ State ___ Zip _____
    Work telephone no. (___) _____
    May we contact you at work? ___ No  ___ Yes
    How long with this employer? _____
    Occupation _____

 **ATTACHMENTS REQUIRED**: Please provide proof of gross earnings and deductions for the **past 3 months from each employer** (e.g. pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

## SECTION 4: OTHER INCOME INFORMATION

10. Do you receive income from sources other than your own business or your employer? (Check all that apply.)

___ Pension ___ Social Security ___ Federal Benefits ___ Other (specify, e.g., child support, alimony, rental) _____

☞ **ATTACHMENTS REQUIRED:** Please provide proof of pension/social security/other income for the **past 3 months from each payor**, including any statements showing deductions. If year-to-date information is available, send only 1 statement as long as **3 months** are represented.

## SECTION 5: BANKING, INVESTMENT, CASH, CREDIT, AND LIFE INSURANCE INFORMATION

11. **Checking Accounts.** List all checking accounts. (If you need additional space, attach a separate sheet.)

| Account Type | Bank, Credit Union, or Institution | Bank Account No. | Current Balance |
|---|---|---|---|
| 11a. Checking | Name LSDAMA LLC<br>Address [redacted]<br>City/State/Zip Boca Raton, Fl | [redacted] | $644.37 |
| 11b. Checking | Name _____<br>Address _____<br>City/State/Zip _____ | _____ | $ _____ |

11c. Total Checking Accounts Balances  $ _____

12. **Other Accounts.** List all accounts, including brokerage, savings, IRAs, and money market, not listed in 11.

| Account Type | Bank, Credit Union, or Institution | Bank Account No. | Current Balance |
|---|---|---|---|
| 12a. _____ | Name _____<br>Address _____<br>City/State/Zip _____ | _____ | $ _____ |
| 12b. _____ | Name _____<br>Address _____<br>City/State/Zip _____ | _____ | $ _____ |
| 12c. _____ | Name _____<br>Address _____<br>City/State/Zip _____ | _____ | $ _____ |

12d. Total Other Accounts Balances  $ _____

☞ **ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market, and brokerage accounts) for the past **3 months** for all accounts.

13. **Investments.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits, and retirement assets such as IRAs, Keogh, and 401(k) plans.

| Name of Company | No. of Shares/Units | Current Value | Loan Amount (if any) | Used as collateral on a loan? |
|---|---|---|---|---|
| 13a. _____ | _____ | $ _____ | $ _____ | ___No   ___Yes |
| 13b. _____ | _____ | $ _____ | $ _____ | ___No   ___Yes |
| 13c. _____ | _____ | $ _____ | $ _____ | ___No   ___Yes |

13d. Total Investments $ _____

14. **Cash on Hand.** Include any money that you have that is not in the bank.

14a. Total Cash on Hand $5000.00

15. **Available Credit.** List all lines of credit, including credit cards. (If you need additional space, attach a separate sheet.)

| Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|
| 15a. Name Lev Parnas (Capital One)<br>Address ▮▮▮▮<br>City/State/Zip Boca Raton, Fl. ▮▮▮ | $300.00 | $18.53 | $18.53 |
| 15b. Name Lev Parnas (Discover CC)<br>Address ▮▮▮▮<br>City/State/Zip Boca Raton, Fl ▮▮▮ | $500.00 | $164.11 | $35.00 |

15c. **Total Minimum Payments** $53.53

16. **Life Insurance.** Do you have life insurance with a cash value?   X  No  ___ Yes
    (Term life insurance does not have a cash value.)
    16a. Name of Insurance Company _____
    16b. Policy Number(s) _____
    16c. Owner of Policy _____
    16d. Current Cash Value $_____   16e. Outstanding Loan Balance $_____

16f. Subtract "Outstanding Loan Balance" (Line 16e) from "Current Cash Value" (Line 16d) = $_____

☞ **ATTACHMENTS REQUIRED:** Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.

## SECTION 6: OTHER INFORMATION

17. Respond to the following questions related to your financial condition: (Attach a separate sheet if you need more space.)
17a. Do you have a safe deposit box?   X No  ___ Yes
    If yes, please include the name and address of location of box, the box number, and the contents below:
    _____
    _____

17b. Do you have a will?   X No   ___ Yes; if yes, where is it kept? _____
17c. Are there any garnishments against your wages?   X No  ___ Yes
    If yes, who is the creditor? _____ Date of Judgment _____ Amount of debt $_____
17d. Are there any judgments against you?   ___ No  X Yes
    If yes, who is the creditor? _____ Date of Judgment _____ Amount of debt $_____
17e. Are you a party to a lawsuit?   ___ No  X Yes
    If yes, amount of the suit  $_____ Possible completion date _____ Court _____
    Subject matter of the suit _____
17f. Did you ever file bankruptcy?   X No  ___ Yes
    If yes, date filed _____ Date discharged _____
17g. In the past 10 years did you transfer any assets out of you name for less than their actual value?   X No  ___ Yes
    If yes, what asset? _____ Value of asset at time of transfer $_____
    When was it transferred? _____ To whom was it transferred? _____
17h. Do you anticipate any increase in household income in the next two years?   X No  ___ Yes
    If yes, why will the income increase? _____ (Attach sheet if you need more space.)
    How much will it increase? _____
17i. Are you the beneficiary of a trust or an estate?   X No  ___ Yes
    If yes, name of the trust or estate _____ Anticipated amount to be received $_____
    When will the amount be received? _____

17j. Are you a participant in a profit sharing plan?   X No ___ Yes   Value in plan $_____

If yes, name of plan _____

## SECTION 7: ASSETS AND LIABILITIES

**18. Purchased Automobiles, Trucks, and Other Licensed Assets.** Include boats, RVs, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| Description (year, make, model) | Current Value* | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payment |
|---|---|---|---|---|---|
| 18a. 2015 Kia Forte | $ appx 6,000 | $0.00 | N/A | 07/2017 | $N/A |
| 18b. 2011 Mercedes S550 | $ appx 15,000 | $0.00 | N/A | 06/2017 | $N/A |

* *Current Value* is the amount you could sell the asset for today.

**19. Leased Automobiles, Trucks, and Other Licensed Assets.** Included boats, RVs, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| Description (year, make, model) | Lease Balance | Name and Address of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|
| 19a. None | $ | | | $ |
| 19b. | $ | | | $ |

☞ **ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly care payment and current balance of the loan for each vehicle purchased or leased. Also include a copy or your drivers license and your spouse's.

**20. Real Estate.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Street Address, City, State, Zip, County, Lender/Lien Holder | Date Purchased | Purchase Price | Current Value | Loan Balance | Monthly Payment |
|---|---|---|---|---|---|
| 20a. None | | $ | $ | $ | $ |
| 20b. | | $ | $ | $ | $ |

**21. Personal Assets.** List all personal assets below. (If you need additional space, attach a separate sheet.)
*Furniture/Personal Effects* includes the total current market value of your household items such as furniture and appliances. *Other Personal Assets* includes all artwork, jewelry, collections, antiques, or other assets.

| Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Payment |
|---|---|---|---|---|---|
| 21a. Furniture/Personal Effects | $2,000.00 | $0.00 | N/A | $ N/A | |
| Other: (List below) | | | | | |
| 21b. Artwork | $0.00 | $ | | $ | |
| 21c. Jewelry | $30,000.00 | $0.00 | N/A | $ N/A | |
| 21d. | $ | $ | | $ | |

21e. _____  $_____  $_____  _____  $_____  _____

**22. Business Assets.** List all business assets and encumbrances below; include Uniform Commercial Code filings. (If you need additional space, attach a separate sheet.) *Tools Used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes machinery, equipment, or other assets.

| Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Payment |
|---|---|---|---|---|---|
| 22a. Tools Used in Trade/Business | $_____ | $_____ | _____ | $_____ | _____ |
| Other: (List Below) | | | | | |
| 22b. Machinery | $_____ | $_____ | _____ | $_____ | _____ |
| 22c. Equipment | $_____ | $_____ | _____ | $_____ | _____ |
| 22d. _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 22e. _____ | $_____ | $_____ | _____ | $_____ | _____ |

### SECTION 8: ACCOUNTS/NOTES RECEIVABLE *(Use only if needed)*

**23. Accounts/Notes Receivable.** List all accounts separately, including contracts awarded but not started. (If you need additional space, attach a separate sheet.)

| Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|
| 23a. Name_____ | $_____ | _____ | ___ 0-30 days |
| Address_____ | | | ___ 30-60 days |
| City/State/Zip_____ | | | ___ 60-90 days |
| | | | ___ 90+ days |
| 23b. Name_____ | $_____ | _____ | ___ 0-30 days |
| Address_____ | | | ___ 30-60 days |
| City/State/Zip_____ | | | ___ 60-90 days |
| | | | ___ 90+ days |
| 23b. Name_____ | $_____ | _____ | ___ 0-30 days |
| Address_____ | | | ___ 30-60 days |
| City/State/Zip_____ | | | ___ 60-90 days |
| | | | ___ 90+ days |
| 23d. Name_____ | $_____ | _____ | ___ 0-30 days |
| Address_____ | | | ___ 30-60 days |
| City/State/Zip_____ | | | ___ 60-90 days |
| | | | ___ 90+ days |
| 23e. Name_____ | $_____ | _____ | ___ 0-30 days |
| Address_____ | | | ___ 30-60 days |
| City/State/Zip_____ | | | ___ 60-90 days |
| | | | ___ 90+ days |
| 23f. Name_____ | $_____ | _____ | ___ 0-30 days |
| Address_____ | | | ___ 30-60 days |
| City/State/Zip_____ | | | ___ 60-90 days |
| | | | ___ 90+ days |

23g. **Add "Amount Due" from lines 23a through 23f = $_____**

## SECTION 9: MONTHLY INCOME AND EXPENSE ANALYSIS

If only one spouse has a debt, but both have income, list the total household income and expenses.

| Total Income Source | Gross Monthly | Total Living Expenses Expense Items[1] | Actual Monthly |
|---|---|---|---|
| 24. Wages (yourself) | $_____ | 39. Rent/Mortgage | $3,600 |
| 25. Wages (spouse) | $_____ | 40. Electric | $300-400 |
| 26. Interest – Dividends | $0 | 41. Natural Gas | $0 |
| 27. Net Business Income | $_____ | 42. Cable TV | $110-350 |
| 28. Net Rental Income | $0 | 43. Telephone | $0 |
| 29. Pension/Social Security | $0 | 44. Water | $150-300 |
| 30. Pension/Social Security (Spouse) | $0 | 45. Food | $1,500-2,000 |
| 31. Child Support | $0 | 46. Car Payment | $0 |
| 32. Alimony | $0 | 47. Gasoline | $300-500 |
| 33. Bonuses/Commissions | $_____ | 48. Car Insurance | $320-600 |
| 34. Income from Relatives | $0 | 49. Cell Phone/Pager | $400-1,000 |
| 35. Unemployment Income | $0 | 50. Other Utilities | $0 |
| 36. Disability Payments | $0 | 51. Clothing & Misc. | $1,500 |
| 37. Other | $_____ | 52. Health Care | $0 |
| 38. **Total Income** | $_____ | 53. Court Ordered Payments | $0 |
| | | 54. Child/Dependent Care | $1,000-4,000 |
| | | 55. Life Insurance | $0 |
| | | 56. Other secured debt | $0 |
| | | 57. Other expenses | $_____ |
| | | 58. Education Expenses | $2,600-5,000 |
| | | 59. Entertainment | $_____ |
| | | 60. Gifts | $_____ |
| | | 61. **Total Living Expenses** | $_____ |

☞ **ATTACHMENTS REQUIRED:** Please include:

- A copy of your last Form 1040 with all Schedules
- Proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.
- Current copies of yours and your spouse's Driver's License
- Proof of all non-business transportation expenses (e.g., car payments, lease payments, fuel, oil, insurance, parking, registration)
- Proof of payments for health care, including health insurance premiums, co-payments, and other out-of-pocket expenses
- Copies of any court order requiring payment and proof of such payments for the past 3 months

| CERTIFICATION |
|---|
| I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other than as shown in this statement, including any attachment. |
| *[signature]*                                                     October 29, 2019 |
| Signature                                                                  Date |
| **WARNING** |
| False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001. |

---

[1] Expenses generally not allowed: We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable donations, voluntary retirement contributions, payments on unsecured debts such as credit card bills, and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family.