UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA,

vs.

LEV PERNAS
IGOR FRUMAN
DAVID CORREIA, and
ANDRE KUKUSHKIN,

       Defendant.
---------------------------------------------------X

CASE No. 19 cr 725 (JPO)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **JEFFREY E. MARCUS**, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant David Correia in the above captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  December 20, 2019

Respectfully Submitted,

/s/ Jeffrey E. Marcus
Jeffrey E. Marcus
Fla Bar No. 310890
jmarcus@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4262

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 20, 2019, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

                                      By:   /s/ Jeffrey E. Marcus
                                                   Jeffrey E. Marcus