UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

vs.

LEV PERNAS
IGOR FRUMAN
DAVID CORREIA, and
ANDRE KUKUSHKIN,

        Defendant.
------------------------------------------------------X

CASE No. 19 cr 725 (JPO)

**AFFIDAVIT OF JEFFREY E. MARCUS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF FLORIDA    )
                               ) ss.:
COUNTY OF MIAMI-DADE  )

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **JEFFREY E. MARCUS**, being duly sworn, deposes and says:

1.    I am a partner at the law firm of Marcus Neiman & Rashbaum LLP, 2 South Biscayne Blvd., Suite 1750, Miami, Florida 33131.

2.    I submit this affidavit in support of the motion made on my behalf for admission to practice *pro hac vice* in the above captioned matter.

3.    As shown in the enclosed Certificate of Good Standing, I am a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against me in any state or federal court.

4.    I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant David Correia.

Dated: December 20, 2019

_____
Jeffrey E. Marcus

Sworn to before me this 20th day of December 2019

_____
Notary Public

MILENA J. ORDENES
MY COMMISSION # FF956859
EXPIRES February 02, 2020
FloridaNotaryService.com