UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA,

vs.

LEV PERNAS
IGOR FRUMAN
DAVID CORREIA, and
ANDRE KUKUSHKIN,

              Defendant.

---------------------------------------------------X

CASE No. 19 cr 725 (JPO)

**ORDER ON MOTION TO ADMIT**
**JEFFREY E. MARCUS**
**<u>PRO HAC VICE</u>**

      Upon consideration of the Motion for Admission *pro hac vice* of Jeffrey E. Marcus dated

December 11, 2019, and the accompanying Affidavit, it is hereby:

      **ORDERED** that, pursuant to Local Rule 1.3(c) of the Local Rules of this Court,

JEFFREY E. MARCUS of:

| | |
|---|---|
| Firm Name: | Marcus Neiman & Rashbaum LLP |
| Address: | 2 South Biscayne Blvd, Suite 1750 |
| City/State/Zip: | Miami, Florida 33131 |
| Telephone: | (305)400-4262 |
| Facsimile: | (954) 688-2492 |

is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing

Defendant David Correia in the above-captioned proceeding.

DATED:      December    , 2019

                                      _____

                                      UNITED STATES DISTRICT JUDGE