UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────X
UNITED STATES OF AMERICA,

                                    NOTICE OF MOTION
                                    TO WITHDRAW AS COUNSEL

           Plaintiff,

    —v.—

                                    19-CR-725 (JPO)

LEV PARNAS, et al.,

           Defendants.
─────────────────────────────────X

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby requested that the appearance of Edward B. MacMahon, Jr., be withdrawn as counsel for Defendant Lev Parnas in this matter, for the reasons set forth in the accompanying Affirmation of Counsel. Mr. Parnas will continue to be represented by Joseph A. Bondy, Esq., as indicated on the Court's docket. The undersigned counsel respectfully requests this Honorable Court enter an Order granting the motion to withdraw.

Dated: December 24, 2019

                                                   Respectfully submitted:

                                                   /s/ Edward B. MacMahon, Jr.
                                                   Co-Counsel of Record for Lev Parnas
                                                   EDWARD B. MACMAHON, JR., PLC
                                                   P.O. Box 25
                                                   107 East Washington Street
                                                   Middleburg, Virginia  20118
                                                   Telephone:  540-687-3902
                                                   Fax:  540-687-6366