UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　　AFFIRMATION OF
　　　　　　　　　　　　　　　　　　　　EDWARD B. MACMAHON, JR.

　　—v.—　　　　　　　　　　　　　　　　19-CR-725 (JPO)

LEV PARNAS,

        Defendant.
——————————————————————X

      Edward B. MacMahon, Jr., Esq., an attorney duly licensed to practice law in New York and before this Court, hereby affirms that the following facts are true:

      1.     I am a private practitioner, with offices located in Washington, DC and Middleburg, Virginia. I appeared as counsel to Mr. Parnas during his original bail setting in Alexandria, Virginia, and thereafter at Mr. Parnas' initial appearance in this jurisdiction on October 23, 2019, and a second conference, on December 2, 2019.

      2.     Discovery is yet to be completed, no pre-trial motions have been filed, and a trial date is yet to be set by the Court.

      3.     In this action, I am joined by New York-based criminal defense attorney Joseph A. Bondy as co-counsel. Since I entered my appearance, Mr. Parnas' apparent ability to fund his defense has diminished. It thus would constitute a significant hardship for Mr. Parnas to continue being represented by two attorneys in this matter.

      4.     I have discussed this matter fully with Mr. Parnas, who, given my location out of district and his circumstances, consents to my filing the instant request to withdraw from his

criminal matter. I have also discussed this matter with Mr. Bondy, who is prepared to assume all aspects of Mr. Parnas' defense.

5.  I will remain available to the Court, to the extent it may require my appearance or response to any matters before it, and also to Mr. Parnas, to ensure orderly transfer of my files and any other information required to protect Mr. Parnas' rights.

6.  Thank you for consideration of this request.

Dated:  December 24, 2019

/s/ Edward B. MacMahon, Jr.,
Co-Counsel of Record to Lev Parnas
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
107 East Washington Street
Middleburg, Virginia  20118
Telephone:  540-687-3902
Fax:  540-687-6366
