The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

Stephanie Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456
josephbondy@mac.com

December 30, 2019

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: United States v. Lev Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

Tomorrow, the Government will be producing documents seized from Mr. Parnas's home on October 9, 2019, stamped USAO_00072469 through USAO_00073221, and the complete extraction of Parnas's iPhone 11, seized from Mr. Parnas upon his arrest on October 9, 2019, stamped USAO_95359.

These materials fall within the scope of the September 30, 2019 letter request and October 10, 2019 subpoena of the United States House of Representatives' Permanent Select Committee on Intelligence (HPSCI), in connection with the presidential impeachment inquiry. Review of these materials is essential to the Committee's ability to corroborate the strength of Mr. Parnas's potential testimony.

***The Government does not object to Mr. Parnas producing USAO_00072469 through USAO_00073221 and USAO_95359 to HPSCI, subject to receiving approval from the Court.***

At present, we do not know whether we intend to produce the entirety of the materials, or a subset filtered for either privilege or relevancy. If a subset, we will inform the Court and Government as to what we have actually have produced.

Thank you for consideration of this application.

>Respectfully submitted,
>
>_____/S/____
>Joseph A. Bondy
>*Counsel to Lev Parnas*

c:    All Counsel