UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 19-CR-725 (JPO) |
| LEV PARNAS, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

On December 24, 2019, Attorney Edward B. MacMahon, Jr., counsel of record for Defendant Lev Parnas, moved to withdraw from this case. (Dkt. No. 57.) That request is hereby GRANTED.

The Clerk of Court is directed to terminate Mr. MacMahon from the case and close the motion at Docket Number 57.

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge