| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEV PERNAS<br>IGOR FRUMAN<br>DAVID CORREIA, and<br>ANDRE KUKUSHKIN,<br><br>        Defendant.<br>----------------------------------------------------X | CASE No. 19 cr 725 (JPO)<br><br>**AFFIDAVIT OF JEFFREY E.**<br>**MARCUS IN SUPPORT OF**<br>**CORRECTED MOTION FOR**<br>**ADMISSION PRO HAC VICE** |

STATE OF FLORIDA    )
                              ) ss.:
COUNTY OF MIAMI-DADE  )

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **JEFFREY E. MARCUS**, being duly sworn, deposes and says:

1. I am a partner at the law firm of Marcus Neiman & Rashbaum LLP, 2 South Biscayne Blvd., Suite 1750, Miami, Florida 33131.

2. I submit this affidavit in support of the corrected motion made on my behalf for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the enclosed Certificate of Good Standing, I am a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant David Correia.

Dated: January 14, 2020

_____
Jeffrey E. Marcus

Sworn to before me this 14th day of January 2020

_____
Notary Public

MILENA J. ORDENES
MY COMMISSION # FF956859
EXPIRES February 02, 2020
FloridaNotaryService.com

2