# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**JEFFREY ELDRIDGE MARCUS**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 14, 2000**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this January 13, 2020.

_____
Clerk of the Supreme Court of Florida.