UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

          CASE No. 19 cr 725 (JPO)

vs.

**ORDER ON CORRECTED MOTION
TO ADMIT JEFFREY E. MARCUS
<u>PRO HAC VICE</u>**

LEV PERNAS
IGOR FRUMAN
DAVID CORREIA, and
ANDRE KUKUSHKIN,

     Defendant.
-----------------------------------------------------X

Upon consideration of the Corrected Motion for Admission *pro hac vice* of Jeffrey E. Marcus dated January 14, 2019, and the accompanying Affidavit, it is hereby:

**ORDERED** that, pursuant to Local Rule 1.3(c) of the Local Rules of this Court, JEFFREY E. MARCUS of:

| | |
|---|---|
| Firm Name: | Marcus Neiman & Rashbaum LLP |
| Address: | 2 South Biscayne Blvd, Suite 1750 |
| City/State/Zip: | Miami, Florida 33131 |
| Telephone: | (305)400-4262 |
| Facsimile: | (954) 688-2492 |

is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant David Correia in the above-captioned proceeding.

DATED:    January    , 2020

                                                _____
                                                UNITED STATES DISTRICT JUDGE