The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

1776 Broadway  
Suite 2000  
New York NY 10019  
Tel 212.219.3572  
Fax 212.219.8456

josephbondy@mac.com

January 15, 2019

Hon. J. Paul Oetken  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
Courtroom 706  
New York, NY 10007

       Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

    Lev Parnas has been in New York reviewing discovery in my Office, since Monday. Earlier today, we did a taped interview in my Office with Rachel Maddow, of MSNBC.

    We respectfully move for modification of the terms of his pre-trial release, to allow him to travel to a taping with Anderson Cooper and I at CNN's Hudson Yards Office, this evening at 9:30pm.

    *I have spoken with Mr. Parnas' United States Pre-Trial Services Officer in the Southern District of New York, Dennis Khilkevich, who does not oppose this request. The Government, also does not oppose this request.*

    Thank you in advance for consideration of this application.

                                          Respectfully submitted,

                                          _____/S/_____  
                                          Joseph A. Bondy

2

cc: AUSAs Donaleski, Zolkind, and Roos
   USPTOs Dennis Khilkevic and Rick Sampson