The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

January 15, 2019

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

   Re: United States v. Lev Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

  Lev Parnas has been in New York reviewing discovery in my Office, since Monday. Earlier today, we did a taped interview in my Office with Rachel Maddow, of MSNBC.

  We respectfully move for modification of the terms of his pre-trial release, to allow him to travel to a taping with Anderson Cooper and I at CNN's Hudson Yards Office, this evening at 9:30pm.

  *I have spoken with Mr. Parnas' United States Pre-Trial Services Officer in the Southern District of New York, Dennis Khilkevich, who does not oppose this request. The Government, also does not oppose this request.*

  Thank you in advance for consideration of this application.

            Respectfully submitted,

            _____/S/_____
            Joseph A. Bondy

cc:     AUSAs Donaleski, Zolkind, and Roos
        USPTOs Dennis Khilkevic and Rick Sampson

> Granted.
>   So ordered:
>   January 15, 2020

_____
J. PAUL OETKEN
United States District Judge