The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

Stephanie Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456
josephbondy@mac.com

January 20, 2019

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

        Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

        Attached is a courtesy copy of our request for the recusal of Attorney General William P. Barr in connection with the investigation and prosecution of Lev Parnas.

        We served a copy on Attorney General Barr earlier this afternoon, by fax.

        Respectfully submitted,

        _____/S/____
        Joseph A. Bondy
        *Counsel to Lev Parnas*

c:      All Counsel