

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2020

<u>By ECF</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Parnas, et al.</u>, 19 Cr. 725 (JPO)

Dear Judge Oetken:

   Earlier this evening, the Government filed a letter in which the Government represented to the Court that the Government first unlocked Mr. Parnas's iPhone 11 in early December 2019, and that on December 3, 2019, the Government asked Mr. Bondy for a hard drive, which he delayed producing until December 19, 2019.  Nonetheless, twenty minutes after the Government's letter was filed, Mr. Bondy filed a two-page missive in which he accused the Government of lying about the date the iPhone was unlocked and extracted.  It was unlocked and extracted on December 3, 2019.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

    By:_____/s/_____
        Rebekah Donaleski
        Nicolas Roos
        Douglas Zolkind
        Assistant United States Attorneys
        (212) 637-2423/2421/2418

cc: Defense Counsel (by ECF)