The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

January 28, 2020

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

      Please see the attached Exhibits A and B, which are referenced in our earlier request for a bail modification to allow Mr. Parnas to attend the Senate Trial and reflect our communications with Senator Schumer's Office regarding Mr. Parnas's invitation and his GPS device.

      Thank you in advance for consideration of this application.

                                                           Respectfully submitted,

                                                      _____/S/_____
                                                      Joseph A. Bondy

c:      All Counsel (e-mail)
           USPTOs Samson and Khilkevich