

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. David Correia*, 19 Cr. 725 (JPO)

Dear Judge Oetken:

      The Government respectfully writes in response to defendant David Correia's request (Dkt. 97) that the Court reconsider its order (Dkt. 96) requiring Correia to file by March 23, 2020 any motion asserting a blanket claim of privilege over the materials he sent via DHL to his counsel. In light of the disruptions caused by COVID-19, the Government would have no objection to extending the motion deadline by an additional week, to March 30, 2020, with the Government's response due 10 days later (April 9, 2020). However, for the reasons set forth in the Government's letter motion (Dkt. 95), the Government continues to object to permitting Correia to file such a motion at the same time that general pretrial motions are due (May 1, 2020). Further, Correia bases his request in large part on the fact that he will claim that "Mr. Correia was damaged by the Government's seizure and search in other ways," and that the search "lacked probable cause." (Dkt. 97.) But Correia remains free to wait until May 1st to challenge the warrant and/or search and seizure on other grounds. The only motion that is critical to resolve at this juncture is his claim that the Government should be precluded from reviewing any of the materials he intended to send to his counsel because *all* of those materials—including the content of his electronic devices—are privileged.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

      By: /s_____
          Douglas Zolkind
          Rebekah Donaleski
          Nicolas Roos
          Assistant United States Attorneys
          (212) 637-2418/2423/2421

cc: All counsel of record (via ECF)