UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　v.<br><br>DAVID CORREIA,<br><br>　　　　　　　Defendant. | No. 19 Cr. 725 (JPO)<br><br>ORAL ARGUMENT REQUESTED |

### DEFENDANT DAVID CORREIA'S NOTICE OF PRIVILEGE MOTION

PLEASE TAKE NOTICE that, upon this Notice of Privilege Motion, the accompanying Memorandum of Law, the separately submitted *ex parte* and sealed Declaration of Jeff Marcus, Esq., and the accompanying exhibits thereto, defendant David Correia hereby moves this Court before the Honorable J. Paul Oetken at the United States District Courthouse, 40 Foley Square, New York, New York 10007, at such a date and time as the Court may direct, for an Order granting Mr. Correia's motion and granting such other and further relief to which the Court deems the defendant entitled.

PLEASE TAKE FURTHER NOTICE that in support of these motions, Mr. Correia will rely upon the accompanying memorandum of law, the separately-submitted *ex parte* and sealed declaration and attached exhibits.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: April 3, 2020　　　　　　　　　　　　Respectfully submitted,
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　By: /s/ William J. Harrington
　　　　　　　　　　　　　　　　　　　　　　William J. Harrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　Goodwin Procter, LLP
　　　　　　　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018

wharrington@goodwinlaw.com
Telephone:  (212) 813-8800
Facsimile:  (212) 355-3333

Jeff Marcus, Esq.
One Biscayne Tower
2 South Biscayne Blvd,
Suite 1750
Miami, Florida 33131
jmarcus@mnrlawfirm.com
Telephone : (305) 400-4260
*Admitted Pro Hac Vice*

*Attorneys for Defendant David Correia*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/ William J. Harrington
William J. Harrington