UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID CORREIA,<br><br>                    Defendant. | No. 19 Cr. 725 (JPO)<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT DAVID CORREIA'S NOTICE OF MOTION TO FILE
A SEALED, *EX PARTE* DECLARATION**

PLEASE TAKE NOTICE that, upon this Notice of Motion to File a sealed, *ex parte* Declaration, defendant David Correia hereby moves this Court before the Honorable J. Paul Oetken at the United States District Courthouse, 40 Foley Square, New York, New York 10007, at such a date and time as the Court may direct, for an Order granting Mr. Correia's motion to file under seal and *ex parte* his attorney Jeff Marcus's declaration in support of his separately filed Privilege Motion.  *See In re Grand Jury Subpoenas dated Mar. 19 and Aug. 2, 2002*, M 11–189 (DC), 2002 WL 31040322, at *1 (S.D.N.Y. Sept. 12, 2002) (permitting sealed, *ex parte* submission by defense counsel where the submission reveals privileged information).

Dated: April 3, 2020
       New York, NY

                                          Respectfully submitted,

                                          By: /s/ William J. Harrington
                                              William J. Harrington, Esq.
                                              Goodwin Procter, LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, New York 10018
                                              wharrington@goodwinlaw.com
                                              Telephone:  (212) 813-8800
                                              Facsimile:  (212) 355-3333

*Attorney for Defendant David Correia*

Jeff Marcus, Esq.
One Biscayne Tower
2 South Biscayne Blvd,
Suite 1750
Miami, Florida 33131
jmarcus@mnrlawfirm.com
Telephone : (305) 400-4260
*Admitted Pro Hac Vice*

*Attorney for Defendant David Correia*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/ William J. Harrington
William J. Harrington
