GOODWIN

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

April 14, 2020

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   <u>**United States**</u> v. <u>**David Correia**</u>, 19 Cr. 725 (JPO)

Dear Judge Oetken:

We represent David Correia in the above referenced matter.  Yesterday, the Government filed its opposition to Mr. Correia's privilege motion.  We write to ask permission to file a reply brief in further support of the pending motion on or before Friday, April 17, 2020. The Government has no objection to our request.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

Cc:   Mr. Jeff Marcus, Esq
      AUSA Douglas Zolkind
      AUSA Rebekah Donaleski
      AUSA Nicolas Roos