

April 14, 2020

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States</u> v. <u>David Correia</u>, 19 Cr. 725 (JPO)

Dear Judge Oetken:

We represent David Correia in the above referenced matter. Yesterday, the Government filed its opposition to Mr. Correia's privilege motion. We write to ask permission to file a reply brief in further support of the pending motion on or before Friday, April 17, 2020. The Government has no objection to our request.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

Cc: Mr. Jeff Marcus, Esq
AUSA Douglas Zolkind
AUSA Rebekah Donaleski
AUSA Nicolas Roos

Granted.
So ordered.
  April 14, 2020

_____
J. PAUL OETKEN
United States District Judge