

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

June 17, 2020

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. David Correia, 19 Cr. 725 (JPO)

Dear Judge Oetken:

I represent David Correia in the above referenced matter. I write to request permission for Mr. Correia to travel with his family to St. Petersburg, Florida in the Middle District of Florida from about July 20 to July 26, 2020. His current bail terms limit him to the Southern and Eastern Districts of New York, the Southern District of Florida and, with the approval of pretrial services, the District of Massachusetts. Mr. Correia's pretrial officer and the Government have no objection to this request.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

Cc:   Mr. Jeff Marcus, Esq.
      AUSA Douglas Zolkind
      AUSA Rebekah Donaleski
      AUSA Nicolas Roos

Granted.
So ordered.
June 17, 2020

J. PAUL OETKEN
United States District Judge