# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DAVID CORREIA,

                Defendant.

No. 19 Cr. 725 (JPO)

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID CORREIA

PLEASE TAKE NOTICE that, upon this Notice of Motion to Withdraw, William J. Harrington and Jeff Marcus, retained counsel for David Correia, move this Court before the Honorable J. Paul Oetken at the United States District Courthouse, 40 Foley Square, New York, New York 10007, at such a date and time as the Court may direct, for an Order granting counsels' request to withdraw from the case. The basis for the request is set forth in the attached declarations as required by Local Civil Rule 1.4 and Local Criminal Rule 1.1. Counsel further request that this motion be accepted <u>ex parte</u> and filed <u>under seal</u>.

Dated: September 21, 2020
      New York, NY

Respectfully submitted,

By: /s/ William J. Harrington
    William J. Harrington, Esq.
    Goodwin Procter, LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    wharrington@goodwinlaw.com
    Telephone: (212) 813-8800
    Facsimile: (212) 355-3333

*Attorney for Defendant David Correia*

Jeff Marcus, Esq.
One Biscayne Tower
2 South Biscayne Blvd,
Suite 1750
Miami, Florida 33131
jmarcus@mnrlawfirm.com
Telephone : (305) 400-4260
*Admitted Pro Hac Vice*

*Attorney for Defendant David Correia*