

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Lev Parnas, et al.*, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this letter regarding the defendants' arraignment on the superseding indictment. The Government requests that the Court arraign the defendants at the next pretrial conference, which is currently scheduled for November 30, 2020. The Government also moves, out of an abundance of caution, to exclude time in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today's date and the trial date, February 1, 2021, in order to allow the defense to consider and draft any appropriate motions, review discovery, and prepare for trial. The defense does not object to either request.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney for the
      Southern District of New York

      By: /s_____
          Rebekah Donaleski
          Nicolas Roos
          Douglas Zolkind
          Assistant United States Attorneys
          (212) 637-2423/2421/2418

cc: All counsel of record (via ECF)