**MANDATE**



**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty,

_____

In re: David Correia,

        Petitioner.

------------------------------------------------------------------

David Correia,

        Petitioner,

v.

United States of America,

        Respondent.

_____

**ORDER**
Docket No. 20-2069

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/29/2020