# GOVERNMENT *BRADY* DISCLOSURES

# TO BE SUBMITTED AND FILED UNDER SEAL PURSUANT TO THE COURT'S
# <u>PROTECTIVE ORDER OF NOVEMBER 13, 2019 (Dkt. No. 35)</u>