January 25, 2021

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Oetken:

My name is David Correia. I want to tell your Honor about myself. Confronting my actions as I have done in this case has been a very difficult process. I regret what I did and I am sorry for it.

I grew up in Attleboro, Massachusetts, in a home with my loving mother, three older half-siblings, and my younger sister. My half-siblings are from my father's first marriage. My mother spent ten years of service as a nun but left the convent ▇▇▇▇▇▇▇▇▇▇ and became a schoolteacher. My parents met two years after her reentry into the secular world. Early in their marriage, my father's ex-wife (the mother of my half-siblings) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. My parents offered to take care of my three half-siblings full-time ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ my parents raised my half-siblings. But my father didn't really participate as a parent and so my mother essentially became a single mother of three young children overnight.

My father lived with us until I was about eleven years old, but he was always an unhappy man who took out his angers and frustrations on our family. His emotional abuse towards all of us (and constant physical abuse towards my half-brother and occasionally towards my mother) made for a stressful childhood.

A couple of instances of my father's abuse are seared into my mind. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

My father was always quick to point out my flaws. He was also quick to anger. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1



After my parents' separation and divorce, we struggled financially. My father had left to live with his mistress (after my mother found out he was having an affair), which made it an even more difficult time. My mother was never the same after that. She wasn't happy prior, but now she had to take on responsibilities that she never had before. I immediately felt a tremendous amount of pressure to be the man of the house. Not only did I take on all of the work around the house that my father would normally do such as cutting the grass, trimming the bushes, fixing things when they were broken, etc. but I also ended up being a sounding board for my mother.

My father did not help in any way with college tuition or expenses of any kind and always paid the very minimum of what the court ordered. Even then, it was always late and put a lot of stress on my mother. She just seemed to be a bit lost. Her husband left her with two young children, and she was teaching school full-time again for the first time in decades as she had stopped to raise his other three-children as her own. My mother spoke to me often about money and bills. I remember her talking to me in detail about the divorce and what had happened, even discussing her specific conversations with our priest or her lawyers. I felt the desire and responsibility to support her, but it was extremely stressful. I now realize she was just doing the best she could. She felt she could lean on me. Even though I could "technically" handle it, inside I was hurting very badly.



It was even more difficult due to the contrast between our family and everyone else in our neighborhood. We weren't poor, but we were definitely the poorest people in our neighborhood and the least stable when it came to our family. That was certainly a point of self-consciousness amongst the neighborhood kids. I had some good friends in the neighborhood but we all know kids can be hurtful. Some of them would say mean things about my family on a regular basis which I had no response to.

When I was twelve years old, I discovered the game of golf and it became my refuge from the stress of my childhood. I'll never forget the first time I hit a golf ball. Friends of the family, who my mother had met through her teaching job, took me to a driving range. I had a natural talent and hit the ball very well from the first bucket of balls that I hit. The words of encouragement and excitement in my friend's father's voice was something that I never heard before from my father. Of course my mother always praised me and supported me, but it was different for me as a young boy to hear coming from a man. My father had been the polar opposite, always finding fault, whereas this man encouraged me and was proud of me, and it felt amazing. The next day after hitting balls at the driving range they took me to a local par-three golf course. The whole experience of going with them as a family was surreal to me. I couldn't believe a family actually did things together and was happy while doing them. This was something I fell in love with immediately. Just as the night before, the encouragement I felt from my friend's parents, as well as from my friend, was one of the most amazing feelings I've ever had and exactly what I needed at the moment. I truly believe God brought golf into my life at that moment to save me from going down a wrong path. I remember them teaching me the etiquette of the game as we played and I clearly remember birdying the third hole (not typical for a beginner). To say they were amazed was an understatement. I was too new to the game and naïve to understand what I had really accomplished but they were so happy for me. The freedom and peace I felt on the golf course and to feel like I was part of a family that got along and was happy spending time together was absolutely amazing.

Within a year of beginning to play, I saved up the money I earned from my childhood newspaper route and purchased a set of golf clubs at Kmart and a junior summer membership at the local public golf course for just $225. I played nonstop, as much as 36 or 45 holes any day I could get there. I practiced constantly during the summer. My mother would often drop me off first thing in the morning and I would practice all day until I was putting under the moonlight. During the winter in Massachusetts, I would shovel snow down to the grass in order to hit the 85 practice balls I had collected over time, waiting sometimes weeks for the snow to melt in order to pick them up, only to do it all over again.

After entering and winning multiple local and state junior golf tournaments, I was finally accepted to play in my first national tournament at the age of 15, just 3 years after beginning to play. I finished 33rd out of 88 players in an international field in that tournament and began to seriously consider becoming a professional golfer. For perhaps the first time in my life I was proud of myself, especially because I was completely self-taught. When I told my father of the tournament results and my professional aspirations, he remarked to me that if 32 other players beat me, what would make me think I could ever play professionally. I decided that this was the last time he would make me feel badly about myself. I used his hurtful comments as fuel and a way to prove to him that I was good enough to pursue a career in golf.

I was eventually invited to play on the ESPN Junior Tour. If I played well, I would have the chance to get a college scholarship or play professionally on the PGA Tour. I kept practicing and improving and I decided to attend college at the University of Southern Mississippi to play for legendary coach and fellow amateur golfer Sam Hall. But I had to return home within the first year due to my mother's poor health and cancer diagnosis. I then transferred to Bryant University in Rhode Island to be closer to home and continue regularly playing golf. I left college to turn professional, playing in any tournament I could qualify for.

Even though I was playing well, it was still not good enough for the PGA Tour. After several months playing in Southern California while working at a country club to pay the bills and provide a place to practice and play for free, and prior to heading to Florida to do the same, I had a bit of a hiatus. While stopping in Philadelphia with my best friend (and co-professional golfer/traveling partner), his father found out ███████████████████████████████████████████. Because he was my best friend at the time, I decided to put golf on hold and help him in any way possible. His father owned several restaurants in Philadelphia, so I began to help my friend to work at and eventually manage one of the family restaurants. After one year in Philadelphia, and once the dust settled, I left on my own to stick with the original plan of playing in Florida to train once again for the PGA Tour. I spent three long years working at a country club while playing any time and in any tournaments that I could get into. Unfortunately, although my game improved, it was just not good enough. Eventually, after quite a bit of soul-searching, I decided to leave the game of golf behind. I took my Philadelphia friend up on an offer to partner together and open a new restaurant. I was reluctant, as it was a painful decision, but I did what I thought was best at the time. Although sometimes I regret not having stayed attached to the game in some way, such as a teaching professional, I probably wouldn't change a thing. If I didn't make that decision I wouldn't have met my wife and now have my amazing children and family life. But I'll always be grateful for the purpose and pride in myself the game of golf gave me.

It is important to add that during my self-introspection since my legal case began, I have reflected quite a bit on my childhood. During this time, and after my father's death a couple of years ago, I found myself able to forgive him. He had a tough upbringing and was not a happy person. He was the perfect example of the saying that: "hurt people, hurt people." Finding it in my heart to see his life from a different perspective, mainly recognizing that he was probably always in some sort of mental or emotional pain, allowed me to forgive him. This, in turn, gave me a greater feeling of peace with him.

Finding this forgiveness has also helped me put in perspective just how much my wife and children matter to me. I remember people telling me before my first child how much I would love them, but I was not prepared for the experience. My children are everything to me, doing my best to teach them everything I possibly know that will help them live a happy, healthy, peaceful and successful life. I spend hours a day with my children, along with my wife. It has been even more now during Covid. I believe that every human being should try to leave the world better than they found it and I'm not sure there's a better way to do that then to raise your children properly to be great human beings and citizens. It boggles my mind, and excites me, as to how much my children can and will accomplish and how much greater of an impact they can have on the world than I have had up until this point in life.

We've always been a very close family. We congregate in the same room together even though we have enough space to be in separate parts of the house. My wife and I both wake up around 5:30 or 6 AM, have coffee together and talk. The kids are usually up shortly thereafter and we all talk while getting breakfast discussing the day ahead and preparing anything the kids need for school. We take turns making sure they have lunches, and these days being sure they have a clean mask and a back-up mask. My wife usually takes care of my daughter's long curly hair in a braid while I help my little guy picking out his clothes and brushing his teeth. It's definitely a full family affair in the morning, but we love it. Rarely, if ever, have I ever seen them go to school where they weren't happy, smiling and totally prepared with their schoolwork and everything they need. But generally, we run a pretty tight ship and create a lot of structure for our kids.

My wife works an alternating, one week-off / one-week on schedule at the hospital as a Physician Assistant. When she works, I pick the kids up around 1:45 PM, bring them home and spend the rest of the afternoon with them. I make sure that they get their homework done and we go through all of their folders to review any work that's been brought home. Inevitably they'll have a snack and then I let them both play together outside in good weather and then sometimes a splurge on their iPads on other days. We're fortunate to live in a community in Florida with a lot of green space, including a playground and park area. I take them there often to play basketball, use the jungle gym, throw the frisbee or kick the soccer ball around. Usually, they want to have a little "picnic" and we bring a snack or sometimes even have dinner at one of the picnic tables. My kids are best friends and love to play together.

When she's working, my wife doesn't get home until around 7:30 PM, so I cook dinner and feed the kids before she gets home. We have dinner together and then its straight to bath/shower time for both of them. Once they're in their PJs we either play a board game or watch a family movie on Hallmark channel or something good for them on Netflix. We're pretty picky about what our kids watch and I'm proud of that.

Going to church every Sunday is a very important thing for us, often followed by breakfast at home or an occasional brunch at a local restaurant. Sunday is a true family affair in that respect.

Although this sounds like a dream compared to my childhood, giving them this kind of life and spending such quality time together is the greatest gift I could ever ask for. There always seems to be so much to teach them (and learn from them). But even more important is the time spent listening to their day at school and helping them through minor problems with friends or bullies or even just with their homework.

My kids have completely different personalities and really require individual attention. My daughter is nine years old. We call her an "old-soul." She is very caring, wise, patient and extremely intuitive. She has a very deep and personal connection to God.  She is literally the nicest person I've ever met. She cares for everyone and everything alive, every person and animal. She is so well-rounded, which is one of the main goals we've always had as parents. She is extremely smart having tested very high prior to beginning school and has been in gifted programs/classes since kindergarten. She loves softball and played on a team locally, prior to the pandemic. She loves to code on her computer and of course play her iPad with her brother. They love to play

Minecraft and a few other games together. I'm always amazed at how sweet she is to him. While being the older sibling she always includes her brother in everything she does.

My son is six years old and has more energy than any human being I've ever met. He can't wait for the pandemic to end so that he can join a Little League baseball team as loves baseball and is quite talented. He played soccer prior to sports being stopped last year and loves to hit golf balls with me whenever we have a moment. He also loves to help me fix everything in the house, when needed. Like his sister, he has a heart of gold and he's always thinking of doing something for others. The other day my daughter's long curly hair was so knotted after waking up that her head hurt after all the brushing we had to do. He found her favorite soft blanket and made a comfortable pillow for her to lay her head down on the couch while watching TV together. He does things like that all the time without anyone mentioning a word.

Like his sister, my son is also a very old-soul with a real connection to God. He has begun to enjoy going to church and is usually the one to ask to walk around the prayer garden at the church once the mass has ended. While having these surprising interests at such a young age, he's the same little boy that loves to catch bugs, spiders and anything else that he can to keep in his little terrarium so he can observe and feed them.

I'm fearful about how the consequences of my actions will hurt my children. In jail, I would miss giving them the love and attention they need. Thinking about this breaks my heart.

I hope for my kids' futures. I want them both to be happy, peaceful and well-rounded individuals. I want them to be good Christians and human beings who treat everyone the same regardless of race, creed, sexual orientation or economic status, simply nice non-judgmental people. I wish for them to contribute to the world in some way, regardless of what they choose as a career, I want them to "leave the world better than they found it." This is something we say in our family all the time and I'm glad the saying is beginning to stick with them. I want them to have a healthy respect for themselves, to be confident and successful, yet caring and empathetic. Most of all I want them to be happy and joyful and to stay close as siblings and to their mom and me for the rest of their/our lives. I pray that they find the right spouses in life, should they choose to get married, or have partners, and be happy amazing parents, should they choose to be blessed with children.

My children have recently experienced my wife's and my year-long separation followed by our ability to repair our marriage and live together happily once again. Prior to that, it was at least one year with a lot of stress, while we were working through some marriage struggles. These issues were completely unrelated to my legal situations as they happened a couple of years earlier. My wife and I feel extraordinarily blessed to be one of a small percentage of couples that got back together after separation happier than we've ever been. I feel blessed because my wife asked to reconcile right in the middle of my legal battles with no assurances as to how my case will end up.

She could've easily taken the easy road and decided she didn't want to be involved with the stress and drama of such a public legal case. I could not blame her. The press coverage of me and the case has been unforgiving. My face was plastered on the cover of newspapers and cable news television shows. Chris Cuomo, from CNN, did a full six minute story on me personally. Most of

this wasn't really related to me, but to questions about how the case might fit into political issues bigger than me. But it made the case much harder for me and my wife.

She decided to stand by me no matter what. Like many couples we had a lot of things to work through as marriage is not easy. On the contrary it can be quite difficult and really requires 100% commitment from both sides. I realize that she is my true best friend and that I never want to be separated ever again.  We have been together for nineteen years, married for twelve years.

I have learned a lot since my arrest in this case. I have thought about the people that I was working with. The relationship that stands out the most to me, and still does, is my long relationship with Lev Parnas. I realize that I had become addicted to trying to make our business work and compromise myself more times than I can remember. I remember many times acquiescing to his opinion as he had a very strong personality. I blame myself, not him, for giving in on many subjects.

Lev and I would argue almost on a daily basis on both large and small topics, generally to do with business or finances. There were many red flags that this was not the right relationship for me to be in either personally or professionally, but for some reason I stayed. The main reason was our company, Fraud Guarantee. I felt a tremendous responsibility as I believed the company would fail if I left. However, once I got arrested I realized that it had failed anyway. I wish I had been stronger and smarter to cut ties many years earlier which could've averted this entire situation completely.

This personal introspection led me to focus on the personal responsibility I had to take for the decisions I had made. I also began to look at other relationships in my personal life, specifically my marriage. My separation at the time, after several years of unhappiness, I realized was partially a result of my obsessive desire to make our businesses succeed. My wife had asked me on many occasions to leave Lev and the business and to do something different, but I chose not to. I fully rationalized to myself that leaving the company would be extremely irresponsible and I couldn't imagine quitting something I had put so much time and effort into. I also believed it would eventually be a great success and worth the effort. However, I should've realized differently. I should've realized that the common denominator of any business failures in my life over the past decade was Lev Parnas. No matter what good opportunities were ever presented to us, he would always find a way to ruin them. Greed almost always came in to play when he would negotiate final deals or business relationships, ultimately killing deals and often ruining relationships. It's important for me to say once again, I don't blame Lev, I blame myself. I am the one who is responsible for myself, my family and my integrity in life. I made poor choices. A good friend once complimented me on several things, both personally and professionally. However, he made it clear that I was going to end up with a bad reputation because of Lev. I only wished I had listened to him and gone in another direction. Looking back I feel like I was always rationalizing Lev's decisions and behavior.

During my self-reflection, I learned about my strengths and more importantly about my weaknesses. It seems like a lifetime ago and yet it was only sixteen months ago when this first occurred. But the growth that has occurred in me personally since that time has been astonishing. I am truly a different person than I was before. Never again will I allow myself to trade my integrity

for anything in life. It was the massive personal changes that came from this situation that contributed to my wife approaching me at the beginning of last summer asking me if I would consider getting back together and ending our separation. I had tried so hard to talk her into this before, but she wouldn't hear of it. But this time was different, she was coming to me. At that point I knew I had changed in an extraordinary way.

I know I have not finished paying for these events. I pray to God about it every day. I have hurt my children and fear how this will damage my relationship with them. I cannot imagine being away from my children for an extended period of time, especially at the incredibly vulnerable ages of six and nine years old. God willing, I can get through this and put my family back together.

Respectfully submitted,

David Correia

January 201 2021

Honorable Judge Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Your Honorable Judge Oetken,

I am writing to you on behalf of my husband and best friend of 19 years, David Paul Correia. We have been married for over 12 of those years and I believe no one can attest better to his character than I can. During all of those years, he has proven to be a devoted husband and father above all else. He is the most honest, caring, selfless, hard working and trusting, sometimes to a fault, man I have ever met. Even during the toughest of times, he has continued to maintain a positive outlook and attitude in life. We have had our own struggles in our marriage, but David never gave up on us. He fought for us to see it through and communicate through our issues. He never gave up on me and I will never give up on him.

David and I have built a beautiful family together that is the center and main priority in our lives. We have an incredibly caring, sometimes too intelligent and mature nine year old daughter, E.C. and a free-spirited, loving six year old son, C.C. We are together as a family every opportunity we have throughout the day. From the moment our children wake up, we are packing lunches, preparing breakfast, picking out clothes and driving them to school together. On the days that I work, David picks them up from school, helps them with their homework, takes them to the park and prepares and feeds them dinner. We put them to bed each night together, say our prayers and spend that time to individually talk with each child separately about their day and what has been going on in their lives. It is so essential for them to spend time with each of us as we have different perspectives and past experiences that we can both offer to each of them.

I share this all with you because David Correia is not your average businessman father, he is also a full time dad who is involved in every moment throughout the day and even more than most because of my schedule. I am a Physician Assistant hospitalist at our local hospital and work 7 days on and 7 days off, 12 hour shifts. He has always supported my career and goals despite the pressure it puts on him at home which is just another example of his selflessness.

David takes the children to church on the weekends I work to maintain our family structure and unit which is so important in the foundational years of childhood. They go to the prayer garden and say prayers for our family, our country and the world. We never take for granted the responsibility of raising our children with respect, kindness and morals. He spends hours discussing with our children, specifically C.C., the difference between right and wrong.

David sits with C.C. practicing his penmanship and reading books. He has been teaching C.C. to ride a bicycle with and without training wheels. Emphasizing the importance of perseverance. When C.C. gets frustrated, David is there to cheer him on with optimism.

I have personally seen firsthand David's sincere regret and remorse for his business decisions and relationships in the past. He realized that he had been a participant in wrongdoing and wanted to take responsibility and accountability for having compromised on specific business dealings which is why he chose to plead guilty to the charges against him. To allow for closure to those who his actions have affected the lives of. Throughout the entire process and investigation, David has been cooperative, respectful and abided by all requests made of him. The behavior he exhibited in previous business is out of character for David Correia but I truly believe his behavior was significantly influenced by his associates. We have had countless conversations over the past year in regards to how he believes he compromised his credibility and integrity. His greatest frustration is that he made these mistakes while trying to build credible businesses that would have had positive impacts on the world but now the visions and goals for those businesses have dissolved. He has learned a significant lesson and I am confident that he will be far more cautious in the present and future with who he chooses to associate with not just in business but in all aspects of life.

In closing, I would like to beg you, Your Honor, to take into consideration the incredible husband, father and man that David Paul Correia is when determining his sentencing punishment. It is not only his life that will be affected by your decision but our entire family will be impacted, specifically two beautiful children who think the absolute world of their father.  I can only hope that this letter conveys to you my undying support of my husband and the man that he is.

Sincerely,

Katie Ann Correia

Palm Beach Gardens, FL

January 18th, 2021

Honorable Judge Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Judge Oetken,

I am writing in support of my son, David Correia.

As his mother, it gives me great pride to share my son, David Paul Correia, with you. I feel I probably know him and how he thinks better than anyone. I also believe I understand him and admire why he thinks the way he does.

As a young child, he was a great reader. He was always seeking biographies of leaders and spiritual works far beyond his years. We had delightful conversations in the car about things he had read and questions he had that I never expected from a preteen or young teenager. At 12 years of age a friend of mine, who happened to be the principal at the school where I was teaching, and her husband, had David visiting her son for the weekend and took David for his first golf experience and for David it was life changing! My principal's husband said that David was a "natural" when he brought him home that weekend and even said that he could keep the clubs!

David found great peace on the local golf course in our town and he shared with me that when he was on the course he forgot about everything else and just went from hole to hole. Prior to golf, from the age of 3 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Golf helped immensely ▇▇▇▇▇▇▇▇▇▇▇ I admired his discipline, love of the sport, and ability to focus – so, of course, as a single mother, I did my best to encourage his raw talent and provide him with as many opportunities as I could afford.

To show a loving side of David as a young man, it happened one day that he called from the clubhouse out of breath to tell me to look out the window toward the course to see a beautiful rainbow!! He had left his clubs on the 7th hole and ran back to the phone so I wouldn't miss the rainbow. There were many moments like this.

During this time, his father and I were going through a difficult divorce and golf and this private time alone helped David emotionally ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The golf followed through high school and college and later to Florida and other states and countries. Florida is where he got positions at several courses enabling him to support himself and continue to have access to the sport he loved while pursuing his dream of professional golf.

Another thing I'd like you to know about David along with his love of golf, is that he was team-oriented, playing lacrosse and baseball too, where he was always opening day pitcher and was also an exceptional catcher. I feel the above was important to include because, as an educator all of my life, one can see how the habits developed in childhood, such as the teamwork and discipline learned through sports, will make them better able to be more effective, engaged adults.

11

David grew up in a family of 5 siblings, with a very difficult father. Further, I was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as David approached his senior year in high school and his younger sister was going into 8th grade. Through it all he remained outwardly happy, pleasant, and polite. He never gave me any trouble during his teenage years as children often do. I think he kept all of these burdens inside, which was a help to me, but was ultimately harder on him.

I'd like to share a very special side of David that I think effected the rest of his life. David has a very strong Christian faith. We are a strong Catholic family but so many of my friends are saddened that their children do not continue to follow in the Faith. David, his wife, and their young children (my beloved grandchildren!) attend Mass together as a family every Sunday as well as are active in any other functions and activities of their Parish. Grace is said before meals since the children were little and night prayers together before bed. Katie, my beloved daughter-in-law, herself willingly converted to the Faith by the influence of going to Mass with David when they were dating! He tries to live his Faith and often calls or texts me for prayers for special intentions for himself, the family, or just a friend in need. We have wonderful, deep spiritual discussions and when things go astray, as they have recently, David always tries to see God's Hands in why things happened the way they did and he asks for God's guidance to make things better.

Finally, I'm so proud of the wonderful family man David is! Not having a great father to emulate, he looks to his grandfather often, my late dad, and Katie's dad, his late father-in-law, as examples of what a good father should be. He is a wonderful, loving father very engaged in his children's school life, as well as their extra curricular activities, whether it's his daughter's dancing school or his young son's own emerging talent in athletics. He is also supportive of Katie in her work as a PA and is proud of all she does. They have a warm and loving home and that is the most important thing in the world to him!

It is for these reasons, and so many more, that I humbly request you see David as the person I have described when considering his sentencing. I would hate to see him suffer any more than he has this last year and a half, as I know he has deeply reflected and learned so much from his past decisions. I would also hate to see his young children be without him. I thank you for your time and pray for your mercy.


Respectfully,


M. Paula Correia

January 14 , 2021

Honorable Judge Paul Oetken

United States District Judge

500 Pearl Street

New York, NY 10007

Dear Judge Oetken,

I am writing in support of David Correia.

My name is Hubert Weisslinger, I am 61 years old and I live Miami, Florida. I have known David Correia now for close to six years. In that time, David and I have become very close friends, along with having done business together. I am aware of the Criminal case against him and his pleadings of guilt, but continue to believe he is a person of strong character and I trust him completely.

As an investor in Fraud Guarantee holdings, LLC, I believe David worked extraordinarily hard to make the company a success. David always returned everyone of my phone calls and and was always there to answer any questions that I may have had. I always respected the fact that David was very transparent and would often directly share with me the status of certain projects, both good or bad news.  He was open and honest with me as to where the company stood in terms of launching a product which I believe the company would have done, under different circumstances. Among those involved in the company, it was clear he was responsible for almost all of the work and didn't have much help.

On a personal note, I consider David to be a very good friend. We have developed a close bond over the years. In fact, we still speak on a weekly basis and try to have lunch together at least once a month. My wife and I are friendly with both David and his wife Katie and always enjoy the time we spend together. David is a very real and down-to-earth person, not flashy or greedy. Although he was working in a world dealing with quite a few high-level people, I can honestly say I never saw him change his personality. Being somewhat of a successful businessman myself,  having worked around the world for more than 30 years, I can say this is not an easy thing to accomplish and I believe a real test of a person's character. I remember specifically when David was going through his marital separation. This was a very difficult time for him and we spoke several times a week. Through these conversations, I learned about David's morals and true priorities in life. His faith in God is extremely strong and he never deviated from that, even during the most difficult times he was going through. During these most difficult times legally and personally,  almost every one of our conversations consisted of him talking about his children. He was mostly concerned about keeping a peaceful home life for them and a good relationship with his wife. His two children are clearly the most important thing in his life. It is clear to me that most every decision he makes, personally and professionally, is with his family in mind. I personally watched him go through a marital separation, deal with health issues and handle all of the legal troubles of the past two years. I don't believe the media attention

made it any easier on him either. Through all of this, I saw him stay grounded with a positive attitude, putting his family and their well being ahead of his own.

On a separate note, David has always respected my position as an investor in the company. Knowing the fact that I was interviewed by the government, never once asking me to discuss with him anything about my interactions with the prosecutors (even though I would not have done so anyway), he only told me to work with the government and tell them everything I knew, never suggesting otherwise. I believe David is a man of integrity and a good person, father and husband. He may have made some mistakes, before, but he is taking responsibility for them, which I admire. Throughout this whole situation, he has handled the situation with dignity and class throughout.

As I mentioned, I think very highly of him as a person and as a father to his two young children. Because we speak so often, I am very aware of how involved he is in their lives on a daily basis. It is very common that he must leave our call to make a meal for his children, or pick them up from school. For all of these reasons, I would only hope that you see David the way I do, the person that I've known well for many years. I pray that he receives the most lenient of sentences possible. I know he is upset with some of the decisions that he has made in the past and I've seen him change over this past two years into an even better person. I can't imagine a sentence of jail time would do anything to cause him to change anymore than he already has. I believe he is a stronger and wiser person now and don't see him ever making the same mistakes. Because of all of this, I would hate to see his young family and children torn apart from a harsh sentence. I thank you very much for your time in reading my letter on David's behalf and hope my story has given you a better understanding of David Correia as a person.


On a separate topic, my apologies for my written English as I am French (now and American citizen) and English is not my first language. Thank you



Sincerely,


Hubert Weisslinger

Miami, FL

Honorable Judge Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007

January 13, 2021
Character Reference Letter

Dear Judge, Oetken,

I am writing in support of David Correia and truly hope that my words carry some meaning, as David means a lot to me and it is my firm belief that he is one of the few people on this earth that truly impact society for the better.

To give you some perspective, David and I met a decade ago through a mutual friend.  As a result of a lot of shared values and interests we immediately hit it off and candidly became close friends.  We have had the opportunity to get to know each other quite well, whether it was through dinners, long phone calls, business opportunities and even mini vacations and day trips.  As the years have progressed, so has our friendship and my admiration for David.  There are not enough superlatives I could use to describe him, but I'll give it a shot: thoughtful, giving, intelligent, passionate, positive, driven, honest, hardworking and loyal.  David is what I like to refer to as a mensch.

Who is Adam Connors and why does my perspective matter?  In the grand scheme of things, I do not consider myself very special however, it's been my mission in life to improve the lives of others. I do this formally through my company, NetWorkWise, but have been doing it informally my entire life through helping people get jobs, finding places to live, introducing them to services or people that can help those in need. I have also saved three people of dying, two from suicide and one from choking.  I have a wife, two daughters and a dog. I have sat on a few boards and have also been a positive contributor to my community, in Hoboken, NJ.  I give you this background because I like to think that I am a relatively good judge of character and have a lot of acquaintances, but very few "friends" that I truly trust, or for that matter, "truly know" and could rely on.  David is a friend!

How important I value David and our relationship is probably best exemplified through an experience that happened relatively recently.  As I mentioned before, I have two daughters that right now are going through challenging times (adolescence, Covid and other personal matters that I'm not going to bore you with).  As a result of the aforementioned, my wife and I have had a really hard time getting through to them and didn't know what to do. Furthermore, there weren't many people we felt comfortable confiding in. As such, I turned to David for council, which ended up being one of the highlights of 2020 (Yes, I understand that bar is low, but work with me here Judge).  In all seriousness, we put David on speaker phone with the entire family, walked him through the issues we were dealing with and let him hold court.  A couple hours later, thanks to his ability to stay calm, be articulate and display high levels of empathy we had a family breakthrough. I'm not sure if you have a family or daughters in particular, but I hope you can appreciate the magnitude of what that did for all of us.   I do think it's also worth mentioning that David, in true David fashion dropped what he was doing to help us.

15

By the way, this was when he was right in the heat of dealing with his personal criminal matters, some challenges with his own kids, financial ruin and while suffering through an impending divorce and I can only imagine the amount of massive loneliness.

It is for these and so many reasons more that I am proud to call David my friend and honored to have you learn more about who he is and my relationship with him.

The world needs more people like David, and I am happy to discuss him further if you would like to speak directly.

Sincerely,

Adam Connors

Hoboken, NJ

January 12, 2021

Honorable Judge Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Judge Oetken,

I am writing in support of David Correia.

My name is Patrick Preece, and I am currently president of Saratov Capital.  I have held a number of senior executive positions over the last 30 years, in the banking, finance and insurance industries.   I have held a number of licenses in these industries and have never had a complaint filed against any of my licenses.

I have known David for over 8 years now, as both a friend and as a business partner.  My late mother used to tell me that adversity was not so much a character builder as a character revealer.   From my time with David, as my partner in a struggling insurance agency, as well as during the difficult times he has faced since then, has shown to me that he is a man of exceptional character.  I have found him to be honest to a fault, and his integrity beyond reproach.  I TRUST DAVID IMPLICITLY.  If David has a fault, he has been too trusting of the people around him.

In addition, I have found David to be an extremely caring and attentive father and husband.  The passion he has shown for his family is something for us all to strive for in our own lives.

I consider it an honor to be a character reference for David Correia.

Sincerely,


Patrick Preece

Honorable Judge Paul Oetken
United States District Judge
500 Pearl street
New York, NY 10007

Dear Judge Oetken

I am writing a letter in support of David Correia's character.

I have known David for approximately 5 years when I was a Lloyd's of London broker representing Fraud Guarantee as a client to seek reinsurance behind their product. As a cyber security and financial expert I have a vast array of tools at my disposal to fact check and cross reference.  We  have worked together, including face to face visits and representations to the Lloyd's market for over a year and in that time became great friends. David and I have continued to keep in contact and problem solve business opportunities.

I understand and respect that David has been accused of several crimes and has plead guilty however I would like to state that David, as a God fearing man, has been nothing but an incredible friend, mentor and client in the past and has spoken nothing but the truth in all of his representations in both a professional and personal occupation.

I would thank the court and ask that you look upon David with the most favorable and lenient terms should he be found guilty of these crimes as to best allow him to continue to spend time with his young children.

Thank you in Advance

**Christian Ogden Davies**
Managing Director
Cronus Capital Consulting
London, United Kingdom



January 22, 2021
Honorable Judge Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Judge Oetken,

My name is Lowery Robinson and I am currently Head of Global Contingency for Specialty Insurance Group. I am writing in support of and regards to David Correia. I was originally introduced to Dave by a trusted insurance broker in 2013 when Dave was in the process of providing investors a legitimate insurance policy offered by an A+ rated carrier to provide protection from another potential Bernie Madoff scenario. Over the course of the next five years we attempted multiple avenues to develop a compliant insurance policy to offer this coverage to the consumer. In the end we were unable to develop this coverage mainly due to the lack of available statistical data and/or resources that would inevitably be needed to support the underwriting file and validate a claim.

During this collaboration I came to respect Dave regarding his focus, work ethic and dedication to make this product mutually beneficial for both the insurance carrier and his potential future clients. I can appreciate that Dave has admitted and pled guilty, however I believe with all my heart this is not an accurate reflection on who Dave Correia is as a human being, but rather a temporary mistake in judgement. Throughout the entire relationship in dealing with Dave concerning the Fraud Guarantee project we encountered many challenges, but there was absolutely no hint of any personality flaw or even any pressure from Dave to alter in any way our final decision to decline offering this coverage.

Judge Oetken, thank you and the court for hearing my plea and understand that I am not a naïve person and I understand that an infraction occurred however, please consider leniency in consideration of Dave as he mirrored nothing short of being a good father, husband and business man during the time we engaged in this project.

Sincerely,

Lowery Robinson
Head of Global Contingency
Specialty Insurance Group