1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
2

3

4

5

6

7

8
                      Recorded Conversation
9

10

11
                  Date:    September 18, 2018
12                Files:   David Lev 9-18-18.m4a

13

14

15
        Victim-7
16

17

18

19

20

21

22

23

24

25

USAO_00149924

1          CORREIA:   (U/I)?

2          [Victim-7]       Yeah, David.

3          CORREIA:   Hey.  How are you?

4          [Victim-7]        Yeah, sorry, man.

5          CORREIA:   (U/I).

6          [Victim-7]        It's just -- it's been one of those

7    crazy days, you know what I'm saying?

8          CORREIA:   Oh, I know.  I know all about it.

9    Hopefully not too bad.

10         [Victim-7]        Yeah, well it's -- you know, it's

11   towards the end so it's -- I mean, it's only 6 o'clock.

12         CORREIA:    That's true.  Hopefully it'll be

13   quieter.  A lot of people will take the day off tomorrow so

14   --

15         [Victim-7]        Yeah.  Well, it's, it's one of those

16   things.  But anyway, listen, I, I have a couple questions,

17   David --

18         CORREIA:   Of course.

19         [Victim-7]        -- and I'll give you my concerns.

20   And I spoke with, with one of my money guys because --

21         CORREIA:    Sure.

22         [Victim-7]        -- you know, honestly, I read this

23   stuff and I, and I don't know what it says.  I read the

24   convertible --

25         CORREIA:    Oh, understood, man.

2

```
 1            [Victim-7]        -- convertible promissory note.  You

 2   might as well be telling me that we're ordering egg, egg

 3   rolls and spare ribs because this stuff makes no sense to

 4   me, and I don't want it to make sense to me.

 5            CORREIA:    Understood.

 6            [Victim-7]       This is not what I want to do, but -

 7   - here's a couple questions that I have --

 8            CORREIA:    Sure.

 9            [Victim-7]       This money is going to go for a

10   convertible promissory note that's going to be convertible

11   before a certain period of time extends once you have the

12   funding to the rest of the company.  Is that it?

13            CORREIA:    So the way it works is, is

14   traditionally -- and I'll break it down.  So quite often a

15   company will give PPM, which you may be familiar with.

16            [Victim-7]    Mm-hm.

17            CORREIA:    Are you familiar with a PPM?

18            [Victim-7]       I don't know what that means.  What

19   is it?

20            CORREIA:    Okay, yeah.  So it's just a private

21   placement memorandum.  So that's when somebody buys

22   directly into a company and buys either stock or membership

23   units directly.  So there's no options.  It's just straight

24   in to, like, okay, I like the company.  I'm going to buy in

25   and I'm going to be a shareholder or member and just
```

USAO_00149926

3

1    straight, straight transaction.

2           **Victim-7**      Right.

3           CORREIA:     So what we did at the beginning for

4    our shareholders and for our kind of friends and family,

5    which is I think a nicer, more flexible thing to do for

6    people, is to do a convertible note, and basically it's a

7    similar scenario but it, it gives you an option.   So the

8    convertible just gives you an option to say at some point

9    if for any reason you didn't want to continue or convert

10   into equity, it would just -- it starts off as a loan and

11   then you can choose to either keep it as a loan and then at

12   the end of the term, at the end of two years, you get your

13   money back plus -- I think we put seven percent on it.

14          **Victim-7**      Right.

15          CORREIA:     And there is one other, there is one

16   other trigger which we put in there.   So as we raise

17   $5 million or more, that's another benchmark at which point

18   you can say I want, I want my money back, and then we would

19   buy you out at that -- pay the investment out, plus seven

20   percent annual (U/I).

21          **Victim-7**     Let me ask you a question.

22          CORREIA:     However, if you --

23          **Victim-7**       Go ahead.   I'm sorry.   Go ahead.

24   You go.

25          CORREIA:     Yeah, and it -- but the reason why --

USAO_00149927

1  I mean, most people -- you know, we have, I think, I could

2  be wrong, seven or eight of us, six or seven maybe, that

3  are members and have been since day one.  So everyone --

4  you know, we offered the same thing, Lev and I, to these

5  other guys that are just close to us and everybody

6  converted right away.  So we don't have any outstanding

7  notes.  That was a few years ago.  And then -- and now as

8  we're ready to move forward, we're just raising a certain

9  amount to be able to not only do the contract, which (U/I),

10  but also finalize a couple of things internally in terms of

11  the, the technology final build-out and we're ready to go.

12          Victim-7       If I, if I --

13          CORREIA:  So (U/I) --

14          Victim-7        If I got this straight, at the

15  moment, you guys are trying to raise $1.7 million to give

16  to  Attorney-1   for this things; is that correct?

17          CORREIA:  That, that's what his contract is over

18  the year, but I mean, we don't -- we may or may not --

19  we're not going to raise that amount of money right now

20  because there's no reason to.  It's broken up as an initial

21  payment and then a monthly retainer agreement.

22          Victim-7      Uh-huh.

23          CORREIA:  Which, which we can cancel if we, if

24  we were unhappy with the work or whatever, but I'm sure

25  that's not going to be the case.

1          [Victim-7]          Okay.  Yeah, right.

2          CORREIA:   And then -- but basically we are just,

3  just raising a certain amount right now to be able to

4  engage in that contract, and then also to finalize the

5  build-out of the algorithm and the, and the finalized

6  website, which has a lot of functionality to it.  So

7  basically that's what we're doing right now, and then

8  probably in about -- I don't want to get all over the place

9  because I want to give you the third option on the note,

10  but probably in a couple of months, we'll probably then

11  finalize -- or maybe even less, we'll go with our PPM.  We

12  won't offer anyone else the convertible note option and

13  we'll just do a PPM at a higher valuation because, you

14  know, [Attorney-1] will have been on board for a couple of

15  months at that point.

16          [Victim-7]          Right.

17          CORREIA:   And then we will, you know, finalize

18  our site, and at that point we'll raise at a higher

19  valuation, but just people that want to come straight into

20  the company.

21          [Victim-7]          All right, that --

22          CORREIA:   But --

23          [Victim-7]          Here, here, here's the other

24  question that goes along with that.  What -- insofar as

25  units, what, what percentage, what percentage of the

1   company at the current valuation will $250,000 represent?

2          CORREIA:  (U/I) valuation --

3          Victim-7    One percent?

4          CORREIA:  -- (U/I) math equation, so I'm, I'm

5   driving right now, but yeah, it's about one percent, right?

6   So $200,000 would be exactly one percent.

7          Victim-7    One percent, right.

8          CORREIA:  So 250 would be just a little bit

9   more.

10         Victim-7    I got it.

11         CORREIA:  Whatever, whatever 250,000 divided by

12   20 million is.

13         Victim-7    And if I'm, and if I'm correct,

14   because you guys are looking at this thing going from a $20

15   million valuation to a $50 million valuation on the high

16   end, right?

17         CORREIA:  No, not the high end.  It'll probably

18   go the a $50 million valuation with him being signed on.

19         Victim-7    No, shit.  Really?

20         CORREIA:  Before we, before we do -- oh,

21   absolutely.  And if -- yeah.

22         Victim-7    So are you, are you --

23         CORREIA:  (U/I).

24         Victim-7    Is it --

25         CORREIA:  (U/I) as soon as we raise --

1    [Victim-7]       Are you -- just a for instance, so

2    you're telling me that if I, if I put this money here and

3    then I

4    -- and then this becomes convertible to units at my request

5    or at yours or is there a specific date that I have to wait

6    for this to happen?

7         CORREIA:    Sure.  So that -- I want to give you

8    the third option.  The third option is you can convert into

9    equity at any time.

10   [Victim-7]      Okay, okay.

11        CORREIA:   So you don't have, you don't have to

12   keep that note open.  The two triggers in which you can get

13   paid back are either at the end of the two years or once we

14   raise $5 million.  At that point, we would say to you,

15   where -- we, we can buy back your note right now.  Like,

16   you would have that choice to either exercise to convert

17   into equity --

18   [Victim-7]       Right.

19        CORREIA:    -- or get your money back plus seven

20   percent.  So, for example, in about -- you know, our PPM

21   paperwork, give or take, will be done in about two weeks,

22   and then we'll go out there probably, you know, in a month

23   or so and maybe -- don't hold me to that.  It could be a

24   month; it could be 60 days.  We'll go out there and say,

25   okay, what -- we'll decide what we're going to raise, you

USAO_00149931

8

```
 1  know, for the next phase, and at that point it'll be a much
 2  higher valuation and it'll be through the PPM, private
 3  placement document, that people will just be buying stock.
 4          Victim-7       Right.
 5          CORREIA:   If we raise $5 million, let's say, in
 6  December or January, you know, for example, at that point,
 7  we would turn to you and say you have a right to get your
 8  money back and plus seven percent, or do you want to
 9  convert (U/I).  Most people would convert because if the
10  company's raising that kind of money at that valuation --
11          Victim-7       Hey, listen, no question.  There's
12  no question.
13          CORREIA:   -- (U/I).  So those are your options.
14          Victim-7       Right.
15          CORREIA:   Yeah.  It just gives you the option to
16  get your money back plus interest if you didn't like the
17  direction of the company.  And if we never raised any
18  money, at least it'd be sitting there at the end of two
19  years -- we -- you know, the company would be obligated to
20  pay back the note plus seven percent, but obviously (U/I).
21          Victim-7       And you, and you believe that
22  there's going to come a time when you're going to then
23  convert this into a regular -- a corporate status?  Or is
24  it going to stay --
25          CORREIA:   Well, it's already a corporate (U/I).
```

9

1    **Victim-7**          Well, no, I thought it was an LL --

2    I thought it was an LLC, wasn't it?

3          CORREIA:   Oh, yeah, of course.  Yeah.  Like most

4    companies.

5    **Victim-7**          Yeah, because you're doing units

6    instead of, instead of shares.  True?

7          CORREIA:   Yeah, absolutely.  Yep.  So, I mean,

8    an LLC -- I mean, ▮▮▮▮▮▮▮▮▮▮▮, but I mean in my, in my

9    experience -- I'm not quite a lawyer, but my lawyers tell

10   me I should have been.

11   **Victim-7**          Listen, I do, I do ▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮  bro.  I don't --

13         CORREIA:   (U/I).  Yeah, exactly.

14   **Victim-7**          This is not my field, okay?  You

15   understand?

16         CORREIA:   No, no.  I'm with you.  I mean, but

17   there's, but there's benefits -- there's pros and cons to

18   both (U/I) structures, right?

19   **Victim-7**          Yeah.

20         CORREIA:   So there's just a beneficial for the

21   first couple years of a company, generally, as a

22   pass-through directly to people tax wise, to the members.

23   And also -- excuse me.  And it's also you avoid the double

24   taxation of a corporation.  But, you know, if we decide to

25   go -- to take it public, which is a very, very strong

USAO_00149933

1  possibility, then we would convert immediately into an INC.

2  structure because you need to, you need to be an INC. to be

3  able to go into -- to do a public offering.

4          Victim-7          Let me, let me ask you another

5  question.

6              CORREIA:   Sure.

7          Victim-7          How much money do you have from

8  people that are committed to this, to this venture?  How

9  much money do you have that has been, like, pledged so to

10 speak at this point to come in?

11             CORREIA:   That would -- to be honest with you, I

12 don't keep a ledger of that.  I would say, if I added up

13 everyone who said that the second you get -- you're ready

14 to go we're in, I'd -- I don't even know.  Tens of millions

15 of dollars.  We don't, we don't keep a record of who is on

16 a list.  Right now, we're just doing a smaller amount for a

17 couple of million dollars to be able to get, to get to the

18 next phase and (U/I) --

19         Victim-7          No, that's kind of more my question.

20 In other words, the people that are coming in on the

21 friends and family side of this, how much money do you have

22 scheduled to raise at the moment?  That, that -- you know,

23 I'm not looking for an exact number.  I'm looking to see

24 how many other people are taking, taking this ride.

25             CORREIA:   Are you talking about for the

 1  convertible note status?

 2          Victim-7          Yes, yes.  That's correct.

 3          CORREIA:   I probably won't -- I'd be lying to

 4  you if I said I had a specific dollar amount committed.  I

 5  literally could tell you that probably -- I mean, if I

 6  reached out to the people that have, have been along for

 7  the ride in terms of waiting for us to raise money, and I

 8  said to them, hey, (U/I), we want to go forward.  I bet you

 9  if we wanted to raise ten million we wouldn't have a

10  problem raising ten million at this valuation without,

11  without any effort.

12          Victim-7          Sounds, sounds (U/I).

13          CORREIA:   But to say that we have money

14  committed today --

15          Victim-7          Yeah.

16          CORREIA:   -- we're not raising that much, so

17  right now I've got the existing shareholders that are going

18  to put in money, so we have -- you know, we're bringing in

19  about $1 million from them right now, and then Lev will

20  probably throw in 250, and then if you're in, that's, you

21  know, your money, and then we really probably won't raise

22  any more than that before we go to a PPM.  I mean, we'll

23  probably raise about a million before we go to a PPM, and a

24  PPM will then raise the valuation.  The reason to do that

25  is that you don't want to dilute yourselves, right?  So we

USAO_00149935

1   don't want to dilute ourselves any more than we need to,

2   and if you become a member, I don't want -- I have a

3   responsibility to not want to dilute you.

4           So I always want to bring in the least amount of

5   money that I possible can bring in at a low valuation and

6   hopefully use that money appropriately to raise the

7   valuation.  So right now, we could actually raise, say, 750

8   or a million and then with   Attorney-1   doing a (U/I)

9   announcement and strategically laying it out there, you

10  know, the valuation will go back to whomever is either

11  asked to be involved in the past first, of course, and then

12  we would, we would probably raise that in a 40, $50 million

13  valuation (U/I).  And then we would bring in maybe whatever

14  we would need at that point.  Let's call it -- let's say

15  $5 million.  I don't know that we'd need that much at that

16  point, but let's say 5 million.  So now, we just did

17  ourselves a huge favor.  We just diluted ourselves less

18  than half as much because we went from a 20 million to a

19  50 million valuation.  If I brought that same 5 million in

20  at 20 right now with the convertible note I'd be crazy

21  because I'm going to give up twice as much stock, right?

22  And everybody gets diluted (U/I).

23               Victim-7        All right.  So I'm just going to

24  ask.  This is going to sound like, this is going to sounds

25  like a really stupid question to you, all right?

13

```
 1            CORREIA:   (U/I).

 2      Victim-7          And you're, you're probably going to

 3  -- yeah, this is going to be a very stupid question, but

 4  bear with me, okay?  If I'm putting up $250,000 of you only

 5  raising about $1 million, I'm getting one percent of a

 6  company that's going to be coming from a $10 million, to

 7  20 million to a $50 million, you know, valuation.  Why is

 8  it that my $250,000 is only getting one percent of the

 9  units?

10            CORREIA:   I'll digress and say it's not a stupid

11  question.  It's a crazy question, but it's not a stupid

12  question.

13      Victim-7       Right.

14            CORREIA:   And I'm smiling while I say that

15  (U/I).

16      Victim-7          Yeah, yeah, no.  I hear you.

17  Listen, listen.  I'm --

18            CORREIA:   (U/I).

19      Victim-7          I'm going to give you all the

20  credibility that you need because Lev says you're okay.

21  All right?  I just -- I'm going to tell you.  This is what

22  I -- but it's a question that I have because it seems like

23  I'm putting up a quarter of a million dollars and getting

24  one percent of stock, but the only money you're raising now

25  is $1 million.  I should be getting 25 percent of the
```

14

1   stock.

2          CORREIA:  Oh, got you.  No, I'm -- I understand

3   the question.  I was truly joking when I said it was a

4   crazy question.

5          Victim-7      Oh, I know.  So talk to me.  How

6   does that work?

7          CORREIA:  So we, we put millions of dollars into

8   the company.  I've spent three-and-a-half years building

9   this product; sweat, tears, blood every single day.  I've

10   spent thousands of hours.  Literally, thousands of hours on

11   this product.

12          Victim-7      But, but not --

13          CORREIA:  I've been (U/I).

14          Victim-7      But are you -- so are you telling

15   me, just so we're clear, are you telling me that you've got

16   millions of dollars of your actual money in this thing?

17          CORREIA:  Of course.  Not my money, but of money

18   -- some of my money.  Lev has money in it.  We have other

19   other (U/I) original shareholders, of course.

20          Victim-7      So how many shareholders --

21          CORREIA:  (U/I).

22          Victim-7      How many shares are outstanding

23   right now, bro?

24          CORREIA:  Just like I told you, we have like

25   seven -- six -- I want to say six or eight guys, so the

15

 1  shares

 2  -- as I said the other day, I think we initially did a ten

 3  million unit distribution.  So we have -- I think we have

 4  ten million that's outstanding.  So they're divvied up over

 5  all the shareholders, and then obviously if anyone new

 6  comes through, we dilute those people.  Everyone gets

 7  diluted at the same time, right, as we bring in new stuff

 8  and thus the need to -- or desire to raise a higher

 9  valuation to dilute as much as possible.

10           Victim-7         And how much --

11           CORREIA:  (U/I).

12           Victim-7         And how much money is -- has been

13  invested in this company so far overall?

14           CORREIA:  I'd have to go back to be honest with

15  you,  Victim-7 .  I'd say probably --

16           Victim-7         Well, I mean, are we talking

17  millions, hundreds of thousands, tens of millions?

18           CORREIA:  Oh, yeah.  No, no, no.  I just said

19  millions, man.  I don't misspeak.  Four or $5 million

20  probably.

21           Victim-7         No, no.  Okay.  No, but I'm a little

22  dense, so you've got to deal with me.

23           CORREIA:  No.  Come on.

24           Victim-7         I'm telling you.  Listen, if we were

25  talking, if we were talking about --

16

```
 1              CORREIA:   (U/I).
 2     [Victim-7]       Listen, if we were talking about,
 3  like, you know, [                              ] I could
 4  tell you all the intricacies, but --
 5              CORREIA:   That's what I mean.  You're --
 6     [Victim-7]       -- I -- but this --
 7              CORREIA:   -- a bright guy.  (U/I) conversation.
 8     [Victim-7]       But this is all -- this is new stuff
 9  to me.  That's why I'm asking stupid questions.
10              CORREIA:   No.  I don't -- no, there's no --
11  listen, I was joking when I said that, my friend.
12     [Victim-7]       No, I know, bro.  Go ahead.
13              CORREIA:   I'm not -- I have great respect for
14  what you're doing and what you do.  I'm happy to answer any
15  question you have.
16              So the answer to your question is out of 250 if
17  we were only raising -- if we were a startup company and we
18  had an idea and we said, hey, we think that the valuation
19  for the company is $1 million and we have a good idea but
20  we don't have anything really in place, and we certainly
21  don't have a [Attorney-1]   We don't (U/I) business.  We don't
22  have any direction.  We don't have anything.  Then somebody
23  putting up 250, absolutely, you're correct.  They get 25
24  percent of the company at $1 million valuation.  But the
25  fact that -- [Attorney-1]  is not signing on to an idea,
```

USAO_00149940

1   **Attorney-1** is signing in -- on to the fact that we have built

2   underwriting and scoring systems and algorithms that have

3   blown their minds that insurance companies have decided to,

4   for the first time in history of the United States --

5   actually globally, ever decided to engage in covering fraud

6   in the investment world.  So there's a tremendous amount of

7   work that's being done and, I mean, I can't even explain to

8   you.  The -- it's a significant amount of time and effort.

9   You know, I've been through, gosh, I don't know how many --

10  probably a dozen or more insurance carriers.  Probably been

11  the (U/I) -- I don't know how many times, you know, U.S.

12  carriers, London-based carriers -- you know, we've done an

13  awful lot of work to get to this point.  So that's, that's

14  why.

15          So right now, you wouldn't normally figure out

16  what somebody's percentage is based on the current rates

17  because then -- let's say you came in -- let's use your

18  example and say that today we, we were just brand new and

19  we decided we're going to raise $1 million and the

20  valuation is one million, so (U/I) put in 250 each,

21  everyone has 25 percent.  Now, if we were to go in and say,

22  okay, we're going to do another round of financing.  Let's

23  say we used that money appropriately, we get the valuation

24  because we've, we've added valuation through either (U/I)

25  or whatever it may be, right, and we all of a sudden now

1   say, hey, the company is worth $5 million.  Well, now, if

2   we go out at that point and raise $1 million and somebody

3   puts in $1 million at that point, then they're going to

4   say, well, you know, shouldn't I get x percentage of the

5   company, and then you would say no because (U/I).  Let's

6   say we're at a $5 million valuation and we're raising

7   $2 million and he says, well, I'm putting up a million but

8   you're only raising two.  I should get 50 percent of the

9   company.  And you would say, well, no.  I mean, we put the

10  original $1 million, so we took the most amount of risk.

11  We used that appropriately; we ran the company properly; we

12  raised the valuation from one million to five million.  We

13  added all that value.  So if you put in $1 million in a $5

14  million valuation, you'd get 20 percent of the company, you

15  wouldn't get half just because we're choosing to raise two

16  million right now.  That doesn't make sense to the original

17  shareholders (U/I).

18         Victim-7       I got it.  All right.

19         CORREIA:  (U/I).  That's kind of --

20         Victim-7        Listen, I got it.

21         CORREIA:  That's kind of the rationale.

22         Victim-7       I got it.

23         CORREIA:  (U/I).

24         Victim-7        Listen, I'm, I'm really leaning

25  towards taking this ride with you guys because I got a

1   feeling -- look, I'll be very straight with you.  You know,

2   I really like Lev.  You know, I know him since Israel and

3   he seems to be --

4            CORREIA:   Oh, I know.

5            Victim-7            -- a real standup guy.  You know, he

6   seems to be a real standup guy and I've done my due

7   diligence checking him out and I've come across a couple of

8   things that I like, a couple of things that are kind of

9   funny, and one or two things were not too funny.  But, but

10  he seems to be a guy who knows what the hell he's doing.

11  And if --

12           CORREIA:   Oh, for sure.

13           Victim-7            -- Attorney-1  wasn't part of this

14  thing, I probably wouldn't do it.  You know what I'm

15  saying?  But I think that if you're --

16           CORREIA:   No (U/I).

17           Victim-7       If you're telling me that Attorney-1

18  is definitely on board with this thing and he's not going

19  to back out and I'm going to be standing here wishing that

20  I had never had this conversation, I'm good.  So I'm

21  getting your assurance that Attorney-1  is definitely in with

22  this thing without a problem?

23           CORREIA:   Absolutely, 100 percent.  In fact, Lev

24  even told me that when he spoke to you, I mean, we

25  literally -- you know, we just consummated our final

1  agreement and did everything with him.  So we actually are

2  planning on sending him a payment.  So you, you can

3  literally send your, your money -- you have to fill out the

4  paperwork --

5              Victim-7      Right.

6              CORREIA:   -- but you literally can send it

7  directly to      Attorney-1      and it'd be -- all I would

8  request is that in the memo line you just put --

9              Victim-7      All right.

10              CORREIA:   -- credited toward or to Fraud

11  Guarantee Holdings.  So there's no, there's no, there's no

12  messing around here.

13              Victim-7      All right.  Not a problem.  Look --

14              CORREIA:   And then once you're onboard, I'm

15  happy to have you -- you can have -- you know, (U/I).

16              Victim-7      Yeah.  Listen, I, listen, I got to

17  tell you something.  You know, look, I see this thing as,

18  as a baseline for much bigger things to come, and I

19  absolutely love Lev for wanting to include me in this

20  thing, because, you know, we just hit it off.  I don't know

21  what happened between the two of us, but --

22              CORREIA:   He, he said the same thing, yeah.

23              Victim-7      Yeah, we hit it off, and he was

24  trying to get me to come to Odessa with the jet and I, and

25  I'm like, listen, man, I can't go.  I gotta get back home.

USAO_00149944

1   He's like, no, you don't understand.  We have hotel.  Igor

2   (ph.), Igor has hotel, big hotel on the water.  I was like,

3   yeah, listen, I gotta go home Lev, man.  The fuck is wrong

4   with you?

5          CORREIA:   I know.  He's -- there's something

6   wrong there.  Let me tell you.

7          Victim-7        All right.  And I'm gonna see you at

8   the (U/I) next week anyway.  I understand his wife's in the

9   hospital now.  She's waiting for --

10         CORREIA:   Yeah.

11         Victim-7        -- waiting for the (U/I).  I'll meet

12   you within a week or so.

13         CORREIA:   (U/I).

14         Victim-7        So, listen -- so this convertible

15   note that I'm looking at has --

16         CORREIA:   We met already, remember?

17         Victim-7        No, I don't.  When did we meet?

18         CORREIA:   Yeah.  We met at the hotel.  We met

19   (U/I).

20         Victim-7        Oh, yeah.  You were at the hotel.  I

21   knew you, I knew you were familiar.  For crying out loud.

22         CORREIA:   Yeah, yeah, man.

23         Victim-7        Okay.  Now I know who you are.

24         CORREIA:   Absolutely.

25         Victim-7        Please, please forgive me.  It

1  didn't -- you know --

2          CORREIA:   No.  It's okay.

3          ████████  That day, that day I was --

4          CORREIA:   We all may have been (U/I).

5          ████████  I was coming from ████████████

6  ██████████████████████████████████████████  case

7  and I came there in the middle of the -- because I wanted

8  to see Lev and give him a hug and my head was where it

9  needed to be on my business at the time.  So forgive me.

10         CORREIA:   Oh, I'm with you.  No, no problem at

11 all.  No problem at all.

12         ████████  All right.  So listen --

13         CORREIA:   I enjoyed meeting you very much.

14         ████████  This is what I want you to do.  The,

15 the -- whatever papers that I have to sign with all of the,

16 you know, the actual figures in it and everything else, I

17 need -- I'm going to -- I'm guessing you want to do this

18 with a wire transfer?  I'm going to tell you something.

19 Listen, I did a wire transfer for, like, $20,000 a couple

20 of weeks ago and I got defrauded.  It went to somebody

21 else's account, they stole my money, and the shit that I

22 had to go through to, to get this money --

23         CORREIA:   Oh, my God.

24         ████████  Oh, you have no idea, man.  Bad.

25 And I got --

1          CORREIA:   Was it a bank mistake?

2          **Victim-7**        Listen, it was somebody who hacked

3    into the, the receivers email account and then sent me a

4    bogus email saying don't send me a check, send it to this

5    email address.   I gave it to my lawyer who took it out of

6    his escrow account, sent it out, and then the guy calls me

7    up six days later and he goes, **Victim-7**, what happened to

8    the check?   I was like, you're kidding me, right?   What

9    check are you talking about?   You told me to send an email.

10   So but what happened was somebody --

11          CORREIA:   Oh, my God.

12          **Victim-7**        Yeah, man.   It's bad.   I'm telling

13   you.   I'm really afraid of wire transfers.   So what

14   happened was, the bank, the bank who -- where the email

15   went to opened up a corporate account without corporate

16   papers.   So we were able to get $15,000 back because the

17   same swindler was swindling somebody else and grabbed his

18   money, and I've got $5,000 that Wells Fargo is going to pay

19   me, otherwise I'm going to go down and strangle somebody.

20   And it's only 5,000, but listen, what if it was $1 million?

21          CORREIA:   (U/I).

22          **Victim-7**      You know?

23          CORREIA:   It's a lot of money, man.   It's five

24   grand you worked for.

25          **Victim-7**      Yeah.   Listen, man.   Honest to God,

24

1  man, it was just, it was just --

2          CORREIA:   (U/I) today's day and age, I agree

3  with you.  In today's day and age with technology and the

4  things they can do cyber-wise, it's crazy.  But --

5          Victim-7          Can, can -- let me ask you a

6  question.

7          CORREIA:   -- I can pretty much assure you --

8          Victim-7          Can I, can I send a check instead of

9  a wire transfer?

10          CORREIA:   You know, I could find out for you and

11  see if we could work that.  I actually think we kind of

12  like --

13          Victim-7          I don't really care.  Here's, here's

14  what you do.  What you're going to do is --

15          CORREIA:   (U/I) straight to (U/I).

16          Victim-7          -- get me to wire transfer -- the

17  wire transfer information.  I don't see that.  I see, I see

18  the note.

19          CORREIA:   Okay.

20          Victim-7          I see the note.  I see the packet

21  that they had given me, but I don't see --

22          CORREIA:   It should have been --

23          Victim-7          -- the wire transfer information.

24          CORREIA:   Okay.

25          Victim-7          So get, get that to me.

USAO_00149948

1    CORREIA:   Yes, I will (U/I).

2    **Victim-7**      And I would like, I would like you

3  to fill out the rest of the note with the $250,000 amount

4  in it and --

5    CORREIA:   Okay.

6    **Victim-7**      -- and I'll -- give it to me, send

7  it to me tomorrow, I'll sign it and send it back and I'll

8  get the money out and let's, let's go make some money,

9  brother.

10    CORREIA:   I'm very glad to have you on board,

11  buddy.

12    **Victim-7**      Yeah, me too.

13    CORREIA:   I'm very glad Lev thought to invite

14  you.  Any (U/I).  I mean, literally, I'm here available

15  24/7.  So any time you just even think of an idea as a

16  member, you know -- once you learn more about the product,

17  just -- I'm available 24/7.

18    **Victim-7**      Did, did you see that movie Blow?

19    CORREIA:   You know, I didn't but I heard about

20  it.

21    **Victim-7**      You gotta see it.  There's a part

22  there where --

23    CORREIA:   (U/I) told me to watch that.

24    **Victim-7**      -- basically, there's this part

25  there where they got this new pilot and the pilot's going

USAO_00149949

1  to be flying in this thing and the guy looks at him and he

2  goes, listen, he goes, there's no dealing without your

3  kids' pictures.  Where do they go to school?

4           CORREIA:  Oh, geez.

5      Victim-7    And the guy's looking at him and he

6  goes, hey, Mr. Joseph, don't forget the pictures of your

7  kids.

8           CORREIA:  Oh, my God.

9      Victim-7    All right, brother.

10         CORREIA:  That's great.  I will have to watch

11  that.

12      Victim-7    Listen, so send that to me and I'm

13  going tomorrow --

14         CORREIA:  (U/I).

15      Victim-7    I'm going to the synagogue in the

16  morning, in the morning, so I want to tell you that if this

17  things is not good, I'm going to put the power of the

18  Messiah on you.

19         CORREIA:  Oh, my God.  Please.  No worries, my

20  friend.

21      Victim-7    All right, brother.  I'll talk --

22         CORREIA:  So I will -- but they should -- my

23  apologies if there weren't.  There should have been four

24  attachments.  There should have been the note, there should

25  have been the promissory note, and there should have been

USAO_00149950

1   the packet I gave you, which is very proprietary so keep

2   that with you, and then the -- there should have been wire

3   instructions.  But I will resend it all to you.

4               Victim-7     All right, great.  And, and --

5               CORREIA:  (U/I).

6               Victim-7     -- but do me a favor, just, just

7   send that convertible promissory note that's I'm signing

8   with the amount --

9               CORREIA:  Yeah.

10              Victim-7     -- already in it so I don't have to

11   like fill in anything with my hands --

12              CORREIA:  I will, I will.

13              Victim-7     -- or whatever.

14              CORREIA:  Yep.  And just sign them up.

15              Victim-7     All right, bro.  Listen --

16              CORREIA:  And I'll send you the wire stuff, and

17   then you and I can chat tomorrow and make sure if you need

18   any questions and then I can just confirm with Attorney-1

19   that they got everything and I'll make sure you get the

20   confirmation so you're not worried.

21              Victim-7     All right.  Fabulous, man.  Best of

22   luck to all of us.

23              CORREIA:  (U/I) best.

24              Victim-7     All right, man.

25              CORREIA:  Thank you so much, buddy.

28

1        Victim-7            My pleasure.

2        CORREIA:    Pleasure.  Welcome aboard.

3        Victim-7            Thanks, man.  Bye bye.

4        CORREIA:    Thanks, buddy.  Bye.

5        (End of recording.)

USAO_00149952