

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Correia, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

    In advance of the sentencing proceeding scheduled for Monday, February 8, 2021, the Government writes to submit (1) three victim impact statements, which the Government respectfully requests be filed publicly in redacted form to protect victim privacy interests and personal identifying information; (2) a proposed joint restitution order, along with a victim schedule that the Government respectfully requests be filed under seal; and (3) a signed copy of Government Exhibit B, which was previously filed with an electronic signature.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: _____/s/_____
    Rebekah Donaleski
    Nicolas Roos
    Aline Flodr
    Assistant United States Attorneys
    (212) 637-2423

cc: William Harrington, Esq. (by ECF)