Judge Oetken

Several years ago, David Correia told me about being defrauded. He said the financial impact "hurt him terribly". I believe that financial loss turned David into a person driven to repair that damage. I believe that David associated with the wrong people and it got him into serious trouble.

David's life and reputation has been turned upside down. That is punishment in itself. For David (and for all of us) to live in the United States of America and to find himself in this situation is heartbreaking, I know.

I harbor David no ill will. In fact, I feel sorry for him. I respectfully ask the court for leniency in his case.

Victim-2