Dear Judge Oetken                                                                                           February 2, 2021

I am a victim of the lies and fraud of David Correia and Lev Parnas regarding their involvement in the Fraud Guarantee company.

On or about October of 2016, David Correia sent me a proposed business plan for the Fraud Guarantee company as well as a purchase and sale agreement for investors. Both Lev Parnas and David Correia verbally convinced me to invest $300,000 in Fraud Guarantee. The $300,000 payment was made by me via wire transfer at Mr. Correia's direction to Aaron Investments I, LLC. David Correia and Lev Parnas assured me that my investment was in a legitimate company whose purpose was to insure investors against potential fraud. Little did I know, but I was the actual victim of the fraud of Mr. Correia and Mr. Parnas.

I had no idea that they would be using my money to travel the world in luxury in order to fulfill their secret agenda that had nothing to do with the Fraud Guarantee company. They were jet setting on private planes, staying in expensive hotels and enjoying expensive meals with my money. They even had a privately paid bodyguard who traveled with them from Florida. In essence, these criminals stole my money. I personally met them once in a very expensive hotel in London and witnessed them bragging about a meeting with a very wealthy investor in Ukraine. I had no knowledge that they would use my money to solicit illegal campaign contributions. In all of my subsequent meetings with Mr. Correia, he had no problem bragging about his lavish lifestyle.

I was obviously viewed by these men as a fool who had unknowingly invested in their lies and fraudulent company. I am infuriated and humiliated that these men were able to defraud a successful business person like myself as well as others. The level of sophistication of their scheme was unimaginable to me when I made my investment. These men are thieves, liars and fraudsters and deserve to be punished to the fullest extent of the law.

[REDACTED] Everything that I have worked for was to support myself, my family and my retirement. I invested $300,000 of my hard-earned money for the purpose of assisting other investors to combat fraud at the hands of people like Lev Parnas and David Correia. I never would have dreamt that I would actually be the victim. Please take what I have written into consideration when you are making your decision regarding an appropriate sentence in this case.

                                                                        Respectfully,

                                                                        Victim-6