

Victim-7

February 2nd, 2021

Honorable J. Paul Oetken:

Please accept the following as my comments for the sentencing of David Correia which is scheduled to occur on this Monday, February 8th, 2021.

To start I must say that it is hard to believe that I was defrauded in the manner that it occurred. and I replay the events of this scam over and over in my mind. Frankly, I cannot stomach the fact that these three fraudsters pulled the wool over my eyes. The only solace that I can find is that there were other intelligent people who were also fooled by their overwhelming faked sincerity in this scam. Or course this all does nothing for me because in the end they took $500,000.00 from me.

It is quite apparent that these scammers did their research on me and found that I would probably have the kind of the money that they wanted to take from a mark. I met Lev Parnes and Igor Furman Both of them befriended me and pretended to be very wealthy men there for pleasure, but also to do an energy business deal in Israel. They were both very good at their deception. They knew they had a fish on the line and played their cards so well that I never had a clue as to their impending fraud. They introduced me to David Correia, who they said was their partner.

When I finally realized what had happened to me, it was too late and in any event I still did not want to believe it. It wasn't until their arrest that the cold truth that I had been swindled became painfully apparent.

At the time Parnes, Furman and Correia all made me feel like it was an honor to be involved in this company, Fraud Guarantee. Correia had the job of convincing me that this was all on the level. Furman and Parnes were directing him to pass it all on to me in a most convincing fashion. What makes matters worse, I told all of them that I did not have any experience in such matters and notwithstanding, all three of them assured me time and again that this deal was 100% legitimate and passing on it would

have been a huge mistake. My mistake was listening to their lies and not seeing though it. I regret ever becoming involved with any of them.

In the end, these men conspired to steal money from me. They caused me so much pain and grief, emotionally, financially and every way possible by defrauding me. I had to hire two lawyers to represent me though this ordeal. The stress that this whole thing has caused me is horrific. The newspaper articles, TV news mentioning my name, and the harassment that I was receiving from reporters was something that has scarred me for life.

It saddens me to realize that people like them really do not care about whom they hurt, the devastation that their actions can cause and the lasting effects of their criminality. All three should be punished, but punished in accordance with the sound judgment of this Honorable Court after full disclosure and consideration.

I thank Your Honor for any consideration that you may feel appropriate to give to this letter.

Victim-7
