UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.

DAVID CORREIA,

Defendant.

**Consent Order of Restitution**

Docket No. S1 19 Cr. 725 (JPO)

---

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Rebekah Donaleski, Nicolas Roos, and Aline Flodr, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts Two and Seven of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

DAVID CORREIA, the defendant, shall pay restitution in the total amount of $2,322,500 pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), and 18 U.S.C. § 3664, to the victims of the offense charged in Count Seven. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

### A. Joint and Several Liability

Defendant's liability for restitution shall be joint and several with that of other defendants ordered to make restitution for the offenses in this matter, to the extent specified in the orders of restitution applicable to those defendants. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every

2020.01.09

victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The Defendant shall commence monthly installment payments of 20-percent of his gross income, payable on the 15th day of each month, upon the commencement of his term of supervision, either following his release from prison or the imposition of a non-custodial sentence.

### 3. Payment Instructions

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The

Defendant shall write his/her name and the docket number of this case on each check or money order.  Credit card payments must be made in person at the Clerk's Office.  Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed.  For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

**4**.      **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).  If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

**5.**      **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6.**      **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto

as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/Rebekah Donaleski         2/4/21
Rebekah Donaleski                DATE
Nicolas Roos
Aline Flodr
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2423

DAVID CORREIA

By: *David Correia*              02/03/2021
DAVID CORREIA                    DATE

By: *William Harrington*         2-4-21
William Harrington               DATE
Counsel to David Correia

SO ORDERED:

                                 Feb. 8, 2021
                                 DATE

_____
J. PAUL OETKEN
United States District Judge

## SCHEDULE A: SCHEDULE OF VICTIMS

| Victim Name | Address | Amount of Loss/Restitution |
|---|---|---|
| ███ | ███ | $ 500,000.00 |
| ███ | ███ | $ 500,000.00 |
| ███ | ███ | $ 300,000.00 |
| ███ | ███ | $ 300,000.00 |
| ███ | ███ | $ 280,000.00 |
| ███ | ███ | $ 250,000.00 |
| ███ | ███ | $ 192,500.00 |
| **Grand Total** | | **$ 2,322,500.00** |