

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

April 12, 2021

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    <u>United States</u> v. <u>David Correia</u>, 19 Cr. 725 (JPO)

Dear Judge Oetken:

    I represent David Correia in the above referenced matter. I write to request that the Court order Pretrial Services to release Mr. Correia's passport and mail it to Mr. Correia at his address in Palm Beach Gardens, Florida. I can provide the officer with the full address if needed.

    The Government indicated on March 19, 2021 that it consents to the request once Mr. Correia surrenders. Mr. Correia has now surrendered. I have confirmed that he is now in BOP custody by checking the BOP's inmate finder.

Respectfully submitted,

    /s/ William J. Harrington

William J. Harrington

Cc by ECF:    AUSA Rebekah Donaleski
                    AUSA Nicolas Roos

---

Granted.
Pretrial Services is hereby directed to release Mr. Correia's passport and mail it to him at the provided address.
  So ordered.
4/13/2021

_J. PAUL OETKEN_
United States District Judge