UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                                  19-CR-725 (JPO)

LEV PARNAS, *et al.*,                                                ORDER
                              Defendants.

J. PAUL OETKEN, District Judge:

After consultation with the Clerk's Office, the Court informs the parties that jury selection has been scheduled for **Tuesday, October 12, 2021**, for the first trial in this case. The case is second in priority behind another criminal case (20-CR-130), meaning that this case will be in a position to go forward with jury selection only if the trial in the other case is adjourned.

The parties shall inform the Court as soon as possible, and in any event no later than Monday, August 30, 2021, whether any party has any unavoidable conflict with starting trial on October 12 rather than October 4 as previously scheduled.

SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                                    _____
                                                    J. PAUL OETKEN
                                                    United States District Judge