IN THE UNITED STATES DISTRICT
COURT FOR THE 2nd CIRCUIT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | CASE NO. 19CR-725-3 (JPO) |
| | Motion |
| V. | For COMPASSIONATE RELEASE |
| DAVID CORREIA | 18 U.S.C 3582(c)(1)(A)(i) |
| | 3142(6); 3553(a) |

COMES NOW David Correia, a layman and ignorant of the
law and presents this Motion for Compassionate Release. Mr. Correia
incorporates this filing by reference into the above styled case
and invokes the supremecy and Fullfaith and Credit Clauses of
the United States Constitution. SEE also 28 U.S.C 1738, and
United States Sentencing Guidlines (USSG) 1B1.13. This is Mr. Correias
sworn testimony and the four corner rule applies.

On march 22, 2021 Mr. Correia self surrendered to Butner
(minimum security camp) after being sentenced to 1 year and
1 day. On August 2nd Mr. Correia filed for Compassionate
Release with Warden Ramos (SEE Exhibit A).

As of the date of this filing there has been no response at
the Warden Ramos. Therfor, Mr. Correia has satisfied the
30 day administrative remedy review and now seeks remedy
from this Honorable Court due to the Extracrdinary and
compelling reasons promulagatel by the Covid-19 pandemic and
the abysmal efforts of Butner staff (medical and administrative)
to keep Mr. Correia from graveharm.

# ARGUMENT

According to research letter published by JAMA, COVID-19 cases in U.S Federal and State prisons were 5.5 times higher – and death rates three times higher – than in the general population between March 21st and June 6th.

Mr. Correa moves for compassionate release pursuant to 3582(c)(i)(A), arguing that the persistant and still poorly understood novel corona virus, or COVID-19 and the Delta variant, pandemic which public health experts and policy makers recognize is especially dangerous in the confines of correctional institutions, is an extraordinary and compelling circumstance warranting a reduction in sentence under the circumstances of his case.

Mr. Correa has never contracted COVID-19, but he is suffering from an auto immune disease and is immuno-compromised with chronic ulcerative colitis and is prescribed Humira treatments. Mr. Correa is a care level 3 and is 46 years old, and has had numerous flare ups and had to be prescribed (steroids)(Prednizone). (SEE Exhibit B (Medical Records). Unfortunately, the evidence increasingly supports a belief that even those who have contracted the virus and recovered can become infected or reinfected. A recent first kind of its study showed that about 60% of patients had "Potent" anti bodies at the peak of their battle with the virus, but after 2 months, only 16.7% of patients still had "Potent" antibodies. As your Honer agreed I was to be sent to Jessup Camp where I could get adequate care, I was never sent there.

Because of his age, multiple serious health conditions, and already weakened condition due to his Auto immune disease, Mr. Correa is among those at the very high Risk of death or serious illness if he becomes exposed to COVID-19. Under the totality of the circumstances, as detailed further here in, it is respectfully requested that the court reduce Mr. Correa's sentence to time served, or alternatively, modify his judgment to allow him to serve some or all of the remainder of his imprisonment sentence on home confinement.

## Exhaustion Of Administrative Remedies

The BOP's status of the exclusive gatekeeper for compassionate release motions ended with the enactment of the First Step Act on December 21, 2018. In a provision entitled "Increasing the use of Transparency of Compassionate Release," the First Step Act amended 3582 (c)(i)(A) to allow a sentence reduction for "Extraordinary and Compelling reasons" once the defendant "has fully exhausted all administrative rights to appeal a failure of the Bearue of Prisons to bring a motion on the defendants behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendents facility, whichever is earlier."

A number of courts have already found that the plain text of the statute creates two alternative conditions: Either Exhaustion of BOP remedies or the passing of 30 days. SEE "United States v. Haney" No. 19-cr-541 (JSR) 2020 WL 1821988, at 3 (S.D.N.Y) (April 13th, 2020) ( the statute "requires

the defendant either to exhaust administrative remedies or simply wait 30 days after serving his petition on the warden of his facility before filing a motion with the court)"; United States v. Morgan, No 4:92-cr-4013, Doc No 2337 at 5-6 (N.D. FLA, April 27 2020) (considering the motion because the defendant had waited more than 30 days'). The words "after" and "whichever is earliest" indicate two alternative clocks started by the submission to the warden. After the earliest of those, the court has jurisdiction for a motion. By providing a 30-day lapse period, Congress specifically contemplated situations - such as the pandemic - wherein BOP would be unable to manage all urgent and potentially meritorious requests for release." SEE United States v. Ammarah, 2020 WL 222 0008 at 5 (E.D. of michigan may 7th 2020).

Mr. Correia submitted his request to the warden on August 2nd 2021. He did not recieve a denial of his request as of the date of this motion September 3rd 2021. The court posseses jurisdiction to consider Mr. Correias motion.

## <u>Mr. Correia's Medical Vulnerability to COVID-19 In the PRISON SETTING Warrants Extraordinary And Compelling CIRCUMSTANCES.</u>

At 46 years of age, Mr. Correia suffers from a chronic and potentially life threating Autoimmune disease Ulcerative Colitus or (Chrones disease), as well as high cholesteral and obesity. SEE (MEDICAL Records Exhibit B). Upon Intake Mr. Correia was told he would be reffered to see a GI Dr. and as of 9/3/21 he has not seen him.

He is on numerous medications such as Lialda 4.8 mg, Humira -1 injection every 15 days for Ulcerative Colitis, Allupinal 300mg daily for Gout, and Atorvastin 4 mg for High Cholesterol. Individually these conditions make him highly suceptible to serious complications if COVID-19 is contracted. Considered together, they establish that his continued presence in the FCI Butner Camp creates an unacceptable risk to his health and life, particulary given that he is non-violent offender with no criminal history, and outstanding minimum PATTERN assesment scores.

Mr. Correia has also met with the Clinical Director of the Entire complex Dr. Beyer and she put him in to see a Gastroenterologist on 3/22/21 and its been 5 months and still have not seen a specialist. It is impossible to social distence as of 2 weeks ago Mr. Correia was given a cell mate in an 88 square ft. cubicall. This is and goes beyond all conditions specified by the CDC which although focused on non prison populations, this research comes and becomes far more concerning when considered in the prison context, as prisons are well known tinderboxes for infectious disease. SEE United STATES V. TRAN 8:08-cr-197 Doc, Dkt No. 405 (C.D.CA) April 10, 2020) ("while the court is aware of the measures taken by the BOP, news reports of the virus's spread in detention centers within the United States and beyond our borders demonstrate that individuals housed within our prison systems nonetheless remain particulary vulnerable to infection"). Pfizer agree's vaccine is not 100% and many vaccenated patients have become sick and died from New strains of COVID-19.

Butner has been identified as the most deadly prison in America for COVID-19 with over 35% of all deaths have occurred at Butner as well as 1 officer. One of the Courts Peers, Judge Allison J. Nathan from the United States District Court of the Southern District of New York, clearly makes her position known in United States v. Gerard Scparta, 2020 U.S Dist Lexis 68935; 18 cr - 578 (AJN) (April 20, 2020). SEE Lexus 7-10.

One quote of note: "The court notes the plain absurd by and of the Governments and the BOP's position." "The court speaks in stark terms: this is an illogical and self defeating policy that appears to be inconsistant with the directive of the Attorney General, ungrounded in science and a danger to both Mr. Scparta and the public health of the community."

The question of wether the goverment can protect inmates from COVID-19 is being aunsered in a negative way every day as outbreeaks persist nation wide. This facility has no temparature check in place, no one weers masks, and we are sent to work off the complex and work with public and civilian contractors.

Althaugh the circumstances of the present offense availhed Mr. Correia for the serious sentence that this court orginally imposed, the sentencing purpose of just punishment does not warrant a sentence that includes exposure to a life threating illness which could cost him his life.

In response to the standard to grant a compassionate release motion, the USSG implemented 1B1.13, a policy statement specifically concerning compassionate release under 3582(c)(i)(A). In the application Note 1 to 1B1.13 four prongs are explained. Prong (D) based on other reasons "applies to Mr. Correa." The Commentary to USSG 1B1.13 is a direct acknowledgment by the sentencing commission which is entirely consistent with the statutory text- that "extraordinary and compelling reasons" having nothing to do with the inmates health, age, or family circumstances can support a sentence reduction under 3582(c)(i)(A). (See application Note 2... need not have been unforseen at the time of sentencing to warrant a reduction in the term of imprisonment.")

while the commentary states that catonall category of "other reasons" will be determined by the Director of the BOP the reference to the BOP must be disregarded because it is irreconcilable with the post First Step Act (FSA) version of the statute, which allows the district court to grant relief under 3582(c)(i)(A). SEE United States v. Canto NO. 1:05-cr-4581 (2019) WL 2498923 at 9 (S.D. tex June 17 2019) (" Given the changes to the statute, the policy statement provision that was previously applicable to 18 USC 3582(c)(i)(A) no longer fits with the statute and thus does not comply with the congressional mandate that must provide guidence on the appropriate use of sentence modification provisions.

In Fact the eighth amendment's prohibition on cruel and unusual punishment includes unreasonable exposure to dangerous conditions while in custody. SEE Helling v. Mckinney, 509 US 25, 28 (1993) SEE ALSO Walls v. Baldwin 70 F.3d 1074 (9th circ. 1995)(Applying Helling to asbestos); Brown v. Mitchell, 327 F. Supp 2d 615, 650 (E.D. Va July 28, 2004)(Applying Helling to contagious disease caused by overcrowding conditions".)

## 3553(A) FACTORS

Now that the "Extraordinary and compelling reasons" have been established, the court must consider the relevant sentencing factors in 3553(A) to determine whether a sentence reduction is warranted. Under Pepper v. United States the court also can and indeed must, consider post offense developments under 3553(A). Pepper 562 US 476, 490-493 (2011)(Authorizing the courts to consider the "most up to date picture" of the defendants history and characteristics, when "sheds light on the likelihood that (the defendant) will engage in future criminal conduct"). The Corona virus Pandemic and its concordant risk to Mr. Correia is of course, a very significant post sentencing development that should weigh heavily in favor of relief.

Mr. Correia committed the instant, non violent offenses, while in his mid forties, while his offense was indisputably serious, as the court knows from presiding of his sentencing the offense was non violent.

He had no criminal history at all and never has spent a day in jail. Mr. Correia was sentenced to 366 days and is housed at a minimum security camp and his PATTERN RISK assessment score is a minimum. While incarcerated Mr. Correia has completed numerous classes, works as an administrative orderly to the main training center and to the REM facility, which is an extremely sensitive and trustworthy position. Mr. Correia has already completed his release paper work and thumb print has been attained and is scheduled to be released in December this year 2021.

Mr. Correia has a viable release plan to live with his wife and kids. His wife is a physicians assistant and will be able to add mr. Correia to her insurance and benefits. Mr. Correia has transportation and a home in Florida which he will reside in with his wife. Mr. Correia will be able to get better care for his disease outside rather then here at the prison and he is not safe here.

Also the 3553(a) factors and recognizing that under Brooker " when accessing a motion brought directly by an imprisoned person rather than by the BoP, the Court is neither constrained neither by USSG 1B1.13's enumeration of extraordinary and compelling reasons, nor by its free standing requirement that the defendant seeking release not pose a danger to the community").

The severity of (Defendants) conduct remains unchanged, what has changed however is the environment where he is serving his sentence. Zukerman 451 F. supp. 3d at 336 ("when the court sentenced (defendant) the court did not intend for that sentence to "include incurring a great and unforseen risk of severe illness or death" brought on by a Global pandemic." United States v Rodriguez 451 supp. 3d 392, 407 (E.D PA 2020) Moreover, the limited duration remaining on the defendants sentence serves" as an additional consideration favorable to granting his motion for compassionate release. SEE United STAtes v. Pellegrino 492 F. supp. 3d 65 (E.D. OF NY 2020).

## CONCUSION

If the court believes a lengthy sentence is still called for however the 3553(a) factors can be met by converting Mr. Correa's remaining term of imprisonment to supervised release with a special condition of Home confinment.

For the Forgoing reasons, Mr. correia respectfully requests that the court grant his 18 U.S.C 3582 (c)(1)(A) motion for Compassionate release, and reduce his sentence to time-served Alternatively, he requests that the court grant the motion and substitute a term of supervised release equivilent to his remaining term of incarceration with a special condition of home confinment, or other condition or terms that this court may find appropriate.

Respectfully Submitted this 3rd day of September 2021

Respectfully submitted,

By _____

David Correia                          Date

## Affidavit of David Correia

I David Correia, under penalty of perjury, do ratify and confirm that all statements, declarations and claims expressed here in are true, correct, complete, and certain to the best of my knowledge and belief with no intention to threaten or mislead under the provisions of the 28 USC 1746 and the 18 USC 1621.

By _____

David Correia                          Date

## Certificate of Service

I David Correia, on the 3rd day of September, 2021 did place a true and correct copy of the Motion for Compassionate release in the U.S mail first class postage prepaid which is deemed recieved and filed when placed in the custody of prison officials for forwarding. (mailbox rule – Houston v. lack (1988)) and mailed to the; Clerk of Court, U.S.D.C of Southern District of New York.

TRULINCS  87302054 - CORREIA, DAVID - Unit: BUT-F-A

--------------------------------------------------------------------------------

FROM: 87302054
TO: BUT/Warden FCI-1
SUBJECT: ***Request to Staff*** CORREIA, DAVID, Reg# 87302054, BUT-F-A
DATE: 08/03/2021 03:33:00 PM

To: Warden Ramos
Inmate Work Assignment: training center

I am hereby filing an official request for compassionate release to be transferred to early home confinement under the authority granted to you under 18 U.S.C. 3582(a), as modified by the CARES Act of 2020. I meet all of the most recent Department of Justice (DOJ) guidelines concerning release to early home confinement under the CARES Act.  I would still meet all of the standards under 18 U.S.C. 3553(a) if you modify my sentence as requested above.

The DOJ's most recent internal guidance, which supersedes the memorandum dated November 16, 2020, directs that: "during the COVID-19 pandemic, an inmate who presents one of the risk factors on the CDC list of conditions that, according to the data, definitively entail greater risk of severe illness, as confirmed by medical records, and who is not expected to recover from that condition, presents an extraordinary and compelling reason allowing compassionate release under the stature and guidance policy statement, eve if in ordinary times would not allow for compassionate release.

It is a medical fact that I suffer from Ulcerative Colitis, a chronic, and currently incurable, auto-immune disease which effects the gastrointestinal tract. My body will always be more susceptible to illness, as a result of this disease. I am currently prescribed an expensive biologic medication (Humira) which is medically proven to further compromise my immune system (as listed in my Butner medical records). I have recently experienced flare-ups of my condition, compelling Dr. Beyer to prescribe strong steroids. Ina medical appointment last week, Dr. Beyer shared with me that she is still trying to schedule an appointment for me with the gastroenterologist  at the FMC. Unfortunately, I have not had even one appointment with a specialist since arriving at the camp on March 22nd of this year. Being an MCL-3, this is very frustrating, not to mention dangerous. When not incarcerated, I see my gastroenterologist once every three months for regular monitoring. It is apparent that I will receive much better medical care at home then is possible here at Butner.

I qualify as being eligible for relief under the CARES Act, as I meet all additional criteria, exclusive of a listed CDC chronic medical risk factor. My most recent combined PATTERN Score is a four (4) (and that is prior to several of my educational credits having registered), I am a first time non-violent offender with zero criminal history and no history of mental illness. I have an approved release plan (probation has done a visit of my home and approved it for release) and a loving and supportive family environment to be released into, etc.,. I have under 5 months left until my original home confinement date of 12/16/21, and have already served more than 42% of my sentence. I would almost definitely have served over 50% by the time I would be released, should you agree to this request.

I am currently very concerned about contracting one of the COVID variants with my compromised immune system, especially since Pfizer has admitted the existing vaccine will not fully protect individuals against new variants. Ona personal note, my wife, a highly respected hospitalist Physician Assistant of over 20 years, has had 4 FULLY VACCINATED patients die from over the last two weeks from the new Delta variant, with several more on ventilators. This is made even more distressing as new cases of COVID have appeared here on the Butner complex as recently as this past week. Therefore, I believe I have sufficient reason to be concerned for my safety and well being. My sentence from my judge was just, for the crime I pled guilty to, however, I was not given a death sentence. Having a wife and two children under 11 years old makes this a very scary situation to be in.

I meet the DOJ's most recent guidance for an extraordinary and compelling reason to be released to early home confinement under the CARES Act, and I meet the DOJ's and BOP's other criteria to be eligible under the CARES Act. Finally, a reduction of my sentence at this juncture, considering my unique set of facts and circumstances, still satisfies the standards of 18 U.S.C. 3553(a). Thus, I respectfully ask you to grant me compassionate release and transfer to early home confinement for the remainder of my sentence.

Sincerely,
David Correia

# Bureau of Prisons
# Health Services
# Clinical Encounter


EXHIBIT B

| Inmate Name: | CORREIA, DAVID | | | | Reg #: | 87302-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/03/1975 | Sex: | M | Race: WHITE | Facility: | BUT |
| Encounter Date: | 07/27/2021 08:39 | Provider: | Beyer, Sara M.D. | | Unit: | F02 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**       Provider:   Beyer, Sara M.D.

Chief Complaint:   GENERAL

Subjective:   IM presents with concerns about:

*Ulcerative Cholitis - IM is on Humira every 15 days and questions if he can go up on the dose or change to a different medication. He has not been seen by GI, has referral pending. I checked on statu snad requested he be seen next GI comes to the camp. IM claims double bunked and  is concerned as gets up several times through the night with diarrhea from his ulcerative cholitis.  Discussed I will update his MDS.

*Immunocompromiseds - IM is concerned since he is on immunosuppressants that he might get a Coved variant and is trying to get home confinement but states he was denied by the Warden as  IM claims he was denied because  he had not served enough of him time.  His medication for his UC suppresses his immune system.

Pain:   No

*(Handwritten annotation:)* No appointment with G.I Specialist Since I have been incarcerated. 3-22-21 → Self Surrender date and today is 9-3-21

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/27/2021 | 09:00 BUX | 97.5 | 36.4 | | Beyer, Sara M.D. |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2021 | 09:00 BUX | 60 | | | Beyer, Sara M.D. |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2021 | 09:00 BUX | 16 | Beyer, Sara M.D. |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/27/2021 | 09:00 BUX | 109/78 | | | | Beyer, Sara M.D. |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/27/2021 | 09:00 BUX | 100 | | Beyer, Sara M.D. |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/27/2021 | 09:00 BUX | 226.0 | 102.5 | | Beyer, Sara M.D. |

### ROS Comments
As per HPI.
### Exam Comments
Normal Gait.  A&O .  Lungs: CTA, Cardiac: RRR&T, Abdomen: NT

## ASSESSMENT:

| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex: | M   Race: WHITE | Facility: | BUT |
| Encounter Date: | 07/27/2021 08:39 | Provider: | Beyer, Sara M.D. | Unit: | F02 |

Ulcerative colitis, K5190 - Current - *IM doesn't feel his current medication is doing as well as some of the other IMs are doing on other medications, will refer to GI..*

**PLAN:**

**Disposition:**
    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2021 | Counseling | Plan of Care | Beyer, Sara | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Beyer, Sara M.D. on 07/27/2021 09:29

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex:    M    Race:  WHITE | Facility: | BUT |
| Encounter Date: | 07/19/2021 17:09 | Provider:  Stevenson, A. RN | Unit: | F02 |

Nursing - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1        Provider:  Stevenson, A. RN

Chief Complaint:  Abdominal Pain
Subjective:        "I would like to see a gastroenterologist, I am still having sporadic flare ups and the Humira is not fully working. I would like to get the Entyvio infusions."

**Pain:**          Yes
**Pain Assessment**

| | |
|---|---|
| Date: | 07/19/2021 17:12 |
| Location: | Abdomen - Diffuse |
| Quality of Pain: | Colicky |
| Pain Scale: | 9 |
| Intervention: | none |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | <30 Minutes |
| Duration: | 1-5 Years |
| Exacerbating Factors: | Ulcerative colitis |
| Relieving Factors: | Humira at times |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:

## ASSESSMENT:

Pain - Abdominal
Correia would like to see a gastroenterologist to complain of nagging abdominal pain which is not controlled by his weekly Humira injection. Would like to start Entyvio infusions.

## PLAN:

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Sick Call/Triage | 07/23/2021 00:00 | Physician 05 |

Disposition:
To be Evaluated by Provider

## Patient Education Topics:

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 07/19/2021 | Counseling | Access to Care | Stevenson, A. | Verbalizes Understanding |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex: | M      Race: WHITE | Facility: | BUT |
| Note Date: | 06/10/2021 12:54 | Provider: | Beyer, Sara M.D. | Unit: | F02 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Beyer, Sara M.D.

IM with IBS flare, will give steroid taper and immodium and put him in to see GI

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | predniSONE Tablet | 06/10/2021 12:54 |
| | **Prescriber Order:**  Orally(1)  40 mg  -  daily x 4 day(s) -- *** (2)  30 mg -  daily x 4 day(s) --  *** (3)  20 mg -  daily x 4 day(s) -- *** (4)  10 mg -  daily x 4 day(s) -- | |
| | Indication:  Ulcerative colitis | |
| | Loperamide Capsule/Tablet | 06/10/2021 12:54 |
| | **Prescriber Order:**  2 mg Orally  -four times a day PRN x 180 day(s) -- use prn flare | |
| | Indication:  Ulcerative colitis | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Beyer, Sara M.D. on 06/10/2021 13:05

## Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
|---|---|---|---|---|---|
| Date of Birth: | 03/03/1975 | Sex: M | Race: WHITE | Facility: | BUT |
| Encounter Date: | 06/08/2021 11:28 | Provider: | Beyer, Sara M.D. | Unit: | F02 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**    Provider:  Beyer, Sara M.D.

Chief Complaint:  GENERAL

Subjective:    IM came to sick call over the weekend and there were no providers at the camp until today. IM is having an ulcerative colitis. IM is relatively new here and has not had a chance to see GI yet.  IM is having a flare right now.  He is able to work but is concerned that he may have an accident walking to the training center.

Pain:    No

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/08/2021 | 11:38 | BUX | 97.9 | 36.6 | | Beyer, Sara M.D. |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 06/08/2021 | 11:38 | BUX | 92 | | | Beyer, Sara M.D. |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 06/08/2021 | 11:38 | BUX | 103/71 | | | | Beyer, Sara M.D. |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 06/08/2021 | 11:38 | BUX | 97 | | Beyer, Sara M.D. |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 06/08/2021 | 11:38 | BUX | 237.8 | 107.9 | | Beyer, Sara M.D. |

**ROS Comments**

+ GI issues, 7ish stools per day with increased urgency, occasional blood in them.  Denies any abdominal pain.  States he has never had pain with his UC flares but he feels he is having a flare now.

**Exam Comments**

A&O, normal gait.
Lungs: CTA
CV: RR&R
Abd: slightly distended, increased bowel sounds, no significantly tender areas (IM states UC has pretty much always presented as diarrhea and not as abdominal pain).
MS: Normal Gait.

**ASSESSMENT:**

Ulcerative colitis, K5190 - Current - *Current flare with  diarrhea, will give steroid taper and be sure he has a GI consult.*

| Inmate Name: CORREIA, DAVID | | | Reg #: 87302-054 |
|---|---|---|---|
| Date of Birth: 03/03/1975 | Sex: M | Race: WHITE | Facility: BUT |
| Encounter Date: 06/08/2021 11:28 | Provider: Beyer, Sara M.D. | | Unit: F02 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | predniSONE Tablet | | 06/08/2021 11:28 |

       **Prescriber Order:**    Orally(1) 40 mg -  daily x 3 day(s) -- *** (2) 30 mg -  daily x 3 day(s) -- ***
                              (3) 20 mg -  daily x 3 day(s) -- *** (4) 10 mg -  daily x 3 day(s) --

       Indication:   Ulcerative colitis

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 06/30/2021 | 06/30/2021 | Routine | No | |

    Subtype:

       Inhouse Clinic

    Reason for Request:

       IM new to BOP and has been diagnosed with Ulcerative Colitis and has recurrent diarrhea flares but denies
       bad abdominal pain.

    Provisional Diagnosis:

       Ulcerative Colitis (IM brought records with this diagnosis on it when he surrendered)

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/08/2021 | Counseling | Plan of Care | Beyer, Sara | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Beyer, Sara M.D. on 06/08/2021 12:02

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex: | M   Race: WHITE | Facility: | BUT |
| Encounter Date: | 06/07/2021 09:55 | Provider: | Ogbu, Joyce RN | Unit: | F02 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:    Ogbu, Joyce RN

Chief Complaint:    Other Problem

Subjective:    Inmate " I am having a flare up of my ulcerative colitis even on Humira. I am requesting either a visit, or a prescriptions for prednisone. in my medical letters from my personal physician  I have had Imodium  or something similar medication. This issue may prohibit me from working if it may get worse"

**Pain:**        Not Applicable

COMPLAINT **2**        Provider:    Ogbu, Joyce RN

Chief Complaint:    Skin Problem

Subjective:    Ulcerative colitis flare-up"

**Pain:**        Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Affect-Other

flare-up

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/07/2021 | Counseling | Access to Care | Ogbu, Joyce | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Ogbu, Joyce RN on 06/07/2021 10:09

Requested to be cosigned by  Beyer, Sara M.D..

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex: | M   Race:  WHITE | Facility: | BUT |
| Encounter Date: | 04/30/2021 15:00 | Provider: | Rogers, A. PT, DPT, GCS | Unit: | F02 |

Physical Therapy - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**         Provider:  Rogers, A. PT, DPT, GCS

Chief Complaint:   Swelling

Subjective:        Pt seen for physical therapy evaluation per referral from Dr. Beyer with the following request,

"IM states he used to wear ted hose and is having some edema and is wanting to be fitted for them again."

Pt reports that he recently came to prison a few weeks ago. Pt notes that as a teenager he had issues with Bil LE varicose veins and swelling with the L being worse than the R. Per pt, he has had 2 ablation procedures completed by a vascular surgeon in the community. Pt reports that he wore compression stockings to manage his swelling but did not bring the stockings with him from home. Pt reports no pain at this visit.

PMH: Hyperlipidemia, Anxiety Disorder, Ulcerative colitis, dermatitis (erythema/itching at genital area).

Pt goal: Pt would like a couple pairs of stockings to manage his swelling with activity.

Pain:         No

**OBJECTIVE:**

**Exam:**

**Skin**

**Vascular**

Yes: Varicose Veins

**Musculoskeletal**

**Ankle/Foot/Toes**

Yes: Swelling

**Ankle/Foot/Toes ROM and Tests**

Yes: Ambulating

**Comments**

Mild to Moderate Bil LE swelling in calf area L slightly more than R.

Large varicose veins covering Bil lower legs.

Girth measurements (cm): Calf= L 44.0, R 43.5 and Ankle= L 26.5, R 25.5

Treatment: Issued 2 pairs of JOBST below knee compression stockings X-Large, 20-30 mmHg

**ASSESSMENT:**

Other

Pt with h/o of significantly large varicose veins at Bil lower legs Left > Right. Prior to coming to prison recently, pt tolerated and managed his condition with compression stockings. Pt will benefit from compression stocking wear to manage swelling and potential venous insufficiency complications.

| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
|---|---|---|---|---|---|
| Date of Birth: | 03/03/1975 | Sex: M | Race: WHITE | Facility: | BUT |
| Encounter Date: | 04/14/2021 07:30 | Provider: | Young, Norman DMD | Unit: | F02 |

**Cardiac Condition Requiring Prophylaxis:** No

**Prosthetic joint(s):** No

**Radiation history of head or neck:** No

**Excessive bleeding:** No

**Bisphosphonates:** No

**Comments:**

**Medications as of Dental Health History Encounter date:**       04/14/2021 07:30

Medications:

Adalimumab 40MG/0.8ML Prefill Syringe  Exp: 07/25/2021  SIG: Inject 160mg (3.2ml) subcutaneously on day 1---Inject 80mg (1.6ml) subcutaneously -- On day 15---Inject 40 mg (0.8ml) subcutaneously every other week - Starting Day 29 ***pill line***

Allopurinol 300 MG Tab  Exp: 03/22/2022  SIG: Take one tablet (300 MG) by mouth each day

Atorvastatin 20 MG TAB  Exp: 10/09/2021  SIG: Take one tablet (20 MG) by mouth daily with same meal each day

Clotrimazole Cream 1% 28.35GM  Exp: 04/26/2021  SIG: Apply a small amount topically to the affected area(s) to penile candida rash twice daily until it resolves

Mesalamine 1.2 GM  Delayed Release Tab  Exp: 09/18/2021  SIG: Take four tablets (4.8 GM) by mouth each day

Mesalamine Rectal Suppository 1000 MG  Exp: 05/06/2021  SIG: Unwrap and insert rectally each evening

OTCs:  Listing of all known OTCs this inmate is currently taking.

**Disposition:**

   Discharged to Housing Unit-No Restrictions

**Other:**

   No COVID-19 symptomatology was noted, and proper COVID-19 PPE was worn, during this encounter.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No         **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Young, Norman DMD on 04/15/2021 11:31

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex: | M      Race: WHITE | Facility: | BUT |
| Note Date: | 04/12/2021 11:57 | Provider: | Beyer, Sara M.D. | Unit: | F02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Beyer, Sara M.D.

Lipids not controlled and IM is borderline diabetic.


**ASSESSMENTS:**

Hyperlipidemia, unspecified, E785 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Atorvastatin Tablet | 04/12/2021 11:57 |

**Prescriber Order:**    20 mg Orally  -   daily x 180 day(s) -- take with same meal each day

Indication:   Other ambulatory health services establishments as place of injury/occurrence

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 05/26/2021 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | One Time | 05/05/2021 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Beyer, Sara M.D. on 04/12/2021 12:03

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
|---|---|---|---|---|---|
| Date of Birth: | 03/03/1975 | Sex: | M   Race:   WHITE | Facility: | BUT |
| Encounter Date: | 03/24/2021 14:33 | Provider: | Beyer, Sara M.D. | Unit: | F09 |

Preventive Health Visit - Male encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT   **1**     Provider:   Beyer, Sara M.D.

    Chief Complaint:   Preventive Health Visit
    Subjective:     IM is here for preventive health care.
    **Pain:**     No

**ROS:**

  **Preventive Health**

    **Hypertension screening**
      Yes: Blood pressure reviewed, < age 50 screen q 3 years
      No: Borderline BP screen yearly

    **Colon Cancer**
      Yes: Chronic ulcerative colitis or Crohn's disease, Inflammatory bowel disease, Family history of colon cancer or adenomas, Fecal Occult Blood x 3 recommended per PHG, Colonoscopy recommended per PH guidelines
      No: History of adenomas or colon cancer

    **Lipid Disorders**
      Yes: Family history of elevated lipids, Father/grandfather heart attack or stroke <50, Mother/grandmother heart attack or stroke <60
      No: Diabetes, Existing cardiovascular disease, History of hypertension and smoking

    **Diabetes**
      Yes: BMI Calculated (Value: BMI 31.8), Hyperlipidemia, Overweight (BMI of 27kg/m or greater), FBS or HgbA1C recommended per PHG
      No: First degree relative with diabetes, B/P greater than 135/80 (treated or untreated)

    **Aspirin for CVD Risk**
      Yes: CVD Risk documented in comments
      No: Diabetes and >40, Diabetes & other risk factors: CVD, HTN, Diabetes & smoking, dyslipidemia

    **Abdominal Aortic Aneurysm**
      No: >65 yrs and history of smoking

    **Hearing**
      No: Occupational risk

    **Substance Abuse**
      Yes: Tobacco abuse
      No: Alcohol abuse history, Injection/non-injection drug use history, Substance abuse referral PHG

    **Lifestyle**
      Yes: BMI > or equal 30 (BMI?: 31.8)

    **Inf. Disease Screening**
      Yes: HCV testing offered, Bloodborne path & immunization history reviewed, HIV screening offered, HBsAG indicated, RPR indicated (all female and male as indicated), TB screening reviewed/completed

    **Vision Screening**
      Yes: Visual Acuity (Snellen) testing completed

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | | Sex: | M     Race: WHITE | Facility: | BUT |
| Note Date: | 03/22/2021 13:46 | | Provider: | Sichel, Lawrence MD | Unit: | R01 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**       Provider:   Sichel, Lawrence MD
          New intake designated for the Camp.


**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Allopurinol Tablet | 03/22/2021 13:46 |
| | **Prescriber Order:**   300 mg Orally  -  daily x 365 day(s) | |
| | Indication:  Gout, unspecified | |
| | Mesalamine Delayed Release Tab 1.2 GM | 03/22/2021 13:46 |
| | **Prescriber Order:**   4.8 gm Orally  -  daily x 180 day(s) | |
| | Indication:  Ulcerative colitis | |
| | Mesalamine Suppository | 03/22/2021 13:46 |
| | **Prescriber Order:**    1000 mg Rectally  each evening x 45 day(s) | |
| | Indication:  Ulcerative colitis | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Retail Pharmacy | Continue | Rx | Order | Allopurinol Tablet | 300 mg daily orally |
| Retail Pharmacy | Discontinue | Rx | Order | clonazePAM Tablet | 0.5 mg three times a day as needed |
| | **Discontinue Reason:** Formulary Restriction | | | | |
| Retail Pharmacy | Discontinue | Rx | Order | Colchicine Capsule/Tablet | 0.6 mg daily as needed for gout flairs |
| | **Discontinue Reason:** Formulary Restriction | | | | |
| Retail Pharmacy | Continue | Rx | Order | Mesalamine Delayed Release Tab 1.2 GM | 4 tabs daily orally |
| Retail Pharmacy | Continue | Rx | Order | Mesalamine Suppository | 1000 mg one suppository every evening for 6 weeks |
| | | OTC | | No known OTCs | |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Sichel, Lawrence MD on 03/22/2021 13:56
Requested to be reviewed by  Njai, Pamela NP.

Review documentation will be displayed on the following page.

| Inmate Name: | CORREIA, DAVID | | | Reg #: | 87302-054 |
|---|---|---|---|---|---|
| Date of Birth: | 03/03/1975 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/22/2021 12:03 | Provider: | Motley, John Paramedic | Facility: | BUT |

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:**

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Alcohol** | 3 - 7 days | > 1 X per week | | Wine | 2 drinks / day |

**Hx of Withdrawal Symptoms:** None

**Comments:**

**Current Painful Condition:** Denied

**Other Health Issues:**

**Current Medical Conditions:** Gout
Anxiety
Varicose Veins on his left leg
Ulcerative colitis

**Other Current Treatments:** Measlamine DR 1.2 Gm take four tablets by mouth one time daily takes at night.
Mesalamine Suppositories for rectal use 1000 mg every evening for 6 weeks takes at night time
Prednisone 10mg as needed for flair ups
Allopurinol 300mg tablet take one tablet by mouth one time daily takes in evening
Clonazepam 0.5 mg tablet take one tablet by mouth three times a day as needed.
Colcrys 0.6 mg tab take one tablet by mouth once daily as needed for gout flair up.

Inmate also has Compression stockings that were sent back home. Inmate needs an order for Compression Stockings. Not sure what size he needs.

**Pregnant:** N/A

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | |
|---|---|---|---|---|
| Complex: | BUX--BUTNER FCC | Begin Date: | 03/22/2021 | End Date: | 07/27/2021 |
| Inmate: | CORREIA, DAVID | Reg #: | 87302-054 | Quarter: | F02-022U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                           Denied

## Active Prescriptions

Allopurinol 300 MG Tab
Take one tablet (300 MG) by mouth each day
**Rx#:** 1682252-BUX    **Doctor:** Sichel, Lawrence MD
**Start:** 03/22/21    **Exp:** 03/22/22                    **Pharmacy Dispensings:** 150 TAB in 127 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth daily with same meal each day
**Rx#:** 1686603-BUX    **Doctor:** Beyer, Sara M.D.
**Start:** 04/12/21    **Exp:** 10/09/21    **D/C:** 05/27/21    **Pharmacy Dispensings:** 30 tab in 106 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth daily for control of cholesterol
**Rx#:** 1696598-BUX    **Doctor:** Beyer, Sara M.D.
**Start:** 05/27/21    **Exp:** 11/23/21                    **Pharmacy Dispensings:** 30 tab in 61 days

Clotrimazole Cream 1% 28.35GM
Apply a small amount topically to the affected area(s) to penile candida rash twice daily until it resolves
**Rx#:** 1685492-BUX    **Doctor:** Beyer, Sara M.D.
**Start:** 04/05/21    **Exp:** 04/26/21                    **Pharmacy Dispensings:** 28.35 GM in 21 days

Loperamide Capsule  2 MG
Take one capsule (2 MG) by mouth four times daily AS NEEDED for IBS flare (maximum 8 capsules/day)
**Rx#:** 1699742-BUX    **Doctor:** Beyer, Sara M.D.
**Start:** 06/10/21    **Exp:** 12/07/21                    **Pharmacy Dispensings:** 80 CAP in 47 days

Mesalamine 1.2 GM  Delayed Release Tab
Take four tablets (4.8 GM) by mouth each day
**Rx#:** 1682253-BUX    **Doctor:** Sichel, Lawrence MD
**Start:** 03/22/21    **Exp:** 09/18/21                    **Pharmacy Dispensings:** 600 Tab in 127 days

Mesalamine Rectal Suppository 1000 MG
Unwrap and insert rectally each evening
**Rx#:** 1682254-BUX    **Doctor:** Sichel, Lawrence MD
**Start:** 03/22/21    **Exp:** 05/06/21                    **Pharmacy Dispensings:** 30 SUPP in 45 days

| Complex: | BUX--BUTNER FCC | Begin Date: | 03/22/2021 | End Date: | 07/27/2021 |
|---|---|---|---|---|---|
| Inmate: | CORREIA, DAVID | Reg #: | 87302-054 | Quarter: | F02-022U |

## Active Prescriptions

Nystatin Cream 100,000 Unit/GM [ 30 GM]

Apply topically to the affected area(s) twice daily until rash resolves

**Rx#:** 1690740-BUX   **Doctor:** Beyer, Sara M.D.

**Start:** 04/30/21   **Exp:** 05/10/21                **Pharmacy Dispensings:** 30 GM in 10 days


predniSONE 20 MG Tab

Take two tablets (40 MG) by mouth each day with food for 3 days then---Take one and one-half (1 and 1/2) tablets (30 MG) by mouth each day for 3 days then---Take one tablet (20 MG) by mouth each day for 3 days then---Take one-half tablet (10 MG) by mouth each day for 3 days

**Rx#:** 1699148-BUX   **Doctor:** Beyer, Sara M.D.

**Start:** 06/08/21   **Exp:** 06/20/21                **Pharmacy Dispensings:** 15 TAB in 12 days


predniSONE 20 MG Tab

Take two tablets (40 MG) with food each day for 4 days then---Take one and one-half (1 and 1/2) tablets (30 MG) with food each day for 4 days then---Take one tablet (20 MG) by mouth daily for 4 days then---Take one-half tablet (10 MG) each day for 4 days

**Rx#:** 1699748-BUX   **Doctor:** Beyer, Sara M.D.

**Start:** 06/10/21   **Exp:** 06/26/21                **Pharmacy Dispensings:** 20 TAB in 16 days


Adalimumab 40MG/0.8ML Prefill Syringe

Inject 160mg (3.2ml)  subcutaneously on day 1---Inject 80mg (1.6ml) subcutaneously -- On day 15---Inject 40 mg (0.8ml) subcutaneously every other week - Starting Day 29 ***pill line***

**Rx#:** 1682966-BUX   **Doctor:** Beyer, Sara M.D.

**Start:** 03/25/21   **Exp:** 07/25/21                **Pharmacy Dispensings:** 0 EA in 122 days

# Bureau of Prisons
# Health Services
# Dental Health History Screen

| | | |
|---|---|---|
| Inmate Name:  CORREIA, DAVID | | Reg #:     87302-054 |
| Date of Birth:  03/03/1975 | Sex:  M    Race:   WHITE | Facility:  BUT |
| Encounter Date: 04/14/2021 07:30 | Provider:  Young, Norman DMD | Unit:     F02 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:**  04/14/2021 07:30

Health Problems

| Health Problem | Status |
|---|---|
| Hyperlipidemia, unspecified | Current |
|    Will start on lipid medication  IM with elevated BS, not sure if fasting with recheck with lipid profile screening for new statin order. | |
| Anxiety disorder | Current |
| Ulcerative colitis | Current |
| Dermatitis, unspecified | Current |
|    Erythema and itching on penis, most likely yeast given erythema and itching. | |
| Gout, unspecified | Current |
| Other ambulatory health services establishments as place of injury/occurrence | Current |
| Coronavirus COVID-19 test negative | Current |
|    PCR (-) 04.06.2021 | |
| Quarantine - asymptomatic person in quarantine | Resolved |
|    New intake, PCR collected 03.22.2021 | |

**Medical History as of Dental Health History Encounter date:**  04/14/2021 07:30

**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |
| **Hypertension:** | Denied |
| **Respiratory:** | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |
| **HIV History:** | |
|    **When Tested:** | |
|    **Test Result:** | |
|    **When Diagnosed AIDS:** | |
|    **Last CD4:** | |
|    **Comments:** | |
| **Hepatitis:** | Denied |

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 87302-054                Inmate Name: CORREIA, DAVID

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hyperlipidemia, unspecified<br>04/12/2021 12:01 EST  Beyer, Sara M.D.<br>Will start on lipid medication. IM with elevated BS, not sure if fasting with recheck with lipid profile screening for new statin order. | | ICD-10 | E785 | 04/12/2021 | Current | |
| Anxiety disorder<br>03/22/2021 13:45 EST  Sichel, Lawrence MD | | ICD-10 | F419 | 03/22/2021 | Current | |
| Ulcerative colitis<br>07/27/2021 08:45 EST  Beyer, Sara M.D.<br>IM doesn't feel his current medication is doing as well as some of the other IMs are doing on other medications, Will refer to GI. | | ICD-10 | K5190 | 03/22/2021 | Current | |
| 06/08/2021 11:58 EST  Beyer, Sara M.D.<br>Current flare with  diarrhea, will give steroid taper and be sure he has a GI consult | | ICD-10 | K5190 | 03/22/2021 | Current | |
| 06/08/2021 11:53 EST  Beyer, Sara M.D.<br>Current flare with  diarrhea | | ICD-10 | K5190 | 03/22/2021 | Current | |
| 03/22/2021 13:45 EST  Sichel, Lawrence MD | | ICD-10 | K5190 | 03/22/2021 | Current | |
| Dermatitis, unspecified<br>04/05/2021 14:13 EST  Beyer, Sara M.D. | | ICD-10 | L309 | 04/05/2021 | Current | |
| Gout, unspecified<br>03/22/2021 13:45 EST  Sichel, Lawrence MD<br>Erythema and itching on penis, most likely yeast given erythema and itching. | | ICD-10 | M109 | 03/22/2021 | Current | |
| Rash and other nonspecific skin eruption<br>04/30/2021 15:03 EST  Beyer, Sara M.D.<br>Will treat with anti-fungal | | ICD-10 | R21 | 04/30/2021 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Other ambulatory health services establishments as place of injury/occurrence<br>03/24/2021 14:54 EST  Beyer, Sara M.D. | | ICD-10 | Y92538 | 03/24/2021 | Current | |
| Coronavirus COVID-19 test negative<br>04/09/2021 11:59 EST  Avent, Stephanie RN, QM<br>PCR (-) 04.06.2021 | | ICD-10 | Z03818- | 04/09/2021 | Current | |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CORREIA, DAVID | | Reg #: | 87302-054 |
| Date of Birth: | 03/03/1975 | Sex:      M      Race: WHITE | Facility: | BUT |
| Note Date: | 03/22/2021 14:08 | Provider:   Beyer, Sara M.D. | Unit: | F09 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Beyer, Sara M.D.

IM has been on Humira for Ulcerative Cholitis. H&P done today.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Beyer, Sara M.D. on 03/22/2021 15:49

03-17-21;02:59PM;Better me Health          Athena          ;561 689 7500



*Revised*

March 16, 2021

Clinical Director
SCP Butner
Butner, NC

RE: David Correia (DOB 03/03/1975)

To Whom It May Concern:

Mr. Correia is a patient in my office who is under my care for several chronic health conditions. He is currently being treated with Allopurinol 300mg (1 tab daily) for maintenance of gout, Colchicine 0.6mg (1 tab daily as needed for gout flair-ups) and Klonopin 0.5mg (1 tab three times/day) for anxiety. He is also required to use compression stockings daily for his chronic varicose veins on his left leg; these are to prevent swelling and skin ulcers. If you have any further questions, please contact my office.

Sincerely,

Timothy Willingham, M.D.
FL License# ME81440

**4611 Okeechobee Blvd. Suite 110, West Palm Beach, FL 33417**
**Phone (561) 408-9444    Fax (561) 689-7500**

Reg # 87302 - 054

Amveda
FPC BUTNER  03/22/21

Sichel MD
3/22/21

Lawrence Sichel, MD
Staff Medical Officer



Naveen Reddy, MD
Board Certified Gastroenterologist
Palm Beach GI
210 Jupiter Lakes Blvd
Building 3000, Suite 106
Jupiter, FL 33458

Website: PalmBeachGI.com
Phone: 561-619-7620
Fax: 561-619-7864

To the Clinical Director at SCP Butner--
     I am the gastroenterologist who has been managing David Correia for his ulcerative colitis. Mr Correia has been on Lialda (four tabs of 1.2 g by mouth daily) with intermittent prednisone for his ulcerative colitis. Based on his clinical symptoms and my recent colonoscopy I believe he needs the following treatment regimen: I have put him on Canasa suppositories 1 g per rectum for 6 weeks with a plan to get him started on Humira injections (160 mg subcutaneously on day 1 followed by 80 mg subcutaneously on day 15 followed by 40 mg subcutaneously every 2 weeks). I believe this would be the best therapy for him and would lessen the likelihood of ulcerative colitis flares.
     Please let me know if you have any questions or would like to speak to me for further clarification.

Sincerely,

Naveen Reddy, MD
561-619-7620



**Individualized Needs Plan - Program Review     (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CORREIA, DAVID  87302-054

SEQUENCE: 02235346
Team Date: 08-31-2021

| | | | |
|---|---|---|---|
| Facility: | BUT BUTNER MED I FCI | Proj. Rel. Date: | 01-20-2022 |
| Name: | CORREIA, DAVID | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 87302-054 | DNA Status: | BUT03933 / 03-22-2021 |
| Age: | 46 | | |
| Date of Birth: | 03-03-1975 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | EDM BLDG | TRAINING BUILDING | 08-02-2021 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | ESL HAS | ENGLISH PROFICIENT | 03-26-2021 |
| BUT | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-26-2021 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUT | | SERVE SAFE FOOD HANDLER | 08-06-2021 | CURRENT |
| BUT SCP | C | CIVIL WAR - UNIT BASED | 06-10-2021 | 06-28-2021 |
| BUT SCP | C | INTERFAITH LIFE SKILLS RPP 6 | 04-12-2021 | 07-01-2021 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** *NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS* **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-29-2021 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 03-22-2021 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 08-02-2021 |
| NO F/S | NO FOOD SERVICE WORK | 08-02-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-22-2021 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 08-02-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 04-14-2021 |
| NR WAIT | NRES DRUG TMT WAITING | 05-17-2021 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    **PART**       **FINANC RESP-PARTICIPATES**    **Start: 05-18-2021**

| | | | | |
|---|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: | **QUARTERLY** |
| Payments past 6 months: | | **$200.00** | Obligation Balance: | **$2,322,500.00** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ | | |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|---|---|---|---|---|---|---|---|
| | | 05-18-2021 | BUT | PAYMENT | OUTSIDE | | $200.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $2,322,500.00 | $2,322,500.00 | IMMEDIATE | AGREED |

** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* **

**FSA Needs Reassessment**

Register Number:87302-054, Last Name:CORREIA

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

---

Need Area: Education, Assignment: N-EDUC N

  Category - Assignment - Start      - Stop

  EDI      GED HAS    03/26/2021 05:22

---

Need Area: Family/Parenting, Assignment: N-FM/PAR N

  Source: PPG6, Tag: familyCommunityTies, Value: 4

---

Need Area: Finance/Poverty, Assignment: N-FIN PV N

  No Data

---

Need Area: Medical, Assignment: N-MEDICL Y

  Category - Assignment - Start      - Stop

  CAR      CARE3     03/22/2021 15:48

---

Need Area: Mental Health, Assignment: N-M HLTH N

  Category - Assignment - Start      - Stop

  CAR      CARE1-MH   03/29/2021 11:09

---

Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF Y

  No Data

---

Need Area: Substance Abuse, Assignment: N-SUB AB N

  No Data

---

Need Area: Trauma, Assignment: N-TRAUMA N

  No Data

---

Need Area: Work, Assignment: N-WORK Y

  No Data

---

# MALE PATTERN RISK SCORING

| Register Number: | 87302-054 | Date: | 8/30/2021 |
| --- | --- | --- | --- |
| Inmate Name: | CORREIA David | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
| --- | --- | --- | --- | --- | --- |
| 1. Current Age | > 60 | 0 | | 0 | |
| 41-50 | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 41-50 | 14 | 14 | 8 | 8 |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | 0 | 0 | 0 |
| No | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | 0 | 0 | 0 |
| No | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | | 0 | |
| 0 - 1 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | 0 | 8 | 0 |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | | 0 | |
| None | > 10 Years Minor | 2 | 0 | 1 | 0 |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | | 0 | |
| No Need | NRDAP Complete | -3 | -9 | -1 | -3 |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports  (120 months) | 0 | 0 | | 0 | |
| 0 | 1 | 1 | 0 | 1 | 0 |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports  (120 months) | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 1 | 0 |
| | 3-6 months | 2 | | 2 | |
| | <3 | 3 | | 3 | |
| 13. FRP Refuse | NO | 0 | 0 | 0 | 0 |
| NO | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | | 0 | |
| 4 - 10 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | -6 | -2 | -3 |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | | 0 | |
| 1 Program | 1 Program | -1 | -1 | -1 | -1 |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | -6 | Violent: | -1 |
| General/Violent Risk Levels | | General: | Minimum | Violent: | Minimum |
| OVERALL MALE PATTERN RISK LEVEL | | | Minimum | | |

```
   BUTFY  531.01 *              INMATE HISTORY        *      08-30-2021
 PAGE 001 OF 001 *               WRK DETAIL           *      14:52:27

 REG NO..: 87302-054 NAME....: CORREIA, DAVID
 CATEGORY: WRK         FUNCTION: PRT        FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 BUT   EDM BLDG   TRAINING BUILDING          08-02-2021 2359 CURRENT
 BUT   IDLE CON   CONVALESENCE IDLE          08-02-2021 0642 08-02-2021 2359
 BUT   EDM BLDG   TRAINING BUILDING          04-26-2021 1628 08-02-2021 0642
 BUT   AO COMP C  CAMP A & O COMPLETE        04-15-2021 1520 04-26-2021 1628
 BUT   AO PEND C  CAMP A & O                 03-22-2021 1149 04-15-2021 1520
```

```
 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
   BUTJB        *       INMATE EDUCATION DATA        *        08-30-2021
PAGE 001 OF 001 *              TRANSCRIPT           *         14:36:53


REGISTER NO: 87302-054       NAME..: CORREIA              FUNC: PRT
FORMAT.....: TRANSCRIPT       RSP OF: BUT-BUTNER MED I FCI


---------------------- EDUCATION INFORMATION ----------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
BUT  ESL HAS   ENGLISH PROFICIENT          03-26-2021 0519 CURRENT
BUT  GED HAS   COMPLETED GED OR HS DIPLOMA 03-26-2021 0522 CURRENT


---------------------- EDUCATION COURSES ----------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
BUT SCP M  SERVE SAFE FOOD HANDLER COURSE 08-06-2021 CURRENT
BUT SCP M  CIVIL WAR - UNIT BASED        06-10-2021 06-28-2021  P  C  P    8
BUT SCP M  INTERFAITH LIFE SKILLS RPP 6  04-12-2021 07-01-2021  P  C  P   72
```



G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
 BUTBF  531.01 *                 INMATE HISTORY            *      08-31-2021
PAGE 001 OF 001 *                  PT OTHER               *      08:56:39

  REG NO..: 87302-054 NAME....: CORREIA, DAVID
  CATEGORY: PTO         FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
BUT    ARTH FND C ARTHRITIS FOUNDATION WALK COMP 06-23-2021 1800 06-23-2021 1930
BUT    ARTH FND P ARTHRITIS FOUNDATION WALK PART 06-08-2021 1900 06-23-2021 1800
BUT    ARTH FND W ARTHRITIS FOUNDATION WALK WAIT 06-01-2021 1900 06-08-2021 1900
BUT    BRN HLTH C BRAIN HEALTH AS YOU AGE COMP 05-27-2021 1500 06-01-2021 1900
BUT    BRN HLTH P BRAIN HEALTH AS YOU AGE PART 05-07-2021 1300 05-27-2021 1500
BUT    BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT 04-29-2021 1434 05-07-2021 1300
```

2nd part of Educational transcript

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BUTBF  531.01 *                 INMATE HISTORY           *      08-30-2021
PAGE 001 OF 001 *                    WASPB                *      15:45:42


REG NO..: 87302-054 NAME....: CORREIA, DAVID
CATEGORY: WSP        FUNCTION: PRT        FORMAT:


FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BUT     PAR NATLC  NATIONAL PARENTING PGM CMPLT   07-01-2021 1033 07-01-2021 1033
BUT     PAR IODC   INSIDE OUT DAD COMPLETE        07-01-2021 1028 07-01-2021 1028
BUT     PAR IODP   INSIDE OUT DAD PARTICIPATING   06-15-2021 0800 07-01-2021 1028
BUT     PAR IODW   INSIDE OUT DAD WAITING         06-14-2021 0800 06-15-2021 0800
BUT     PAR ONEW   PHASE ONE WAIT                 06-14-2021 1102 06-14-2021 1104
BUT     PAR ONEC   PHASE ONE COMPLETE             06-14-2021 1059 06-14-2021 1059
BUT     PAR ONEP   PHASE ONE PART                 06-08-2021 1054 06-14-2021 1059
BUT     PAR ONEW   PHASE ONE WAIT                 06-08-2021 1053 06-08-2021 1054
BUT     PAR IODP   INSIDE OUT DAD PARTICIPATING   06-08-2021 1042 06-08-2021 1047
BUT     PAR IODW   INSIDE OUT DAD WAITING         06-08-2021 1041 06-08-2021 1042
```

⊛ 3rd part of Educational transcript

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



CERTIFIED MAIL

7020 2450 0001 6375 6514

David Correia #87308-054
Federal Prison Camp
P.O. Box 2000
Butner, N.C. 27509

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

crim

U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC
27509
SEP 03, 21
AMOUNT
$0.00
R2304M114352-09

10007

2021 SEP 14  AM 10:46
S.D. OF N.Y.

2021 SEP 13 PM 3:22
CLERK'S OFFICE
S.D.N.Y.