UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 19-CR-725 (JPO) |
| DAVID CORREIA,<br>                    Defendant. | ORDER |

J. PAUL OETKEN, District Judge:

The Court is in receipt of Mr. Correia's *pro se* motion for compassionate release, filed on September 13, 2021. The Government is directed to respond to Mr. Correia's motion by September 29, 2021.

Because the motion for compassionate release contains personal medical information, the Clerk of Court is directed to file the motion (Dkt. No. 213) under seal. The Clerk of Court is also directed to mail a copy of this order to Mr. Correia.

SO ORDERED.

Dated: September 15, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge