| April and May 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 4/21 | Andrey Kukushkin | Andrey Muraviev<br>Alex Mikhalev<br>Sergei Hrapunov | Link to Washington Post article: "Schumer introduces measure to decriminalize marijuana" (GX 4) |
| 5/11<br>1:20 p.m. | Joseph Ahearn | Lev Parnas | Links to ABC News article "Special Counsel probing donations with foreign connection to Trump inauguration" and Marijuana Moment article "Details on Bipartisan Marijuana Bill to be Filed Soon" (GX 8) |
| 5/11<br>1:22 p.m. | Parnas | Ahearn | "Interesting" (GX 8) |
| 5/27 | Kukushkin | Igor Fruman | "Igor, We are flying out in a couple of hours.  Thank you for your courtesy and I hope we will meet soon 👋 " (GX 14) |



GOVERNMENT
EXHIBIT
1402
S3 19 Cr. 725 (JPO)

| June 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 6/2 12:03 p.m. | Kukushkin | Fruman | "We will resolve it with you and Andrey will support $:)" (GX 14) |
| 6/2 12:05 p.m | Fruman | Kukushkin | "Great" (GX 14) |
| 6/5 | Kukushkin | Muraviev | 0:37 Phone call (GX 601) |
| 6/14 3:21 p.m. | Kukushkin | Fruman | "Everything is moving . . . How are you?" (GX 14) |
| 6/14 3:22 p.m. | Fruman | Kukushkin | "Great!!! We are working Washington!!!" (GX 14) |
| 6/20 11:44-45 a.m. | Fruman | Kukuskhin | Pictures of Parnas, Fruman, and political figures including then-President Donald Trump (GX 14) |
| 6/20 11:49 a.m. | Kukushkin | Fruman | "Aside from you, Lev and Donald, I do not know anyone!" (GX 14) |
| 6/20 12:07 p.m. | Fruman | Kukushkin | "In general, we do not need anyone else anymore!!!" (GX 14) |
| 6/20 12:08 p.m. | Kukushkin | Fruman | "In general, we need Andrey because 'your guys' are raking it in just for an appointment" (GX 14) |

| July 9-19, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 7/9 3:51 a.m. | Kukushkin | Parnas | "David's phone number, please!" (GX 89) |
| 7/9 4:24 a.m. | Parnas | Kukushkin | Email address and phone number for "Dave Correia" (GX 89) |
| 7/19 5:50 p.m. | Parnas | Kukushkin | "Call me important" (GX 24) |
| 7/19 6:16 p.m. | Kukushkin | Parnas | 1:06 phone call (GX 601) |
| 7/19 6:53 p.m. | Kukushkin | Fruman | "An understanding of the joint activities has been reached.  I discussed it with Andrey, but we need to show at least one completed action . . . Financial resource:  Andryukha . . ." (GX 25) |
| 7/19 6:57 p.m. | Kukushkin | Muraviev | Picture of Fruman, Donald Trump Jr., and Florida governor candidate Ronald DeSantis.  "An understanding of the joint activities has been reached. . ." (GX 26) |
| 7/19 6:59 p.m. | Fruman | Parnas | Same "An understanding of the joint activities has been reached. . ." message (GX 27) |
| 7/19 7:59 p.m. | Kukushkin | Parnas | Same "An understanding of the joint activities has been reached. . ." message (GX 28) |
| 7/19 9:30 p.m. | Kukushkin | Fruman | "Igor, we are going in circles with Leva. :) Yet I clearly laid everything out. . .We do not pay for anyone's political ambitions or lobbyists at all.  We get a *License*, they get a bonus . . . All the money invested in the process should be repaid to Andryukha . . ." (GX 25) |
| 7/19 9:37 p.m. | Kukushkin | Parnas | "Leva, we are going in circles… Yet I clearly laid everything out. . .We do not pay for anyone's political ambitions or lobbyists at all.  We get a *License*, they get a bonus . . . All the money invested in the process must first be repaid to Andryukha . . ." (GX 24) |

| July 25 to August 31, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 7/25 | Parnas | Correia | Sends a Federal Election Commission (FEC) complaint alleging Parnas, Fruman, and Global Energy Producers (GEP) violated the Federal Election Campaign Act (FECA) by making campaign contributions in the name of another person (GX 90) |
| 8/4 | Kukushkin | Muraviev | Link to an article describing Parnas and Fruman as two of GEP's "executives" and describing FEC complaint "alleging that GEP might be an illegal campaign-finance conduit" (GX 30) |
| 8/6 | Fruman | Muraviev | 10:30 phone call (GX 1295) |
| 8/31 | Fruman | Parnas | Link to article describing guilty plea for "causing foreign money" to be paid to presidential inaugural committee, using a "straw" buyer of inaugural tickets to avoid Inauguration Committee's refusal to "accept money from foreign nationals because of Federal Election Commission rules." (GX 32) |

| September 5, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/5 1:59 a.m. | Muraviev | Kukushkin | "Bro would you fly back with me on the 10th" (GX 34) |
| 9/5 2:06 a.m. | Kukushkin | Muraviev | "Sure!:) Where are we flying to?" (GX 34) |
| 9/5 2:31 a.m. | Muraviev | Kukushkin | "To Ibiza for 2 days then Moscow" (GX 34) |
| 9/5 3:32 p.m. | David Correia | Parnas | "Ok, here is the deal on Vegas: Igor spoke with Andre earlier and told him we were definitely coming there . . . I just spoke with Andre, he is expecting the same. . . We will coordinate with Roy today on the attorney general meeting . . ." (GX 53) |
| 9/5 4:02 p.m. | Ahearn | Parnas Correia | Invitation to 9/7 fundraiser in Las Vegas for Adam Laxalt, with special guest Mike Pence (GX 35) |
| 9/5 4:11 p.m. | Kukushkin | Parnas | 2:41 FaceTime call (GX 1296) |
| 9/5 5:46 p.m. | Ahearn | Parnas Correia | "Let me know if you guys want to go.  I can make sure laxalt speaks highly" (GX 35) |
| 9/5 5:47-5:52 p.m. | Parnas | Ahearn Correia | "Yes for sure 👍" "I'll have Dave call you with info" (GX 35) |

| September 6-10 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/6 | Kukushkin | Maisie Rodolico<br>Parnas<br>Fruman<br>Correia<br>Deanna Van Rensburg | Confirms attendance at "Friday's Laxalt for Nevada event with Vice President Pence." (GX 133) |
| 9/7 | | n/a | Laxalt for Nevada fundraiser with Vice President Pence (GX 35-A-1; GX 133) |
| 9/8<br>1:48 p.m. | Muraviev | Kukushkin | 3:10 phone call (GX 601) |
| 9/8<br>9:58-10:01 p.m. | Parnas | Kukushkin<br>Muraviev<br>Fruman<br>Felix Vulis | "Bratva" group chat created. "Feliks, Andrey, Igor, Kukhnya.  Brothers, I just want to<br>introduce you to each other. . ." (GX 38) |
| 9/9 | Fruman | Parnas<br>Kukushkin<br>Muraviev<br>Vulis | Address, bank account, and routing number for "F.D. Import & Export Corp., USA, 520 White Plains Rd., Suite 500, Tarrytown, NY 10591" (GX 38) |
| 9/10<br>1:29-1:32 a.m. | Fruman | Kukushkin | ". . . Let's do what is really important: 500 to that bank information tomorrow . . . We are opening up a company within a week and another 500 for Nevada. . . Every invested dollar yields 100 thousand!!!!"; same address and bank account information, and routing number, for F.D. Import & Export Corp. (GX 33) |
| 9/10<br>1:33 a.m. | Fruman | Parnas | "I sent this letter to Kunya:" followed by same "Let's do what is really important" message. (GX 39) |

| September 11-12 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/11 | Kukushkin | Slava Krasov | "I had a good meeting with Attorney General of Nevada and he is willing to help in Vegas.  No assurances, just donations …."; picture of Kukushkin and Adam Laxalt (GX 40) |
| 9/12 1:15 p.m. | Correia | Parnas | "Please see draft" email attaching "Cannabis Schedule and budget" including "Campaign Contributions" and "Funding Schedule" (GX 135) |
| 9/12 1:20 p.m. | Correia | Parnas | Attaches "Cannabis Schedule and budget"; "Emailed to u also…please read and call me" (GX 53) |
| 9/12 1:23 p.m. | Parnas | Correia | "Perfect send it to Igor" (GX 53) |
| 9/12 1:23 p.m. | Correia | Parnas Fruman | Attaches "Cannabis Schedule and budget" (GX 42) |
| 9/12 1:24 p.m. | Parnas | Fruman Correia | "This is good send it to them Igor 👍" (GX 42) |
| 9/12 1:34 p.m. | Fruman | Parnas Correia | "Perfect" "I gonna send them right now" (GX 42) |
| 9/12 1:35 p.m. | Fruman | Kukushkin | Attaches "Cannabis Schedule and budget" (GX 33) |

| September 13, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/13 2:21-2:33 p.m. | Kukushkin | Muraviev Mikhalev | Attaches "Cannabis Schedule and budget"; "Tomorrow it's necessary to set the priorities and to confirm the transfer to the guys.  Do you already know from where can $500,000 be given to them, Sasha? . . ." (GX 45) |
| 9/13 5:34-5:37 p.m | Fruman | Kukushkin | ". . . It's important to transfer 500 . . . The man whom you met with us in Nevada called, said that he was personally waiting for us with his deputy, who would take over from him when he becomes governor, to discuss our issue! . . . one can't say there is no money . . ." "the transfer must be done tomorrow morning!!!!!" (GX 43) |
| 9/13 5:38 p.m | Fruman | Parnas | "It's important to transfer 500 . . ." and "the transfer must be done tomorrow morning" messages, followed by "Wrote this text to Kunya." (GX 44) |
| 9/13 5:41 p.m. | Parnas | Fruman | "👍👍👍 super" (GX 44) |
| 9/13 5:41 p.m. | Fruman | Parnas | "I'll send the second Andrey a copy!!!" (GX 44) |
| 9/13 5:42 p.m. | Parnas | Fruman | "Yes" (GX 44) |

| September 14, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/14 9:49 a.m. | Fruman | Kukushkin | "What's new?" (GX 43) |
| 9/14 9:49 a.m. | Kukushkin | Fruman | "We are waiting for Andrey.  I am already at the office with Sasha." (GX 43) |
| 9/14 10:49 a.m. | Kukushkin | Muraviev Mikhalev | Address and bank account information, and routing number, for F.D. Import & Export Corp. (GX 45) |
| 9/14 10:51 a.m. | Fruman | Kukushkin | Phone number for Steven Fruman and sfruman@gmail email address (GX 33) |
| 9/14 10:54 a.m. | Kukushkin | Fruman | Phone number and email for Alexander Mikhalev (GX 43) |
| 9/14 10:58 a.m. | Fruman | Steven Fruman | Phone number and email for Alexander Mikhalev (GX 31) |
| 9/14 2:11-12 p.m | Fruman | Kukushkin | Attaches voicemail from Wes Duncan.  "This is a message from our friend." (GX 43) |
| 9/14 2:17 p.m. | Fruman | Steven Fruman | "He says that he will send it on Monday for sure.  Transferred everything to Switzerland today." (GX 31) |

| September 16 to 18, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/16 | Kukushkin | Fruman | Video of assault on street artist "Give me my money back, you think this is a joke?"  (GX 43) |
| 9/17 | Fruman | Kukushkin | Signed $500,000 loan agreement (GX 43) |
| 9/18 7:25 a.m. | Fruman | Parnas Correia | Chase account alert regarding "incoming wire transfer of (USD) $500,000.00" (GX42) |
| 9/18 9:54 a.m. | Parnas | Fruman Correia | "👌👌👌🙏🙏🙏 see you later going to be a great day"  (GX 42) |
| 9/21 3:21 a.m. | Muraviev | Parnas Kukushkin Fruman Vulis | Picture of Time cover: 'How Putins Oligarch's Got Inside the Trump Team" (GX 38) |
| 9/21 7:45 a.m. | Fruman | Parnas Kukushkin Muraviev Vulis | "👌👍" (GX 38) |
| 9/21 12:03 p.m. | Parnas | Fruman Kukushkin Muraviev Vulis | "👌👍👌👍" (GX 38) |

| September 30 to October 1, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 9/30 1:26 p.m | Kukushkin | Correia | ". . . Spoke to Lev and h suggested Deanne could coordinate my tickets and Hotel in Miami, which would be very convenient." (GX 52) |
| 9/30 4:29 p.m | Correia | Parnas | "Spoke to Andrey . . . He mentionded he wanted Deanna to set up his travel . . . so maybe use Amex……Then….Andrey M can wire the $500k….All cool with you?" (GX 53) |
| 9/30 4:35 p.m | Parnas | Correia | "Have him call Igor don't use any of our cards" (GX 53) |
| 9/30 4:36 p.m. | Correia | Kukushkin | ". . . Just connect with Igor to confirm travel expenses ao he can confirm with Deanna as to which credit card to usezzz" (GX 52) |
| 9/30 5:12 p.m. | Kukushkin | Correia | "The Global Energy which received funds for all the 'charity & support'.  I am coming for particular business reasons which are associated with our actions." (GX 52) |
| 9/30 7:19 p.m. | Correia | Kukushkin | ". . . Our agreement was for $1M for 'startup' moneys.  The next $500,000 is for the 'operational budget', which would include 'general' company expenses…….such as 'your' travel." (GX 52) |
| 10/1 1:25 a.m. | Kukushkin | Correia | ". . . please allocate 10% of the existing donation funds for our business necessities." (GX 52) |
| 10/1 9:33 a.m | Correia | Parnas Fruman | "Andrey's response to my last text": 10/1 1:25 a.m. messsage, including "please allocate 10% of the existing donation funds . . ." (GX 54) |
| 10/1 8:45 p.m. | Kukushkin | Correia | ". . . If Igor can't authorize it instantly that why have I authorized the transfer of $500k and all this charade?" (GX 52) |

| October 2, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/2 2:56-3:32 p.m. | Kukushkin | Fruman | "Igor, I will not be flying to the event . . . We will meet in Vegas.  Greetings to Lev!" ". . .I have an emergency with my teeth . . ." "I will definitely fly in to Miami and we will meet with De Santis, but already after Nevada."  (GX 58) |
| 10/2 3:36 p.m. | Fruman | Kukushkin | "Yes. We need to open an account urgently and to deposit 500 there.  We have to fork over a check for 250 to him at the event."  (GX 58) |
| 10/2 4:56 p.m | Kukushkin | Fruman | ". . . if he sends out a Docusign document, then this is one minute." (GX 58) |
| 10/2 4:58 p.m. | Fruman | Correia Parnas | "Hi don't know how to use DocuSign.  Pls. Call him and provide step by step" (GX 54) |
| 10/2 5:56 p.m. | Correia | Fruman Parnas | "He has everything" (GX 54) |
| 10/2 7:17 p.m. | Correia | Fruman Parnas | "I have Andrey's signed document and should be fine to open up account tomorrow." (GX 54) |
| 10/2 7:21-7:23 p.m. | Parnas | Correia Fruman | "Finally" "Let's get account open tomorrow morning and let get the wire info out"  (GX 54) |

| October 3, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/3<br>3:14 p.m. | Correia | Parnas<br>Fruman | "Gentlemen, bank account is opened and Deanna just sent over a bank instruction page for the wire information.  You should have in your emails and WhatsApp I believe."  (GX 54) |
| 10/3<br>3:34 p.m. | Fruman | Correia<br>Parnas | "I ask andrey to send many to this account!?" (GX 54) |
| 10/3<br>3:47 p.m. | Correia | Parnas<br>Fruman | "Yes…great."  (GX 54) |
| 10/3<br>6:25-6:42 p.m. | Fruman | Kukushkin | Sends Strategic Investment Group, INC Corporate Wire Instructions.  "The company is ready.  The account is open.  Waiting for 500"  (GX 58) |
| 10/3<br>6:45 p.m. | Kukushkin | Fruman | "Write to the group please. We have to show actual results for the first 500" (GX 58) |
| 10/3<br>6:57 p.m. | Fruman | Kukushkin | "I am reminding about our agreements: 1000 before October 1 . . . The results exist already in Nevada, in Miami and New York will be shortly together with documents !!!"  (GX 58) |
| 10/3<br>9:02-9:05 p.m. | Fruman | Parnas<br>Kukushkin<br>Muraviev<br>Vulis | Picture of Fruman with candidate for Florida Governor Ron DeSantis.  "Today Florida become ours forever!!!! Congratulations!!!!!!" (GX 59) |

| October 7 and 8, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/7 10:40 p.m. | Fruman | Parnas | "Call me.  Need to talk."  (GX 60) |
| 10/7 10:55 p.m. | Fruman | Kukushkin | " Please don't forget to send 500 to NewCo!!! " " what we are waiting for, it is a past event with the governor . . . He is very grateful and waiting.  October 13 is an event with the governor and AG Nevada . . . ."  " Everything is according to the program of preparation of penning up the licensing in the key states. . ."  " After the 6th, nobody will need anything here !!!!!!!!!!!!!!!!" (GX 58) |
| 10/7 10:55 p.m. | Fruman | Parnas | Sends same 10/7 10:55 messages as sent to Kukushkin (GX 60) |
| 10/8 8:26 p.m. | Correia | Parnas Fruman | "attached DRAFT" attaching "State Campaign Contributions" tables (GX 144) |
| 10/8 8:28 p.m. | Correia | Parnas Fruman | "I just emailed both of you my first draft of this document . . . please discuss between the two of you . . . I will call Lev around 9pm to make the final changes" (GX 54) |
| 10/8 11:31 p.m. | Correia | Parnas Fruman | "please see attached. If all good.  Please forward on"  attaching "Strategic Investment Group, Inc State Campaign Contributions" tables (GX 146) |

| October 9, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/9 2:11 p.m. | Fruman | Kukushkin | "SIG Contribution List" attaching "Strategic Investment Group, Inc State Campaign Contributions" tables (GX 58) |
| 10/9 2:23 p.m. | Fruman | Kukushkin | "We will fuck up everything again!! Where is the money, Andrey?!"  (GX 58) |
| 10/9 2:31 p.m. | Kukushkin | Fruman | "I think we have not fucked up anything but proceeding in accordance with the plan.  Did you send the new input to the group?"  (GX 58) |
| 10/9 2:39 p.m. | Fruman | Kukushkin Parnas Muraviev | "SIG Contribution List" attaching "Strategic Investment Group, Inc State Campaign Contributions" tables.  (GX 61) |
| 10/9 2:51 pm | Kukushkin | Parnas Fruman Muraviev | ". . . Our contributions are kind of way too much.  It would be good for us to see the results after the first $500 in order to keep sowing more!  When will Nevada, New York, Jersey, and Florida confirm the connections with results?" (GX 61) |
| 10/9 3:09-3:10 p.m. | Fruman | Kukushkin Parnas Muraviev | "Andryukha, read the correspondence, bro!!!" "We have time until November 6!!! After that, it's over!!!!!"  (GX 61) |
| 10/9 5:31 p.m. | Fruman | Kukushkin | Screenshot of text messages to Muraviev: "I understand that 500,000 is a lot of money, but I don't understand why no one remembers what we agreed on?!"  "Andryukha!!! Don't disappoint with the money, brother!!! Tranfer it tomorrow!!!!!!" "You can do a credit agreement just like for the last among in order not to tormer the banks!!!"  (GX 58) |

| October 10-11, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/10 1:02-1:03 p.m | Kukushkin | Muraviev Mikhalev | "SIG Contribution List" attaching "Strategic Investment Group, Inc State Campaign Contributions" tables.  "We need to quickly decide what our moves are going to be, friends." (GX 62) |
| 10/10 2:35 p.m. | Kukushkin | Fruman | "I spoke with Sanya.  he is waiting for approval from Andrey regarding transfer.  I confirmed the agreements and explained the situation once more" "How is Washington?"  (GX 58) |
| 10/10 2:36 p.m. | Fruman | Kukushkin | "Everything is great!! We are taking over the country!!!!"  (GX 58) |
| 10/10 7:35 p.m. | Parnas | Muraviev Kukushkin Fruman Vulis | Picture of Parnas with Jared Kushner and Ivanka Trump (GX 64) |
| 10/10 9:27 pm | Kukushkin | Fruman | "I am waiting for confirmation from Andrey/Sasha . . . "  (GX 58) |
| 10/11 2:03 p.m. | Kukushkin | Fruman | "The money from Sasha will be sent tomorrow. It's probably correct that it goes straight to our new company? "  (GX 58) |
| 10/11 2:07 p.m. | Kukushkin | Parnas | "The money from Sasha will be sent tomorrow.  It's probably correct that it goes straight to our new company?"  (GX 66) |
| 10/11 2:30 p.m. | Fruman | Kukushkin | "I spoke with Andrey, it is better using the old scheme to avoid problems later"  (GX 58) |
| 10/11 11:28 p.m. | Mikhalev | Steven Fruman | "Hi Steven" "I need to send you the second tranche" "Should I use the same company as a borrower?" (GX 48) |

| October 13-19, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/13 4:39-4:40 p.m. | Parnas | Kukushkin Fruman Muraviev (Vulis GX 64 only) | Link to Fox Business story white-house-to-unveil-federal-cannabis-reform-very-soon-says-top-gop-lawmaker, "We had a good meeting 😊😊😊" "We will be kings if cannabis 🙏👍👌" (GX 61, 64) |
| 10/17 8:25 a.m. | Mikhalev | Steven Fruman | "Hi Steven, did you get money?" (GX 48) |
| 10/17 8:45 a.m. | Steven Fruman | Mikhalev | ". . .Yes received yesterday" (GX 48) |
| 10/17 9:29 p.m | Kukushkin | Fruman | "And what do we have in Vegas?" (GX 68) |
| 10/17 9:29-9:32 p.m. | Fruman | Kukushkin | "Meeting with the governor and prosecutor"  "We are now trying to coordinate for Saturday.  The President will be in Alco." (GX 68) |
| 10/19 5:37 p.m. | Parnas | Deanna Van Rensburg | "Please find out from kukooshkin if he received an email confirming his Vip entrance to the event tomorrow" (GX 72) |
| 10/19 5:38 p.m. | Van Rensburg | Kukushkin | "Did you receive an email confirming your Vip entrance to the event tomorrow??" (GX 73) |
| 10/19 5:52 p.m. | Kukushkin | Van Rensburg | Image: "Dear Andrey, Congratulations! You are registered as a VIP to attend President Trump rally in Elko, NV" (GX 73) |

| October 20, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/20 2:18 a.m. | Parnas | Kukushkin | 0:43 phone call (GX 601) |
| 10/20 12:15 p.m. | Parnas | Muraviev Kukushkin Fruman | Picture of Kukushkin, Wes Duncan, and police chief at outdoor event (GX 74) |
| 10/20 12:21-33 p.m. | Kukushkin | Muraviev Parnas Fruman | Pictures of Kukushkin, Parnas, and Fruman at outdoor event (GX 74) |
| 10/20 12:54 p.m. | Muraviev | Kukushkin Parnas Fruman | 💪 (GX 74) |
| 10/20 1:55 p.m. | Parnas | Kukushkin | Picture of Parnas and Kukushkin together at outdoor event  (GX 66) |
| 10/20 3:55-59 p.m. | Kukushkin | Muraviev Mikhalev | Pictures of Kukushkin, Parnas, and Fruman at outdoor event. Picture of Kukushkin, Wes Duncan, and police chief at outdoor event. "The new Attorney General is in the middle."  Video of Donald Trump speaking at outdoor event.  (GX 75) |
| 10/20 9:09 p.m. | Fruman | Parnas Kukushkin Muraviev | Picture of Parnas, Kukushkin, and Fruman together indoors (GX 61) |

| October 22 to 23, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/22 11:15 a.m | Duncan | Parnas | Scheduled meeting with Wes Duncan and Duncan's law partner (GX 702) |
| 10/22 2:05 p.m. | Kukushkin | Parnas | "I am coming to you in 15 minutes" (GX 91) |
| 10/22 4:09 p.m. | Kukushkin | Muraviev Mikhalev | "I've met with an attorney referred by the Attorney General. . . Currently Las Vegas doesn't accept any more applications . . . with the help of our 'new friends,' we shall get a guaranteed response before mid-December!"  (GX 77) |
| 10/23 2:34 p.m. | Muraviev | Kukushkin | "Send a picture here" (GX 78) |
| 10/23 2:35-36 p.m. | Kukushkin | Muraviev | Picture of Kukushkin, Wes Duncan, and police chief at outdoor event. "In teh middle is a right hand of Adam who runs for new Attorney General"  (GX 78) |
| 10/23 2:38 p.m. | Muraviev | Kukushkin | "Who is in the uniform" (GX 78) |
| 10/23 2:38-39 p.m. | Kukushkin | Muraviev | "His local cop" "They control the whole State police, just in case :)" (GX 78) |

| October 24, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/24 5:55 p.m. | Kukushkin | Correia | "I am on line, Daniel Stewart is waiting for us to conference" (GX 79) |
| 10/24 7:00 p.m. | Kukushkin | Parnas | "It doesn't look good from what I hear and Daniels comments . . ." "If we don't get prime locations within 2-6 months, we are out of the game for a long time" (GX 66) |
| 10/24 10:51 p.m. | Kukushkin | Parnas Muraviev Fruman | "It doesn't look good from what I hear and Daniels comments . . ." "If we don't get prime locations within 2-6 months, we are out of the game for a long time" ". . . We are 2 months too late to the game unless we change the rules." (GX 81) |
| 10/24 11:07 p.m. | Kukushkin | Parnas Muraviev Fruman | "We need Governor's approval and green light to implement this with December licenses awards and to include us in per plan . . ." (GX 81) |
| 10/24 11:17 p.m. | Kukushkin | Parnas Muraviev Fruman | ". . . now it's 🐯 Lev's turn!  This is what we want:  All the counties supporting Republicans have, at least, to ask the Governor (by the way of the requesting licenses quota), and he will approve it for our particular group . . ." (GX 81) |

| October 25 to 29, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/25 1:29 a.m. | Kukushkin | Parnas Muraviev Fruman | "Together with lawyers, we have to write something beautiful and, together with the Attorney General, help the current Governor establish . . ."  (GX 81) |
| 10/25 5:55 p.m. | Kukushkin | Correia | "They know we need to change the rules from the top but only after the elections.  This is our only chance" (GX 79) |
| 10/29 2:48-2:50 p.m | Fruman | Kukushkin | "I spoke with Andrey.  We have to resolve what we are adding regarding our program . . .  We think 2 million.  If there such a possibility it would be really correct and timely."  List of states including Florida and Nevada.  (GX 82) |
| 10/29 2:52 p.m. | Kukushkin | Fruman | "Concentrate on the states where we have already poured the money and let's stick to $1M budget and to meet with all the key people."  (GX 82) |
| 10/29 3:09 p.m. | Van Rensburg | Kukushkin | "Hi Andrey, Can you tell me when Adam Laxalt's team can expect the 2 checks totaling $12,500 . . ." (GX 73) |
| 10/29 3:12 p.m. | Kukushkin | Van Rensburg | "Hi Deanne, the money was transferred ~ $1M to Lev & Igor's company a long time ago to cover all the contributions as planned." (GX 73) |
| 10/29 3:17-23 p.m | Fruman | Kukushkin | "Andrey, what kind of mushroom did you eat today!?" "What are these discussions with our secretary???????" (GX 82) |
| 10/29 3:33 p.m. | Kukushkin | Fruman | "Did you all lose your mind there?"  Screen shot of the 3:09 and 3:12 p.m. texts between Kukushkin and Van Rensburg.  (GX 82, GX 82-A-17) |
| 10/29 3:37-38 p.m | Fruman | Kukushkin | "She is my secretary and travel and event coordinations Meneger !!!" "Have nothing to do with many situations!!!!!!!!" (GX 82) |

| October 30 to November 1, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 10/30 11:13 a.m. | Parnas | Kukushkin Muraviev Fruman | "I jus t got off the phone with Igor and he's explained to me the situation . . . Please let me know when we can schedule meeting to discuss. . ."  (GX 83) |
| 10/30 11:32 a.m. | Muraviev | Parnas Kukushkin Fruman | "In Las Vegas we agreed on the principles of our cooperation . . .  It was decided that I will provide $1 million four our future enterprise . . .  As of today, I have fulfilled all my obligations completely!"  (GX 83) |
| 10/30 11:43 a.m. | Parnas | Kukushkin Muraviev Fruman | ". . . I don't want to discuss everything over text . . . We did very thing we are supposed to do with part 1 but we never started part 2 – office and personal to do the work . . . If you want I would be happy to have a call with you and discuss . . ."  (GX 83) |
| 10/30 3:05 p.m. | Kukushkin | Parnas Muraviev Fruman | "I believe we all have a clarity form day 1 and precise course of action.  We have performed everything that we have agreed upon on our end. . .  Money transferred by Andrey M to Global Energy was to support the very specific people & states (per Igor's table) in order to obtain green light for licensing . . ."  (GX 83) |
| 10/31 11:52 p.m | Kukushkin | Muraviev | "Fruman is in touch, and Leva's is hiding somewhere. . .  Well, they understand everything, they read and understood that we no longer sow and expect concrete results from them."  (GX 84) |
| 11/1 7:35 p.m. | Duncan Committee | Fruman | Receipt for $10,000 donation to Committee to Elect Wes Duncan (GX 155) |
| 11/1 7:41 p.m | Laxalt for Nevada | Fruman | Receipt for $10,000 donation to Laxalt for Nevada (GX 156) |

| November 3, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 11/3 8:18 a.m. – 12:42 p.m. | Fruman | Muraviev Kukushkin Parnas | Pictures of Parnas with Rudolph Giuliani, and maps.  "We are flying from Michigan to Indiana!!!!!"  (GX 86) |
| 11/3 12:51 p.m. | Muraviev | Fruman Kukushkin Parnas | 👍 (GX 86) |
| 11/3 12:53 – 8:19 p.m | Fruman | Muraviev Kukushkin Parnas | Parnas, Fruman and Giuliani traveling and meeting political figures  (GX 86) |
| 11/3 8:29 p.m. | Parnas | Muraviev Kukushkin Parnas | "Kunya make sure you get Adam Laxalt the 12,500 !!!  I was very embarrassed just now they said they never received the check from oasis. I don't understand ?" (GX 86) |
| 11/3 8:31-8:32 p.m. | Kukushkin | Parnas Muraviev Fruman | "Leva, the money where wired to Global Energy in order to cover all the donations whatsoever.  What does it have to do with Oasis"  "You are the one issuing them the checks NOT me or Andrey"  (GX 86) |
| 11/3 8:33 p.m. | Parnas | Muraviev Kukushkin Parnas | "I don't want to play these games" "You are going to get everybody in trouble" (GX 86) |

| November 4 to 8, 2018 | | | |
|---|---|---|---|
| Date | From | To | Detail |
| 11/4-11/5 | Fruman | Muraviev Kukushkin Parnas | Pictures of Parnas, DeSantis, Giuliani, other people, maps; video of Parnas, Fruman, Giuliani (GX 86) |
| 11/6 | | n/a | Election Day |
| 11/7 10:27 p.m. | Kukushkin | Parnas Muraviev Fruman | "Congratulation to everybody on victory in Florida!!!  When can we get a license and find the stores?"  (GX 86) |
| 11/7 10:28 p.m. | Fruman | Muraviev Kukushkin Parnas | "Already soon!!!!"  (GX 86) |
| 11/7 10:29 p.m | Kukushkin | Parnas Muraviev Fruman | "That certainly makes me happy. :)"  (GX 86) |
| 11/7 11:11 p.m. | Fruman | Muraviev Kukushkin Parnas | Pictures of DeSantis, Parnas, and others. (GX 86) |
| 11/8 12:00 a.m. | Muraviev | Parnas Fruman Kukushkin | Picture of DeSantis, Parnas, others.  "Congratulations on the victory, everyone!" "A very happy face. )"  (GX 86) |