| | | | | November 1-14, 2016 |
|---|---|---|---|---|
| Date | Time (ET) | From | To | Detail |
| 11/1 | 11:39 AM | **Paul Manafort** | Dennis Raico, Bruce Baldinger, Jeff Yohai, **Steve Calk** | Email: "So what is the timetable to close now?" (GX 219) |
| 11/8 | 5:02 PM | Dennis Raico | Darin Judis, Raymond Marquez, Ann DiCola | Email: asks B of I employees if they should expect an approval by close of business, saying "I will need to report back to our Chairman" (GX 225) |
| | *N/A* | *N/A* | *N/A* | *Election Night* |
| 11/9 | 12:58 AM | N/A | N/A | **Steve Calk** makes $2700 donation to Trump campaign (GX 1251) |
| | 9:20 AM | **Paul Manafort** | Bruce Baldinger, Jeff Yohai | Email: "Got this from Steve last night: 'Paul, I hope you're having a great night.  We should have your approval all wrapped up by tomorrow I am being told. . . .  Do you need me in New York?  I am ready to support in any way.'" (GX 1152) |
| | 12:09 PM | **Steve Calk** | **Paul Manafort** | Phone call (11 secs) (GX 901-2) |
| | 12:10 PM | **Steve Calk** | **Paul Manafort** | Phone call (10 secs) (GX 901-2) |
| | 12:10 PM | **Steve Calk** | **Paul Manafort** | Phone call (5 minutes, 34 secs) (GX 901-2) |
| | 7:16 PM | Dennis Raico | Javier Ubarri, **Steve Calk** | Email: "Hello Javier, Pursuant to our conversation a few minutes ago, here is the synopsis you requested on the Manafort file." (GX 234) |
| 11/10 | 5:24 PM | Javier Ubarri | Jim Brennan, Dennis Raico, Eric Buteyn, Matthew MacDonald | Email: "If we are considering this as a portfolio loan its important that Matt or Eric looks at it." (GX 231, 231-A) |
| 11/11 | 9:14 AM | Javier Ubarri | Dennis Raico, **Steve Calk** | Email: responds to Raico synopsis with summary of options, with $9.5 million loan as least preferred option, and writes "We can do any of these options." (GX 234) |
| | 3:22 PM | Matthew MacDonald | Dennis Raico, Javier Ubarri, Jim Brennan, Eric Buteyn, **Steve Calk** | Email: "I do not have the ability to finish the underwrite today but I would feel confident in issuing a term sheet or a commitment to the borrower" (GX 231, 230-A) |
| | 3:36 PM | Javier Ubarri | Matthew MacDonald, Dennis Raico, Jim Brennan, Eric Buteyn, **Steve Calk** | Email: "Please don't do any more work until we get some direction from Steve" (GX 231) |
| | 3:31 PM | **Steve Calk** | Dennis Raico | Phone call (1 sec) (GX 901-A-37) |
| | 3:32 PM | Dennis Raico | **Steve Calk** | Phone call (12 minutes, 29 secs) (GX 901-A-37) |
| | 4:48 PM | **Steve Calk** | Dennis Raico | Phone call (15 minutes, 29 secs) (GX 901-A-37) |
| | 5:10 PM | Dennis Raico | **Paul Manafort**, Bruce Baldinger, **Steve Calk**, Dennis Raico | Email: "Paul, Congratulations!  Please see the attached approval term sheet." (GX 237) |
| | Unknown | N/A | N/A | Raico journal entry: "Steve: Trump Executive Council Secretary of the Treasury -> check w/ Paul" (GX 51-2) |
| 11/12 | 2:05 PM | **Steve Calk** | **Paul Manafort** | Phone call (18 minutes, 25 secs) (GX 901-A-1) |
| 11/14 | 12:20 AM | **Steve Calk** | **Paul Manafort** | Email: attaching list of prospective roles, beginning with Secretary of Treasury (GX 244) |
| | 1:18 AM | **Steve Calk** | **Paul Manafort** | Email: "Are you aiding in the transition in any type of formal capacity?" (GX 245, 245-A) |
| | 1:48 AM | **Steve Calk** | Jim Brennan, Javier Ubarri, Dennis Raico | Email: "Please ensure that this loan is documented perfectly so that our lien on both properties as well as the cash account at The Federal Savings Bank are FULLY enforceable." (GX 248) |
| | 8:20 AM | **Paul Manafort** | **Steve Calk** | Email: "Total background but involved directly" (GX 245, 245-B) |
| | 8:22 AM | **Steve Calk** | **Paul Manafort** | Email: "Awesome." (GX 245, 245-C) |



GOVERNMENT EXHIBIT 2110
19 Cr. 366 (LGS)

| | December 21-23, 2016 | | | |
|---|---|---|---|---|
| **Date** | **Time (ET)** | **From** | **To** | **Detail** |
| **12/21** | 12:18 PM | **Steve Calk** | **Paul Manafort** | Phone call (9 mins, 26 secs) (GX 901-A-13) |
| | 1:35 PM | **Steve Calk** | Bruce Baldinger, Dennis Raico, **Paul Manafort** | Email: "Bruce, we are in no way scheduling a closing until this loan is fully structured, underwritten and approved" and "We are working very hard to help find solutions to help Paul out in his hour of need." (GX 295) |
| | 6:41 PM | **Paul Manafort** | Anthony Scaramucci | Text: "Any progress on Stephen Calk?" (GX 611) |
| | 6:54 PM | **Steve Calk** | **Paul Manafort** | Phone call (28 secs) (GX 901-2) |
| | 7:46 PM | Anthony Scaramucci | **Paul Manafort** | Text: "Would he take under. Secretary of the Army? Are we double sure" "If so I think we can get it done" (GX 611) |
| | 7:49 PM | **Steve Calk** | **Paul Manafort** | Phone call (11 mins, 25 secs) (GX 901-A-14) |
| | 8:15 PM | **Paul Manafort** | Anthony Scaramucci | Text: "Yes he will def take it" (GX 611) |
| **12/22** | 12:37 PM | Dennis Raico | **Steve Calk** | Phone call (1 min, 24 secs) (GX 901-A-35) |
| | 4:24 PM | **Steve Calk** | **Paul Manafort**, Javier Ubarri, Jim Brennan, Dennis Raico, **Steve Calk** | Email: "Attached is the term sheet we discussed last evening" and "Our plan is to close this next week if I get this executed document back today by 5pm CST" (GX 299) |
| | 4:33 PM | **Steve Calk** | Dennis Raico | Phone call (3 mins, 41 secs) (GX 901-A-35) |
| | 5:32 PM | **Steve Calk** | **Paul Manafort** | Email: "I have received your signed term sheet. May I have your authorization to [] set up your new pledge account [and] Deduct your fees" (GX 302, 302-A) |
| | 7:36 PM | **Paul Manafort** | **Steve Calk** | Email: Manafort confirms permission to set up new account and deduct fees (GX 302, 302-B) |
| | 8:37 PM | **Steve Calk** | **Paul Manafort** | Email: "Thanks very much. Please call my cell phone if you have a moment." (GX 302) |
| | 9:48 PM | **Steve Calk** | **Paul Manafort** | Phone call (1 min, 20 secs) (GX 901-A-15) |
| **12/23** | 11:05 AM | **Steve Calk** | **Paul Manafort** | Phone call (1 min, 1 sec) (GX 901-A-16) |
| | 11:58 AM | **Steve Calk** | **Paul Manafort** | Phone call (6 mins, 40 secs) (GX 901-A-16) |



GOVERNMENT EXHIBIT 2111
19 Cr. 366 (LGS)