A-Z Topics　Site Map　FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# COVID-19
## Coronavirus

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

**BOP COVID-19 Modified Operations Plan**

### BOP's Emergency Response

Every institution is like a small city and to cope with major emergencies or other significant interruptions of normal operations, they each have continuity of operations (COOP) plans that provide guidance to staff.

Learn More

### BOP's COVID-19 Response

The BOP's COVID planning is structured using the Incident Command System (ICS) framework and guidance and directives from the Centers for Disease Control (CDC), DOJ and federal partners, as well as the agency's Pandemic Influenza Plan.

Learn More

### BOP's COVID-19 Collaboration Efforts

BOP PHS Officers were deployed for national travel-related screening at airports and NIC is sharing BOP-related guidance with state and local corrections.

Cited in US v Correia 19CR725 Decided 10/27/21
Archived on 11/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Learn More

## Coronavirus.gov

The primary lane of information for the public regarding Coronavirus (COVID-19) is a portal for public information published by the Coronavirus (COVID-19) Task Force at the White House, working in conjunction with CDC, HHS and other agency stakeholders.

Go to coronavirus.gov

## CDC.gov

The Centers for Disease Control and Prevention (CDC) has established a resource portal on CDC.gov with the latest information from CDC and the overarching medical community on COVID-19.

Go to cdc.gov

## USA.gov

To learn about international and domestic travel restrictions, health and safety information, and U.S. government websites for COVID-19 information, visit https://www.usa.gov/coronavirus

Go to usa.gov/coronavirus

# Modified Operational Levels

Institution operational levels (Level 1, Level 2, or Level 3) are based on the facilities' COVID-19 medical isolation rate, combined percentage of staff and inmate completed vaccinations series, and their respective county transmission rates. At each level, an infection prevention procedure or modification to operations such as inmate programming and services may be made to mitigate the risk and spread of COVID-19 in accordance with BOP pandemic guidance. BOP pandemic guidance follows and integrates guidance and direction from CDC, OSHA, DOJ, and established medical best practices.

Cited in USv Correia
19CR725 Decided 10/21/21
Archived on 11/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

# 8
## Level 1 Facilities



Minimal Modifications

# 30
## Level 2 Facilities



Moderate Modifications

# 60
## Level 3 Facilities



Intense Modifications

Learn more about the Operational Levels and view individual facility stats  +

Cited in US v. Correia
19CR725 Decided 10/27/21
Archived on 11/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## COVID-19 Vaccine Implementation

The Bureau of Prisons (BOP) is working with the Centers for Disease Control and Prevention (CDC) and the Federal Government's COVID-19 Vaccine/Therapeutics Operation (formerly known as Operation Warp Speed), to ensure the BOP remains prepared to receive the COVID-19 vaccine as it is becomes available. The BOP has received 258,708 doses and administered 239,924 doses of the COVID-19 vaccine.

**Total Doses Distributed**

258,708

**Total Doses Administered**

239,924

Learn more about vaccinations and view individual facility stats +

## COVID-19 Cases

Loading data ...

## COVID-19 Inmate Test Information

## Completed Tests

## 124,205

Number of inmates who have completed testing.

## Pending Tests

## 180

Number of inmates with pending tests and no previous completed test.

## Positive Tests

## 42,461

Number of inmates that have ever had a positive test.

Learn more about the data and view individual facility stats **+**

Cited in U.S. v. Correia
19CR725 Decided 10/27/21
Archived on 11/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

# COVID-19 Home Confinement Information

Given the surge in positive cases at select sites and in response to the Attorney General Barr's directives, the BOP began immediately reviewing all inmates who have COVID-19 risk factors, as described by the CDC, to determine which inmates are suitable for home confinement. Since the release of the Attorney General's original memo to the Bureau of Prisons on March 26, 2020 instructing us to prioritize home confinement as an appropriate response to the COVID-19 pandemic, the BOP has significantly increased its placement of offenders on home confinement. Currently, the BOP has --- inmates on home confinement. The total number of inmates placed in home confinement from March 26, 2020 to the present (including inmates who have completed service of their sentence) is ---.

COVID-19 Home Confinement Information Frequently Asked Questions

## Resources

- Correcting Myths and Misinformation About the BOP and COVID-19

- COVID-19 Staff/Contractor/Visitor Screening Tool
- COVID-19 Inmate Screening Tool
- Coronavirus (COVID-19) Precautions/Modified Operations for Residential Reentry Centers.
- Coronavirus (COVID-19) Religious Accommodations
- Coronavirus(COVID-19) Resumption of Normal RRC Operations

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback .
USA.gov | Justice.gov | Open Government

Cited in US v. Correia
19CR725 Decided 10/27/21
Archived on 11/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.