A-Z Topics | Site Map | FOIA

Search bop.gov

Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

Find By Number | **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| david | | correia | | | |

**1** Result for search **david correia**, Num: **87302-054**

Clear Form | Search

## DAVID CORREIA

Register Number: 87302-054

Age: 46
Race: White
Sex: Male

Located at: Butner Medium I FCI

Release Date: 01/20/2022

### Related Links

- Facility Information
- Call or email
- Send mail/package
- Send money
- Visit
- Voice a concern

About the inmate locator & record availability

Cited in US v Correia 19CR725 Decided 10/27/21
Archived on 11/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Application Process
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Federal Executions
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

