

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. David Correia,* **S1 19 Cr. 725 (JPO)**

Dear Judge Oetken:

    The Government writes pursuant to the Court's October 27, 2021 order directing the Government to reach out to FCI Butner to inquire about whether Correia has seen a gastroenterologist and if not, what steps the Bureau of Prisons is taking. (Dkt. No. 252.)

    According to the defendant's medical records, on September 8, 2021, the defendant saw health services at FCI Butner about an unrelated medical issue and reported that he wanted to see a gastroenterologist, but that Humira (an immunosuppressive drug) was starting to take effect. According to FCI Butner, the defendant had an appointment scheduled with a gastroenterologist on October 19, 2021, but he did not show up for the appointment. FCI Butner does not know why the defendant did not show up for the appointment, but is now in the process of scheduling a new appointment for the defendant.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: *Nicolas Roos*
    Aline R. Flodr
    Nicolas Roos
    Hagan C. Scotten
    Assistant United States Attorneys
    (212) 637-2421

Cc: David Correia (by mail)