UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

              Plaintiff,          NOTICE OF MOTION

   -against-

                                     (S-3) 19-cr-725 (JPO)

LEV PARNAS and ANDREY KUKUSHKIN,

              Defendants.
-------------------------------------------------------X

PLEASE TAKE NOTICE that upon the attached affirmation of counsel, accompanying memorandum of law, and all prior proceedings, defendant Lev Parnas shall move this Court for the following relief:

1. A judgment of acquittal on all counts, pursuant to Rule 29 of the Federal Rules of Criminal Procedure;

2. A new trial in the interests of justice, pursuant to Rule 33 of the Federal Rules of Criminal Procedure;

3. Such other relief as is necessary and proper.

Dated: New York, New York
       December 9, 2021

                                                      *Joseph A. Bondy*
                                                    _____
                                                     Joseph A. Bondy