UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                    Plaintiff,                         AFFIRMATION OF COUNSEL

     -against-                             (S-3) 19-cr-925 (JPO)

LEV PARNAS and ANDRE KUKUSHKIN,

                    Defendants.
————————————————————X

JOSEPH A. BONDY, an attorney licensed to practice law in the State of New York and a

member of the bar of this Court, hereby declares under penalties of perjury that the following

facts are true:

1. I am familiar with the facts and circumstances of this case, having represented Mr. Parnas for

the past two years.

2. Mr. Parnas moves for: (a) a judgment of acquittal pursuant to Rule 29 of the Federal Rules of

Criminal Procedure; (b) a new trial in the interests of justice pursuant to Rule 33 of the Federal

Rules of Criminal Procedure, and; (c) any other relief that is necessary and proper.

3. All facts relevant to determination of this motion are contained in the

defendant's memorandum of law.

Dated: New York, New York
       December 9, 2021

                             *Joseph A. Bondy*
                             Joseph A. Bondy