

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Muraviev*, S2 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to inform the Court and the parties concerning the unsealing of the S2 superseding indictment in this case. The S2 Indictment was unsealed earlier today, but returned on or about September 17, 2020. Although the S2 Indictment contains charges against Andrey Muraviev, Lev Parnas, Igor Fruman, Andrey Kukushkin, and David Correia, the charges against Parnas, Fruman, Kukushkin, and Correia are duplicative of charges in other indictments in this case, and thus the S2 Indictment contains new charges only as to Muraviev. The Government considers the S2 Indictment's charges against Correia and Fruman to have been dismissed at their sentencings, when the Court granted the Government's motion to dismiss all unresolved charges against them. With respect to Parnas and Kukushkin, the Government expects to move to dismiss the S2 Indictment's charges at their sentencings.

    Muraviev is not presently in custody, but the Government will inform the Court if he is arrested.

    Respectfully submitted,

    Damian Williams
    United States Attorney for the
    Southern District of New York

By: _____/s/_____
    Rebekah Donaleski
    Aline R. Flodr
    Nicolas Roos
    Hagan Scotten
    Assistant United States Attorneys
    (212) 637-2421

Cc: Counsel for all defendants (by ECF)