

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Parnas*, 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to request that the Court unseal its July 29, 2021 opinion and order in the above-captioned case, which discusses a document that was admitted at trial as Government Exhibit 137. Counsel for defendants Lev Parnas and Andrey Kukushkin consent to the Government's request.

        Respectfully submitted,

        Damian Williams
        United States Attorney for the
        Southern District of New York

    By:    /s/    
        Rebekah Donaleski
        Aline R. Flodr
        Nicolas Roos
        Hagan Scotten
        Assistant United States Attorneys
        (212) 637-2421

Cc: Counsel for all defendants (by ECF)