UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-CR-725

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEV PARNAS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Tony André, Esq., of the Andre Law Firm P.A., hereby enters an appearance as co-counsel for Third Party Intervenor, PUES FAMILY TRUST IRA and requests that all notices, pleadings and other papers filed with the court in the above captioned matter be served upon the addressee below.

Dated: April 24, 2023        respectfully submitted,

        By: /s/ *Tony Andre*
        Florida Bar No.: 40587
        NY Bar: 4911968
        ANDRE LAW FIRM P.A.
        Attorneys for Defendant
        1801 N.E. 123rd St Suite 314
        North Miami, FL 33181
        Telephone: (786) 708 0813
        Facsimile: (786) 513 8408
        andre@andrelaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on April 24, 2023 I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties as identified below in the manner delineated, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive the Notice of Electronic Filing electronically.

                                                        */s/ Tony Andre*
                                                   Tony Andre