UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-CR-725

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEV PARNAS,

    Defendant.
_____/

**TO: ALL COUNSEL AND PARTIES OF RECORD**

<u>**MOTION FOR PRO HAC VICE ADMISSION FOR ATTORNEY TONY ANDRE**</u>

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Tony Andre, Esq, Managing Shareholder of Andre Law Firm P.A. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Andre Law Firm P.A. and a member in good standing of the bars of the States of Florida and New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Third Party Intervenor, Pues Family Trust IRA. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  April 24, 2023                Respectfully submitted,

                                      By:   /s/ *Tony Andre*_____
                                            Florida Bar No.: 040587
                                            NY Bar: 4911968
                                            ANDRE LAW FIRM P.A.
                                            1801 N.E. 123rd St Ste 314
                                            North Miami, FL 33181
                                            Telephone: (786) 708 0813
                                            Facsimile: (786) 513 8408
                                            andre@andrelaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-CR-725

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEV PARNAS,

    Defendant.
    _____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Motion of Tony Andre, Esq. for Motion to Appear Pro Hac Vice in the above captions action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Florida and New York, and his contact information is as follows.

Andre Law Firm P.A. 1801 N.E. 123rd St Ste 314 North Miami, FL 33181; 786 708 0813 (phone) 786 513 8408 (fax); info@andrelaw.com;

Applicant having requested admission Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

    DATED:_____

_____
United States District Judge