CASE NO: 19-MC-80024 DMM

LEV PARNAS, Individually
PARNAS HOLDINGS, INC.

*Lev Parnas*

**LEV PARNAS, individually and**
**For PARNAS HOLDINGS, INC.**

STATE OF ~~FLORIDA~~ Texas   )
                              : ss.
COUNTY OF  Bastrop           )

The foregoing instrument was acknowledged before me on  07/24/2020
_____, 2020, by, LEV PARNAS who is personally known to me or has produced _____
drivers license  (type of identification) as identification and did not take an oath.

*Priscilla Williams*
Signature of person taking acknowledgment
Priscilla Williams
Name of acknowledger typed, printed or stamped
Notary Public
Title or rank  Electronic Notary Public

Priscilla Williams
ID NUMBER 130623066
COMMISSION EXPIRES April 18, 2024

04/18/2024
130623066

Notarized online using audio-video communication

*Svetlana Markivna Parnas*

**Svetlana Parnas, Suretor for Criminal Bond**

STATE OF ~~FLORIDA~~ Texas   )
                              : ss.
COUNTY OF  Bastrop           )

The foregoing instrument was acknowledged before me on  07/24/2020
_____, 2020, by, Svetlana Parnas who is personally known to me or has produced  drivers license
_____ (type of identification) as identification and did not take an oath.

*Priscilla Williams*
Signature of person taking acknowledgment
Priscilla Williams
Name of acknowledger typed, printed or stamped
Notary Public
Title or rank  Electronic Notary Public

Priscilla Williams
ID NUMBER 130623066
COMMISSION EXPIRES April 18, 2024

04/18/2024
130623066

Notarized online using audio-video communication

Confidential. Not to be filed