January 15, 2024

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007

**Re: United States v. David Correia, S1 19-CR-725-3 (JPO)**

Dear Judge Oetken,

My name is David Correia and I am personally writing to you regarding my above-referenced criminal case. Under the Criminal Justice Act. I am writing to Your Honor to request early termination of my supervised release.

By way of background, I was sentenced on February 8, 2021, after pleading guilty to 2 counts of making false statements to the FEC (Federal Election Committee) and conspiring to commit wire fraud (Judgment, ECF Doc. # 175). Your Honor sentenced me to a term of 12 months and 1 day of imprisonment, followed by a term of three years supervised release. I served my time and the Bureau of Prisons released me from custody after serving my full sentence.

The primary reason driving my request is for my job, thus, financial purposes. The company I have worked for over the past year has asked me to help expand their business and open a new division. The new division will focus on both domestic and international clients, with a priority on the Caribbean. Prior to accepting this promotion, which would require individual requests to your honor for international travel, I am requesting early release from my probation. I am also aware that certain jurisdictions can deny my travel if I am currently on supervision. Due to the potential immediate nature of certain business trips, the time necessary to seek such approvals, as well as the potential denials of certain jurisdictions, could make accepting this promotion an impossibility. The potential salary and commission increase would not only greatly benefit my family but allow me to increase the amount of restitution I have been consistently paying. I considered requesting Your Honor's approval of a 'blanket' approval for international business travel (with the necessity to alert my probation officer), which I would be grateful to receive, however, this would not mitigate the issue of the destination jurisdiction taking the necessary time to approve, or deny, my entry due to my probationary status.

I have been in contact with my probation officer, Katrucia Granston. Officer Granston informed me that the probation office does not object to, but encourages, early termination as I have successfully completed more than 21 months of supervision. I have been in full compliance with the terms of my release, have had no new arrests, and have made consistent, and timely, restitution payments, as required. I have been working full-time as a sales and project coordinator for a steel building company. I have also become a member of my local men's church group, even chairing one event which organized a soccer challenge for over fifty children.

Title 18, section 3583(e)(1) of the United States Code authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C.

§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7) in deciding whether to terminate the term of supervised release. I submit that early termination is warranted here given my full compliance over more than 21 months of supervision, including consistent restitution payments; my successful reintegration into society, as demonstrated by my gainful employment and volunteer work and the likelihood that my new career responsibilities will help my family and further my reintegration into society more than being required to stay on continued supervision, potentially forfeiting this great opportunity.

Accordingly, I respectfully request that Your Honor order the early termination of my supervised release.

Respectfully submitted,

David Correia

Cc: Probation Officer Katrucia Granston (by email)