UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DAVID CORREIA,

Defendant.

---

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

By letter dated January 15, 2024, Defendant David Correia, proceeding *pro se*, has requested early termination of his three-year term of supervised release. (ECF No. 375.) The Government opposes Correia's request. (ECF No. 376.)

Having considered the pertinent factors set forth in 18 U.S.C. § 3553(a), including deterrence, public safety, proportionality, and consistency, the Court concludes that early termination is not in the interests of justice. *See* 18 U.S.C. § 3583(e)(1); *United States v. Lussier*, 104 F.3d 32, 35 (2d Cir. 1997). While Correia has successfully completed two years of his term of supervised release and has made restitution payments, the Court does not find that extraordinary or unanticipated circumstances warrant a reduction of the previously imposed term.

Accordingly, Defendant Correia's request for early termination of supervised release is denied.

SO ORDERED.

Dated: February 20, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge