UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DAVID CORREIA,
                 Defendant.

19-CR-725-3 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant David Correia, proceeding *pro se*, has filed a renewed request for early termination of his three-year term of supervised release, which is due to expire in approximately three months. (ECF No. 381.)

    Having considered the pertinent factors set forth in 18 U.S.C. § 3553(a), including deterrence, public safety, proportionality, and consistency, the Court concludes that early termination is not in the interests of justice. *See* 18 U.S.C. § 3583(e)(1); *United States v. Lussier*, 104 F.3d 32, 35 (2d Cir. 1997). Mr. Correia's compliance with the terms of his supervised release for over two years is commendable. But full compliance is to be expected and does not ordinarily warrant early termination absent new and unforeseen circumstances. And while he has made restitution payments as required, there remains a substantial amount of restitution owed.

    Accordingly, Defendant Correia's renewed request for early termination of supervised release is denied.

    SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                                    J. PAUL OETKEN
                                             United States District Judge